**WASSERMAN, JURISTA & STOLZ, P.C.**
225 Millburn Avenue, Suite 207
Millburn, New Jersey 07041
(973) 467-2700
Attorneys for the Debtor in Possession
**DANIEL M. STOLZ (DS-1897)**

| | |
|---|---|
| In the Matter of: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY CHAPTER 11 |
| **WALSH SECURITIES, INC.** | : Case No. 10-44845 |
| | : Honorable |
| Debtor | x Return Date: (None) |

## CERTIFICATE OF RETENTION OF DEBTOR IN POSSESSION

I HEREBY CERTIFY that the above named Debtor shall continue in Possession of its estate as a Debtor in Possession, no Trustee having been appointed, and that said Debtor is authorized to operate its business and manage its affairs.

                                          **JAMES J. WALDRON, CLERK**
                                          U.S. Bankruptcy Court

                                          By:_____
                                                                  Deputy

Dated: November 9, 2010