UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**WASSERMAN, JURISTA & STOLZ, P.C.**
**225 Millburn Avenue - Suite 207**
**P.O. Box 1029**
**Millburn, New Jersey  07041**
**Phone: (973) 467-2700**
**Fax: (973) 467-8126**
**Counsel to Debtor-in-Possession**
**DANIEL M. STOLZ, ESQ. (DS-1897)**

In Re:

**WALSH SECURITIES, INC.,**

                          Debtor.

Case No.:  10-44845

Judge:

Chapter: 11

| Recommended Local Form: | ☐ Followed | ✓ Modified |
| --- | --- | --- |

## APPLICATION FOR RETENTION OF COUNSEL TO DEBTOR
## AND CERTIFICATE OF COMPLIANCE WITH D.N.J. LBR 2014-1(a)

1.     The applicant, Walsh Securities, Inc., is the

☐  Trustee:      ☐  Chap. 7        ☐  Chap. 11        ☐  Chap. 13.

✓  Debtor:       ✓  Chap. 11   ☐  Chap. 13

☐  Official Committee of _____

2.     The applicant seeks to retain the following professional:  Wasserman, Jurista & Stolz, P.C., which maintains offices at 225 Millburn Avenue, Suite 207, Millburn, New Jersey 07041, to serve as:

1

✓  Attorney for:    ❑  Trustee       ✓  Debtor-in-Possession

                          ❑  Official Committee of _____

❑  Accountant for:    ❑  Trustee       ❑  Debtor-in-possession

                          ❑  Official Committee of _____

❑  Other Professional:

                          ❑  Realtor   ❑  Appraiser   ❑  Special Counsel

                          ❑  Auctioneer ❑  Other (specify):_____

3.     Your applicant is desirous of retaining the firm of Wasserman, Jurista & Stolz, P.C. ("WJ&S") as counsel to the Debtor in Possession in the within proceedings.  Your applicant is familiar with WJ&S, the members and associates of which firm are duly admitted to practice before this Court.

4.     Your applicant has selected WJ&S for the reason that said firm has had considerable experience in matters of this type, and is well qualified to represent the Debtor in its capacity as Debtor in Possession in the within proceedings.

5.     Your applicant has agreed to pay WJ&S a retainer of $8,961.00 to be applied against the services to be rendered by said firm on behalf of the Debtor in Possession.    The retainer was provided by Robert Walsh, sole officer of the Debtor.

6.     It is your applicant's understanding that all services to be rendered by WJ&S will be billed at the firm's normal hourly rates, which are set forth in the annexed Certification of Counsel.  Additionally, your applicant wishes to retain the aforementioned professional under a general retainer, as it is anticipated that extensive legal services will be required.

7.    To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, is as follows:

☐  None

✓  Describe connection:  Wasserman, Jurista & Stolz has periodically consulted with Walsh Securities, Inc. and Robert Walsh with regard to financial pressures being experienced by the company and by Mr. Walsh personally.

8.    To the best of the applicant's knowledge, the professional (check all that apply):

✓    does not hold an adverse interest to the estate.

✓    does not represent an adverse interest to the estate.

✓    is a disinterested person under 11 U.S.C. § 101(14).

✓    does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

☐    Other; explain:

**WHEREFORE**, the applicant respectfully requests authorization to employ Wasserman, Jurista & Stolz, P.C. as counsel to the Debtor, to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may hereafter determine and allow.

Respectfully submitted,

By: _____
ROBERT WALSH

Dated:  November 9, 2010.

3

**CERTIFICATE OF COMPLIANCE WITH D.N.J. LBR 2014-1(a)**

I have complied with D.N.J. LBR 2014-1(a) by mailing a copy of this application to all

the following who did not receive electronic notice from the Court:  the United States Trustee,

the Debtor and/or Debtor's attorney, the Trustee (as applicable), the secured creditors, the

Official Committees (as applicable), and others requesting notice, all of whose addresses are

shown on the attached service list, by regular mail, postage prepaid, within one (1) day after

filing with the Court.

Date:   November 9, 2010.                              Signed: _____

                                                                DANIEL M. STOLZ

4

# WALSH SECURITIES, INC.

Office of U.S. Trustee
One Newark Center
Suite 2100
Newark, NJ 07102

Gary Eisenberg, Esq.
Herrick, LLP.
One Gateway Center
Newark, New Jersey  07102
*Counsel for Cherokee Equities*

Robert Walsh
46 Laura Lane
Morristown, New Jersey  07960

Investment 3 LLC.
46 Laura Lane
Morristown, New Jersey  07960