| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>WASSERMAN, JURISTA & STOLZ, P.C.<br>225 Millburn Avenue - Suite 207<br>P.O. Box 1029<br>Millburn, New Jersey 07041<br>Phone: (973) 467-2700<br>Fax: (973) 467-8126<br>Counsel to Debtor-in-Possession<br>DANIEL M. STOLZ (DS-1897) | |
| In Re:<br><br>WALSH SECURITIES, INC.,<br><br>           Debtor. | Case No.: 10-44845<br><br>Judge:<br><br>Chapter: 11 |

Recommended Local Form:   ☐ Followed       ✓ Modified

## CERTIFICATION OF PROFESSIONAL IN SUPPORT OF APPLICATION FOR RETENTION OF COUNSEL TO THE DEBTOR

I, Daniel M. Stolz, of full age, certify as follows:

1. I am seeking authorization to be retained as counsel to the Debtor-in-Possession.

2. I am a member of the firm of Wasserman, Jurista & Stolz, P.C., which maintains offices at 225 Millburn Avenue, Suite 207, Millburn New Jersey 07041.

4. The proposed arrangement for compensation, including hourly rates, if applicable, is as follows:

| | |
|---|---|
| Robert B. Wasserman, Partner | $525.00 per hour |
| Steven Z. Jurista, Partner | $500.00 per hour |
| Daniel M. Stolz, Partner | $500.00 per hour |
| Stuart M. Brown, Of Counsel | $450.00 per hour |
| Kenneth L. Moskowitz, Of Counsel | $450.00 per hour |
| Norman D. Kallen, Of Counsel | $450.00 per hour |
| Keith Marlowe, Of Counsel | $450.00 per hour |
| Leonard C. Walczyk, Partner | $400.00 per hour |
| Michael McLaughlin, Partner | $400.00 per hour |

| | |
|---|---|
| Scott S. Rever, Associate | $375.00 per hour |
| Donald W. Clarke, Associate | $250.00 per hour |
| Pamela Bellina, Paralegal | $150.00 per hour |
| Legal Assistants | $100.00 per hour |

5. To the best of my knowledge, after reasonable and diligent investigation, my connection with the Debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any personal employed in the Office of the United States Trustee, is as follows:

☐ None

✓ Describe connection: Wasserman, Jurista & Stolz has periodically consulted with Walsh Securities, Inc. and Robert Walsh with regard to financial pressures being experienced by the company and by Mr. Walsh personally.

6. To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the Debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, is as follows:

☐ None

✓ Describe connection: Wasserman, Jurista & Stolz has periodically consulted with Walsh Securities, Inc. and Robert Walsh with regard to financial pressures being experienced by the company and by Mr. Walsh personally.

7. To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

   ✓ do not hold an adverse interest to the estate.

   ✓ do not represent an adverse interest to the estate.

   ✓ are disinterested under 11 U.S.C. § 101(14).

   ✓ do not represent or hold any interest adverse to the Debtor or the estate with respect to the matter for which I will be retained under 11 U.S.C. § 327(e).

   ☐ Other; explain:

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

            Respectfully submitted,

            **WASSERMAN, JURISTA & STOLZ, P.C.**
            Counsel to Debtor-in-Possession

            By: _____
              DANIEL M. STOLZ
              Wasserman, Jurista & Stolz, P.C.
              225 Millburn Avenue
              Millburn, New Jersey 07041
              (973) 467-2700

Dated: November 9, 2010.