B207 (Form 207) (08/07)

# United States Bankruptcy Court
_____ District Of _____

**In re** Walsh Securities, Inc.
                **Debtor***
Address: 46 Laura Lane
        Morristown, NJ 07960
Last four digits of Social-Security or Individual Taxpayer-
Identification (ITIN) No(s).,(if any): _____
Employer Tax-Identification (EIN) No(s).(if any): ____
       22-3256427

Case No. 10-44845-NLW

Chapter 11

FILED
JAMES J. WALDRON, CLERK
NOV 0 9 2010
U.S. BANKRUPTCY COURT
TRENTON, N.J.
BY W. Romero    DEPUTY

## CERTIFICATE OF RETENTION OF DEBTOR IN POSSESSION

I hereby certify that the above-named debtor continues in possession of its estate as debtor in possession, no trustee having been appointed.

JAMES J. WALDRON
Clerk of the Bankruptcy Court

Date: 11/09/2010

By:
Wendy I. Romero / WIR
Deputy Clerk

---

*\* Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social-security numbers or individual taxpayer-identification numbers.*