HERRICK, FEINSTEIN LLP
Gary Eisenberg
One Gateway Center
Newark, New Jersey  07102
(973) 274-2000
Attorneys for Cherokee Equities, LLC

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>WALSH SECURITIES, INC.,<br><br>                     Debtor. | In Proceedings Under Chapter 11<br>of the United States Bankruptcy Code<br><br>Case No. 10-44845 (NLW) |

**NOTICE OF APPEARANCE AND
REQUEST FOR NOTICES AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Cherokee Equities, LLC  ("Cherokee") appears herein through its undersigned attorneys pursuant to Section 1109(b) of the United States Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010 and requests that all notices (including those required by Rule 2002) in the above-captioned case be mailed to the undersigned, unless otherwise directed by the Court, at the address set forth below.

**PLEASE TAKE FURTHER NOTICE** that request is hereby also made for service of copies of all papers, including but not limited to pleadings, motions, applications and answering or reply papers filed in the above-captioned case by mailing one copy of each, unless otherwise directed by the Court, to the following:

> Gary F Eisenberg, Esq.
> Herrick, Feinstein LLP
> One Gateway Center
> Newark, New Jersey 07102
> geisenberg@herrick.com

**PLEASE TAKE FURTHER NOTICE** that Cherokee does not intend its Notice of Appearance and Request for Notices and Service of Papers, nor any subsequent appearance,

pleading, claim or suit, to waive any rights to which it may be entitled including, but not limited to: (i) its right to have final orders in noncore matters entered only after de novo review by a District Judge; (ii) its right to trial by jury; (iii) its right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any rights, claims, actions, defenses, setoffs or recoupments to which it may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments it expressly reserves.

        HERRICK, FEINSTEIN LLP
        Attorneys for Cherokee Equities, LLC


        By: /s/ Gary F. Eisenberg
           GARY F. EISENBERG

Dated:   November 11, 2010
        Newark, New Jersey

## SERVICE LIST A

Daniel M. Stolz
Wasserman, Jurista & Stolz P.C.
225 Millburn Ave. Suite 207
Millburn, NJ 07041
Phone: (973) 467-2700
Fax: (973) 467-8126
E-mail: DStolz@wjslaw.com