Form 180 – ntchrgfail

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                         Case No.:  10–44845–NLW
                                         Chapter:  11
                                         Judge:  Novalyn L. Winfield

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Walsh Securities, Inc.
    46 Laura Lane
    Morristown, NJ 07960

Social Security No.:

Employer's Tax I.D. No.:
    22–3256427

### NOTICE OF MISSING DOCUMENTS AND NOTICE OF DISMISSAL
### IF DOCUMENTS ARE NOT TIMELY FILED

1. Notice is hereby given that the following documents must be filed within 14 days from the date the bankruptcy petition was filed:

      Statement of Financial Affairs, Summary of Schedules and Schedules A,B,D,E,F,G and H.

2. This case will be dismissed on November 23, 2010, unless the missing documents are received on or before that date by the Clerk of the Court at:

                        U.S. Bankruptcy Court
                       MLK Jr Federal Building
                         50 Walnut Street
                         Newark, NJ 07102

If you object to dismissal of the case, you may submit a written request for a hearing setting forth the reasons why dismissal would not be proper. Such request must be received by the Clerk of the Court on or before           November 23, 2010.

THIS IS THE ONLY NOTICE YOU WILL RECEIVE. If you fail to timely comply with the requirements set forth above, this case will be dismissed.


Dated: November 10, 2010
JJW: pbf

                                                                          James J. Waldron
                                                                          Clerk

        If the schedules you file list more creditors than were included on the list of
        creditors(matrix) filed with your petition, you must file with your schedules
        an amended list of creditors(matrix), listing only those creditors being added,
        and a separate verified statement of changes (D.N.J. LBR 1007–2 and 1009–1).
        You must also pay a $26 fee for the amendment in the form of certified check,
        money order, or attorney's check.

# CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: pfiero                Page 1 of 1                   Date Rcvd: Nov 10, 2010
Case: 10-44845                 Form ID: 180                Total Noticed: 3

The following entities were noticed by first class mail on Nov 12, 2010.
db           +Walsh Securities, Inc.,    46 Laura Lane,    Morristown, NJ 07960-6425
smg           U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg          +United States Trustee,    Office of the United States Trustee,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
The following entities were noticed by electronic transmission.
NONE.                                                                                             TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 12, 2010**            **Signature:** _Joseph Speetjens_