HERRICK, FEINSTEIN LLP
Gary Eisenberg
One Gateway Center
Newark, New Jersey  07102
(973) 274-2000
Attorneys for Cherokee Equities, LLC

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>WALSH SECURITIES, INC.,<br><br>Debtor. | In Proceedings Under Chapter 11<br>of the United States Bankruptcy Code<br><br>Case No. 10-44845 (NLW) |

## CERTIFICATION OF SERVICE

I, Joanne Conti, hereby certify as follows:

1. I am a legal secretary employed by the firm of Herrick, Feinstein LLP, with an office located at One Gateway Center, New Jersey 07102. Herrick, Feinstein is counsel to Cherokee Equities, in connection with the above-referenced matter.

2. On November 11, 2010, Gary F. Eisenberg electronically filed a Notice of Appearance, at Docket No. 6, ("Notice").

3. On November 11, 2010, a copy of the Notice was electronically served upon the annexed Service List A.

I certify under penalty of perjury that the foregoing statements made by me are true and correct.

/s/ Joanne Conti
JOANNE CONTI

Dated:   November 22, 2010
         Newark, New Jersey

## SERVICE LIST A

Daniel M. Stolz
Wasserman, Jurista & Stolz P.C.
225 Millburn Ave. Suite 207
Millburn, NJ 07041
Phone: (973) 467-2700
Fax: (973) 467-8126
E-mail: DStolz@wjslaw.com