| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**WASSERMAN, JURISTA & STOLZ, P.C.**<br>**225 Millburn Avenue - Suite 207**<br>**P.O. Box 1029**<br>**Millburn, New Jersey  07041**<br>**Phone: (973) 467-2700**<br>**Fax: (973) 467-8126**<br>**Counsel to Debtor**<br>**DANIEL M. STOLZ, ESQ. (DS-1897)** | |
| In Re:<br><br>**WALSH SECURITIES, INC.,**<br><br>                              Debtor. | Case No.:  10-44845<br><br>Hon.  Novalyn L. Winfield<br><br>Chapter: 11 |

### ORDER AUTHORIZING SUBMISSION OF RETENTION APPLICATION UNDER SEAL AND FOR PROTECTION OF <u>COMMUNICATIONS WITH SPECIAL LITIGATION COUNSEL</u>

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

Page 2
Debtors:            **Walsh Securities, Inc.**
Case No.            **10-44845**
Caption of Order:   **ORDER AUTHORIZING SUBMISSION OF RETENTION APPLICATION UNDER SEAL AND PROTECTION OF COMMUNICATIONS WITH SPECIAL LITIGATION COUNSEL**

THIS MATTER having been brought before the court by Walsh Securities, Inc., the Debtor in with within Chapter 11 proceeding, seeking the entry of an Order authorizing the filing of the Application to retain Stone & Magnanini, LLP as special litigation counsel, under seal, pursuant to Fed. R. Bankr. P. 7037, and the court having considered the Debtor's Application and any opposition thereto, and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. The Debtor be and is hereby authorized to submit its Application to Retain Stone & Magnanini, LLP under seal, pursuant to Fed. R. Bankr. P. 7037.

2. A copy of the Application for the Retention of Stone & Magnanini, LLP., together with the Retention Agreement between said firm and the Debtor shall be provided to the Office of the United States Trustee and to counsel for any Creditors' Committee formed in this Chapter 11 case.

2