| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**WASSERMAN, JURISTA & STOLZ, P.C.**<br>**225 Millburn Avenue - Suite 207**<br>**Millburn, New Jersey  07041**<br>**Phone: (973) 467-2700**<br>**Fax: (973) 467-8126**<br>**Counsel to Debtor**<br>**DANIEL M. STOLZ, ESQ. (DS-1897)** | |
| In Re:<br><br>**WALSH SECURITIES, INC.,**<br><br>                              Debtor. | Case No.:  10-44845<br><br>Hon.  Novalyn L. Winfield<br><br>Chapter: 11 |

### APPLICATION FOR ORDER SHORTENING TIME
### PERIOD FOR NOTICE UNDER FED. R. BANKR. P. 9006(c)(1)

The Application of the Debtor, Walsh Securities, Inc., respectfully represents:

1. On November 9, 2010, (the "Petition Date"), Walsh Securities, Inc., (the "Debtor") filed a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code.

2. The Debtor simultaneously herewith filed a Motion for an order authorizing submission of retention application under seal and for protection of communications with special litigation counsel.

3. It is critical that the motion be heard as soon as possible as the Debtor requires the services of Stone & Magnanini, LLP. regarding the ongoing litigation.

4. Reduction of the time period in question is not prohibited under Fed. R. Bankr. P. 9006(c)(2) and the rules listed therein.

WHEREFORE, applicant requests entry of the order submitted herewith.

                                        /s/ Daniel M. Stolz
                              By:_____
                                        DANIEL M. STOLZ

Dated:  December 9, 2010.