UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:

Case No.: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

Order Filed on 12/10/2010 by Clerk U.S. Bankruptcy Court District of New Jersey

# ORDER SHORTENING TIME PERIOD
# FOR NOTICE AND SETTING HEARING

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: 12/10/2010**

_____
Honorable Novalyn L. Winfield
United States Bankruptcy Judge

Upon consideration of the application of _____ for notice under Fed. R. Bankr. P. 9006(c)(1), and for cause shown, it is

ORDERED as follows:

1. The time period required by Local Bankruptcy Rule 9013-1 or Fed. R. Bankr. P. 2002 or other rule for notice of hearing on _____ is hereby shortened as set forth herein.

2. Hearing shall be conducted on the aforesaid motion/application on _____, 20 _____ at _____.m. in the United States Bankruptcy Court _____, Courtroom No. _____ .

3. True copies of this order, the application for it, and the moving papers shall be served upon _____ by:

❏    fax,       or    ❏    overnight mail,
or  ❏    email,           ❏    hand delivery,
❏    regular mail,

and within

❏ _____ day(s) of the date hereof, or
❏ on the same date as the order.

4. Immediate telephone notice of entry of this order shall also be given to said parties.

*Approved by Judge Novalyn L. Winfield December 10, 2010*

5. Any objections to said motion/application:

❏ shall be filed and served so as to be received no later than _____

❏ may be presented at the hearing.

6. ❏ Court appearances will be required to prosecute said motion/application and any objections.

❏ Any objector may appear by telephone at the hearing.

❏ The hearing will be held by telephone conference call, to be arranged by the applicant.

*rev.6/1/06.jml*

*Approved by Judge Novalyn L. Winfield December 10, 2010*