Order Filed on
**12/10/2010**
by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**WASSERMAN, JURISTA & STOLZ, P.C.**<br>**225 Millburn Avenue - Suite 207**<br>**P.O. Box 1029**<br>**Millburn, New Jersey 07041**<br>**Phone: (973) 467-2700**<br>**Fax: (973) 467-8126**<br>**Counsel to Debtor-in-Possession**<br>**DANIEL M. STOLZ (DS-1897)** | |
| In Re:<br><br>**WALSH SECURITIES, INC.,**<br><br>Debtor. | Case No.: 10-44845<br><br>Judge:<br><br>Chapter: 11 |

Recommended Local Form:   ☐ Followed      ✓ Modified

## ORDER AUTHORIZING
## RETENTION OF WASSERMAN, JURISTA & STOLZ
## AS COUNSEL TO DEBTOR-IN-POSSESSION

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: 12/10/2010**

_____
Honorable Novalyn L. Winfield
United States Bankruptcy Judge

In re:          Walsh Securities, Inc.

Case No.:       10-

Applicant:

☐ Trustee:    ☐ Chap. 7    ☐ Chap. 11    ☐ Chap. 13

✓ Debtor:    ✓ Chap. 11    ☐ Chap. 13

☐ Official Committee of _____

Professional:

✓ Attorney for:

    ☐ Trustee    ✔ Debtor-in-possession

    ☐ Official Committee of _____

☐ Accountant for:

    ☐ Trustee    ☐ Debtor-in-possession

    ☐ Official Committee of _____

☐ Other Professional:

    ☐ Realtor    ☐ Appraiser  ☐ Special Counsel    ☐ Auctioneer

    ☐ Other (specify):

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby **ORDERED** as follows:

1.    The applicant, Walsh Securities, Inc., Debtor-in-Possession, is authorized to retain the professional, Wasserman, Jurista & Stolz, P.C., to act as counsel for the Debtor-in-Possession.

2.    The applicant, Walsh Securities, Inc. be and is hereby authorized to pay a retainer to the firm of Wasserman, Jurista & Stolz to act as counsel to the Debtor in Possession subject to compensation to be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3.    The effective date of the retention shall be the date the application is filed with the Court.

*Approved by Judge Novalyn L. Winfield December 10, 2010*