| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) <br> WASSERMAN, JURISTA & STOLZ, P.C. <br> 225 Millburn Avenue - Suite 207 <br> P.O. Box 1029 <br> Millburn, New Jersey  07041 <br> Phone: (973) 467-2700 <br> Fax: (973) 467-8126 <br> Counsel to Debtor <br> DANIEL M. STOLZ, ESQ. (DS-1897) |
| In Re: <br><br> WALSH SECURITIES, INC., <br><br>                                  Debtor. |

Case No.:  10-44845

Hon.  Novalyn L. Winfield

Chapter: 11

## CERTIFICATION OF SERVICE

I, **MARIA A. SOUSA**, of full age, hereby certify as follows:

I am a legal assistant employed by the law firm of Wasserman, Jurista & Stolz, P.C., located at 225 Millburn Avenue, Suite 207, Millburn, New Jersey  07041.

I hereby certify that on December 10, 2010, I caused to be delivered, by overnight delivery, to all those on the attached service list, the following pleadings:

    1.    Order Shortening Time Period for Notice and Setting Hearing and Application in support thereof;

    2.  Notice of Motion to Authorize Sumission of Retention Application Under Seal;

    3.  Application in Support of Motion;

    4.  Affidavit of Disinterestedness by Proposed Special Counsel; and

5. Proposed form of Order Authorizing Submission of Retention Application Under Seal and for Protection of Communications with Special Litigation Counsel.

As reflected in the Receipt of Electronic Filing issued by the Bankruptcy Court, the Bankruptcy Court issued notices of electronic filing to:

U.S. Trustee's Office
Gary F. Eisenberg

I certify that the foregoing is true. I am aware that if the foregoing is willfully false, I am subject to punishment.

_____
MARIA A. SOUSA

Dated: December 10, 2010.

## WALSH SECURITIES, INC.

Office of U.S. Trustee
One Newark Center
Suite 2100
Newark, NJ 07102

Gary Eisenberg, Esq.
Herrick, LLP.
One Gateway Center
Newark, New Jersey 07102
*Counsel for Cherokee Equities*

Robert Walsh
46 Laura Lane
Morristown, New Jersey 07960

Investment 3 LLC.
46 Laura Lane
Morristown, New Jersey 07960