| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>WASSERMAN, JURISTA & STOLZ, P.C.<br>225 Millburn Avenue - Suite 207<br>Millburn, New Jersey  07041<br>973-467-2700<br>Counsel to Debtor<br>DANIEL M. STOLZ, ESQ. (DS-1897) | Order Filed on 12/10/2010 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In Re:<br><br>WALSH SECURITIES, INC., | Case No.:  10-44845<br>Adv. No.:  _____<br>Hearing Date:  _____<br>Judge:  Hon. Novalyn L. Winfield |

### ORDER SHORTENING TIME PERIOD
### FOR NOTICE AND SETTING HEARING

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: 12/10/2010**

*/s/ Novalyn L. Winfield*
Honorable Novalyn L. Winfield
United States Bankruptcy Judge

Upon consideration of the application of _____Debtor, Walsh Securities, Inc._____ for notice under Fed. R. Bankr. P. 9006(c)(1), and for cause shown, it is

ORDERED as follows:

1. The time period required by Local Bankruptcy Rule 9013-1 or Fed. R. Bankr. P. 2002 or other rule for notice of hearing on _____ is hereby shortened as set forth herein.

2. Hearing shall be conducted on the aforesaid motion/application on _____December 14,_____, 20 _10_ at _10:00 a._.m. in the United States Bankruptcy Court _____50 Walnut Street Newark, NJ_____, Courtroom No. ___3D___ .

3. True copies of this order, the application for it, and the moving papers shall be served upon   United States Trustee, the secured creditors and any party filing a notice of apr by:

        ☑    fax,    or    ☑    overnight mail,
or ☑    email,        ❏    hand delivery,
        ❏    regular mail,

and within

❏ _____ day(s) of the date hereof, or
☑ on the same date as the order.

4. Immediate telephone notice of entry of this order shall also be given to said parties.

*Approved by Judge Novalyn L. Winfield December 10, 2010*

5. Any objections to said motion/application:

    ❏    shall be filed and served so as to be received no later than _____

    ☑    may be presented at the hearing.

6.    ☑    Court appearances will be required to prosecute said motion/application and any objections.

    ❏    Any objector may appear by telephone at the hearing.

    ❏    The hearing will be held by telephone conference call, to be arranged by the applicant.

*rev.6/1/06.jml*

*Approved by Judge Novalyn L. Winfield December 10, 2010*

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: edensmor              Page 1 of 1         Date Rcvd: Dec 10, 2010
Case: 10-44845                Form ID: pdf903             Total Noticed: 1

The following entities were noticed by first class mail on Dec 12, 2010.
db           +Walsh Securities, Inc.,   46 Laura Lane,   Morristown, NJ 07960-6425

The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 12, 2010**                       **Signature:** _Joseph Speetjens_