Order Filed on
**12/10/2010**
by Clerk U.S. Bankruptcy
Court District of New Jersey

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) <br> WASSERMAN, JURISTA & STOLZ, P.C. <br> 225 Millburn Avenue - Suite 207 <br> P.O. Box 1029 <br> Millburn, New Jersey 07041 <br> Phone: (973) 467-2700 <br> Fax: (973) 467-8126 <br> Counsel to Debtor-in-Possession <br> DANIEL M. STOLZ (DS-1897) |
| In Re: <br><br> WALSH SECURITIES, INC., <br><br> Debtor. |

Case No.: 10-44845

Judge:

Chapter: 11

Recommended Local Form:    ☐ Followed    ✓ Modified

## ORDER AUTHORIZING
## RETENTION OF WASSERMAN, JURISTA & STOLZ
## AS COUNSEL TO DEBTOR-IN-POSSESSION

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: 12/10/2010**

_/s/ Novalyn L. Winfield_
Honorable Novalyn L. Winfield
United States Bankruptcy Judge

In re: Walsh Securities, Inc.

Case No.: 10-

Applicant:

☐ Trustee:  ☐ Chap. 7  ☐ Chap. 11  ☐ Chap. 13

✓ Debtor:  ✓ Chap. 11  ☐ Chap. 13

☐ Official Committee of _____

Professional:

✓ Attorney for:

    ☐ Trustee  ✔ Debtor-in-possession

    ☐ Official Committee of _____

☐ Accountant for:

    ☐ Trustee  ☐ Debtor-in-possession

    ☐ Official Committee of _____

☐ Other Professional:

    ☐ Realtor  ☐ Appraiser  ☐ Special Counsel  ☐ Auctioneer

    ☐ Other (specify):

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby **ORDERED** as follows:

1. The applicant, Walsh Securities, Inc., Debtor-in-Possession, is authorized to retain the professional, Wasserman, Jurista & Stolz, P.C., to act as counsel for the Debtor-in-Possession.

2. The applicant, Walsh Securities, Inc. be and is hereby authorized to pay a retainer to the firm of Wasserman, Jurista & Stolz to act as counsel to the Debtor in Possession subject to compensation to be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention shall be the date the application is filed with the Court.

2

*Approved by Judge Novalyn L. Winfield December 10, 2010*

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: edensmor              Page 1 of 1                  Date Rcvd: Dec 10, 2010
Case: 10-44845                Form ID: pdf903             Total Noticed: 2

The following entities were noticed by first class mail on Dec 12, 2010.
db           +Walsh Securities, Inc.,    46 Laura Lane,    Morristown, NJ 07960-6425
aty          +Evan C Wasserman,    J.H. Cohn LLP,    75 Eisenhower Pky.,    Roseland, NJ 07068-1600

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 12, 2010**                    **Signature:** _Joseph Speetjens_