Order Filed on **12/17/2010** by Clerk U.S. Bankruptcy Court District of New Jersey

| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| **WASSERMAN, JURISTA & STOLZ, P.C.** |
| **225 Millburn Avenue - Suite 207** |
| **P.O. Box 1029** |
| **Millburn, New Jersey  07041** |
| **Phone: (973) 467-2700** |
| **Fax: (973) 467-8126** |
| **Counsel to Debtor** |
| **DANIEL M. STOLZ, ESQ. (DS-1897)** |

In Re:

**WALSH SECURITIES, INC.,**

Debtor.

Case No.:  10-44845

Hon.  Novalyn L. Winfield

Chapter: 11

### ORDER AUTHORIZING SUBMISSION OF REDACTED APPLICATION FOR RETENTION OF STONE & MAGNANINI, LLP

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: 12/17/2010**

*/s/ Novalyn L. Winfield*
Honorable Novalyn L. Winfield
United States Bankruptcy Judge

Page 2
**Debtors:** **Walsh Securities, Inc.**
**Case No.** **10-44845**
**Caption of Order:** <u>**ORDER AUTHORIZING SUBMISSION OF REDACTED**</u>
<u>**APPLICATION FOR RETENTION OF STONE & MAGNANINI, LLP**</u>

THIS MATTER having been brought before the court by Walsh Securities, Inc., the Debtor in with within Chapter 11 proceeding, seeking the entry of an Order authorizing the filing of the Application to retain Stone & Magnanini, LLP as special litigation counsel, under seal, and the court having considered the Debtor's Application, the opposition thereto and having conducted a conference with all counsel on December 14, 2010 and finding good cause for the entry of the within Order,

**IT IS HEREBY ORDERED THAT:**

1. The Debtor be and is hereby authorized to submit its Application to Retain Stone & Magnanini, LLP in a redacted form, with the economic terms of the retention of the proposed retention disclosed to the Court on the terms and conditions set forth at the above-referenced December 14, 2010 conference but removed from the application filed on the Court's docket and served upon parties in interest in this proceeding.

2. Any and all compensation sought by Stone & Magnanini, LLP shall be awarded after notice and hearing of an appropriate fee application subject to the reasonableness standards of 11 U.S.C. Section 330.

2

*Approved by Judge Novalyn L. Winfield December 17, 2010*

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: edensmor              Page 1 of 1            Date Rcvd: Dec 17, 2010
Case: 10-44845                Form ID: pdf903             Total Noticed: 2

The following entities were noticed by first class mail on Dec 19, 2010.
db           +Walsh Securities, Inc.,    46 Laura Lane,    Morristown, NJ 07960-6425
aty          +Evan C Wasserman,    J.H. Cohn LLP,    75 Eisenhower Pky.,    Roseland, NJ 07068-1600
The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 19, 2010**                    **Signature:** _Joseph Speetjens_