**RABINOWITZ, LUBETKIN & TULLY, L.L.C.**
293 Eisenhower Parkway, Suite 100
Livingston, New Jersey 07039
(973) 597-9100
(973) 597-9119 (Fax)
Jay L. Lubetkin (JL6473)
*Attorneys for Banco Popular North America*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re<br><br>WALSH SECURITIES, INC.,<br><br>Debtor. | Case No. 10-44845 (NLW)<br><br>Chapter 11 |

### NOTICE OF APPEARANCE AND
### DEMAND FOR SERVICE OF PAPERS

TO:   Clerk of Court
United States Bankruptcy Court
M.L. King, Jr. Federal Bldg., 3rd Floor
50 Walnut Street
Newark, New Jersey 07102

**PLEASE TAKE NOTICE** that Banco Popular North America hereby appears in this case by its co-counsel:

Rabinowitz, Lubetkin & Tully, L.L.C.
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039
Attention: Jay L. Lubetkin
(973) 597-9100 phone
(973) 597-9119 fax
jlubetkin@rltlawfirm.com

**REQUEST IS HEREBY MADE** pursuant to Bankruptcy Rules 2002 and 9010 that all notices given or required to be given in this case, and all papers, pleadings, motions or applications served or required to be served in this case or any adversary proceeding filed in connection therewith, shall be directed to and served upon the above-referenced counsel.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers filed in the proceeding specified above, but also includes without limitation orders and notices of any application, motion, pleading, request, suggestion, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted and conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which may affect or seek to affect in any way the rights or interests of Banco Popular North America with respect to the property or proceeds in which the Debtor and/or Trustee may claim an interest.

**RABINOWITZ, LUBETKIN & TULLY, L.L.C.**
Attorneys for Banco Popular North America

By: _____
JAY L. LUBETKIN

Dated: December 28, 2010

F:\Client_Files\A-M\Banco Popular\Notice of Appearance- Walsh Securities.doc

2