| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| WASSERMAN, JURISTA & STOLZ, P.C. |
| 225 Millburn Avenue - Suite 207 |
| P.O. Box 1029 |
| Millburn, New Jersey 07041 |
| Phone: (973) 467-2700 |
| Fax: (973) 467-8126 |
| Counsel to Debtor |
| DANIEL M. STOLZ, ESQ. (DS-1897) |

In Re:

WALSH SECURITIES, INC.,

          Debtor.

Case No.: 10-44845

Hon. Novalyn L. Winfield

Chapter: 11

Recommended Local Form:    ✓ Followed    ☐ Modified

### ORDER AUTHORIZING
### RETENTION OF STONE & MAGNANINI, LLP
### AS SPECIAL LITIGATION COUNSEL TO DEBTOR-IN-POSSESSION

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

In re:   Walsh Securities, Inc.

Case No.:   10-44845

Applicant:

☐ Trustee:   ☐ Chap. 7   ☐ Chap. 11   ☐ Chap. 13

✔ Debtor:   ✔ Chap. 11   ☐ Chap. 13

☐ Official Committee of _____

Professional:   Stone & Magnanini, LLP_____

150 John F. Kennedy Parkway_____

Short Hills, New Jersey  07078_____

☐ Attorney for:

☐ Trustee   ☐ Debtor-in-possession

☐ Official Committee of _____

☐ Accountant for:

☐ Trustee   ☐ Debtor-in-possession

☐ Official Committee of _____

✓ Other Professional:

☐ Realtor   ☐ Appraiser   ✓ Special Counsel   ☐ Auctioneer

☐ Other (specify):

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby **ORDERED** as follows:

1. The applicant, Walsh Securities, Inc., Debtor, is authorized to retain the professional, Stone & Magnanini, LLP, to act as special litigation counsel for the Debtor.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention shall be November 9, 2010.

2