

Order Filed on
**01/26/2011**
by Clerk U.S. Bankruptcy
Court District of New Jersey

| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| WASSERMAN, JURISTA & STOLZ, P.C. |
| 225 Millburn Avenue - Suite 207 |
| P.O. Box 1029 |
| Millburn, New Jersey 07041 |
| Phone: (973) 467-2700 |
| Fax: (973) 467-8126 |
| Counsel to Debtor |
| DANIEL M. STOLZ, ESQ. (DS-1897) |

Case No.: 10-44845

In Re:

Hon. Novalyn L. Winfield

WALSH SECURITIES, INC.,

Chapter: 11

Debtor.

Recommended Local Form:  ✓ Followed   ☐ Modified

## ORDER AUTHORIZING
## RETENTION OF STONE & MAGNANINI, LLP
## AS SPECIAL LITIGATION COUNSEL TO DEBTOR-IN-POSSESSION

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: 01/26/2011**

_____
Honorable Novalyn L. Winfield
United States Bankruptcy Judge

| | |
|---|---|
| In re: | Walsh Securities, Inc. |
| Case No.: | 10-44845 |
| Applicant: | ☐ Trustee:   ☐ Chap. 7   ☐ Chap. 11   ☐ Chap. 13 |
| | ✔ Debtor:   ✔ Chap. 11   ☐ Chap. 13 |
| | ☐ Official Committee of _____ |
| Professional: | Stone & Magnanini, LLP |
| | 150 John F. Kennedy Parkway |
| | Short Hills, New Jersey 07078 |

☐ Attorney for:
   ☐ Trustee   ☐ Debtor-in-possession
   ☐ Official Committee of _____

☐ Accountant for:
   ☐ Trustee   ☐ Debtor-in-possession
   ☐ Official Committee of _____

✓ Other Professional:
   ☐ Realtor   ☐ Appraiser   ✓ Special Counsel   ☐ Auctioneer
   ☐ Other (specify):

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby **ORDERED** as follows:

1. The applicant, Walsh Securities, Inc., Debtor, is authorized to retain the professional, Stone & Magnanini, LLP, to act as special litigation counsel for the Debtor.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention shall be November 9, 2010.

2

*Approved by Judge Novalyn L. Winfield January 26, 2011*