Order Filed on
**01/26/2011**
by Clerk U.S. Bankruptcy
Court District of New Jersey

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| WASSERMAN, JURISTA & STOLZ, P.C. |
| 225 Millburn Avenue - Suite 207 |
| P.O. Box 1029 |
| Millburn, New Jersey 07041 |
| Phone: (973) 467-2700 |
| Fax: (973) 467-8126 |
| Counsel to Debtor |
| DANIEL M. STOLZ, ESQ. (DS-1897) |

In Re:

WALSH SECURITIES, INC.,

Debtor.

Case No.: 10-44845

Hon. Novalyn L. Winfield

Chapter: 11

Recommended Local Form:   ✓ Followed    ☐ Modified

**ORDER AUTHORIZING
RETENTION OF STONE & MAGNANINI, LLP
AS SPECIAL LITIGATION COUNSEL TO DEBTOR-IN-POSSESSION**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: 01/26/2011**

_/s/ Novalyn L. Winfield_
Honorable Novalyn L. Winfield
United States Bankruptcy Judge

In re:  Walsh Securities, Inc.

Case No.:  10-44845

Applicant:

☐ Trustee:  ☐ Chap. 7  ☐ Chap. 11  ☐ Chap. 13

✔ Debtor:  ✔ Chap. 11  ☐ Chap. 13

☐ Official Committee of _____

Professional:  Stone & Magnanini, LLP

150 John F. Kennedy Parkway

Short Hills, New Jersey  07078

☐ Attorney for:

    ☐ Trustee  ☐ Debtor-in-possession

    ☐ Official Committee of _____

☐ Accountant for:

    ☐ Trustee  ☐ Debtor-in-possession

    ☐ Official Committee of _____

✓ Other Professional:

    ☐ Realtor  ☐ Appraiser  ✓ Special Counsel  ☐ Auctioneer

    ☐ Other (specify):

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby **ORDERED** as follows:

1. The applicant, Walsh Securities, Inc., Debtor, is authorized to retain the professional, Stone & Magnanini, LLP, to act as special litigation counsel for the Debtor.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention shall be November 9, 2010.

2

*Approved by Judge Novalyn L. Winfield January 26, 2011*

# CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: edensmor                Page 1 of 1                   Date Rcvd: Jan 26, 2011
Case: 10-44845                 Form ID: pdf903               Total Noticed: 3

The following entities were noticed by first class mail on Jan 28, 2011.
db           +Walsh Securities, Inc.,    46 Laura Lane,    Morristown, NJ 07960-6425
aty          +Evan C Wasserman,    J.H. Cohn LLP,    75 Eisenhower Pky.,    Roseland, NJ 07068-1600
aty          +Stone & Magnanini,    150 John F Kennedy Parkway,    Short Hills, NJ 07078-2703

The following entities were noticed by electronic transmission.
NONE.                                                                                               TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 28, 2011**                        **Signature:** _Joseph Speetjens_