# EXHIBIT C

Case 10-44845-NLW    Doc 29-6    Filed 03/14/11    Entered 03/14/11 12:10:50    Desc
Exhibit C to Wolfkind Certification    Page 2 of 4

Case 10-45765-NLW    Doc 64    Filed 03/01/11    Entered 03/02/11 12:35:84    Desc Main
Document    Page 1 of 3

Order Filed on 03/01/2011 by Clerk U.S. Bankruptcy Court District of New Jersey

---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

HERRICK, FEINSTEIN LLP
Gary F. Eisenberg Esq.
One Gateway Center
Newark, New Jersey 07102
(973) 274-2000
Attorneys for Cherokee Equities, LLC

---

In re:

ROBERT WALSH and LORRAINE WALSH,

Debtors.

In Proceedings Under Chapter 11
of the United States Bankruptcy Code

Case No. 10-45765 (NLW)

## ORDER GRANTING CHEROKEE EQUITIES, LLC LIMITED RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages numbered two (2) through three (3) is hereby

ORDERED.

DATED: 03/01/2011

*/s/ Novalyn L. Winfield*
Honorable Novalyn L. Winfield
United States Bankruptcy Judge

Case 10-44845-NLW    Doc 29-6    Filed 03/14/11    Entered 03/14/11 12:10:50    Desc
Exhibit C to Wolfkind Certification    Page 3 of 4

Case 10-45765-NLW    Doc 64    Filed 03/01/11    Entered 03/02/11 12:35:34    Desc Main
Document    Page 2 of 3

Page 2
Debtors: ROBERT WALSH and LORRAINE WALSH
Case No. 10-45765 (NLW)
Caption of Order: ORDER GRANTING CHEROKEE EQUITIES, LLC LIMITED RELIEF FROM THE AUTOMATIC STAY

---

THIS MATTER, having been brought before the Court upon the motion of Cherokee Equities, LLC ("Cherokee") for an order modifying the automatic stay (the "Motion"); and adequate notice of the Motion having been provided; and the Court having considered the pleadings presented in connection with the Motion, together with the oral argument of counsel; and for good cause shown;

IT IS on this ____ day of February, 2011

ORDERED AS FOLLOWS:

1.  The Motion shall be, and hereby is, GRANTED in part and DENIED in part, as more fully set forth below.

2.  Cherokee shall be, and hereby is, granted relief from the automatic stay to prosecute the action (the "Foreclosure Action") entitled *Cherokee Equities, LLC v. Walsh, et al.*, Docket No. F-32684-09, pending in the Superior Court of New Jersey, Morris County, Chancery Division (the "Foreclosure Court") up to, and including, the entry of final judgment for foreclosure against the Debtors.

3.  Upon delivery by Cherokee and receipt by the Debtors' counsel (transmission by email or fax is sufficient) of a copy of a foreclosure judgment entered by the Foreclosure Court in the Foreclosure Action, Cherokee may request on three business days' notice to the Debtors a conference with the Court for the purpose of considering whether Cherokee shall be entitled to further relief from the automatic stay to proceed past the entry of judgment. In determining whether or not to grant such relief, the Court shall consider, among other things, progress made

*Approved by Judge Novalyn L. Winfield March 01, 2011*

Case 10-44845-NLW    Doc 29-6    Filed 03/14/11    Entered 03/14/11 12:10:50    Desc
Exhibit C to Wolfkind Certification    Page 4 of 4

Case 10-45765-NLW    Doc 64    Filed 03/01/11    Entered 03/02/11 12:35:34    Desc Main
Document    Page 3 of 3

Page 3
Debtors: ROBERT WALSH and LORRAINE WALSH
Case No. 10-45765 (NLW)
Caption of Order: ORDER GRANTING CHEROKEE EQUITIES, LLC LIMITED RELIEF FROM THE AUTOMATIC STAY

---

by the Debtors towards obtaining a sale of the property located at 46 Laura Lane, Morristown, New Jersey (the "Property") and such other facts as the Court determines are relevant with respect to protection of the parties' interests in the Property.

4. This Order is without prejudice to Cherokee's right to move for relief from the automatic stay in order to seek further relief with respect to the Foreclosure Action, and/or to seek the entry of other appropriate relief, and without prejudice to the Debtors' right to oppose such relief.

5. Cherokee shall serve a copy of this Order upon all interested parties within ___ days of receipt.

HERRICK, FEINSTEIN LLP

By: _____
Gary F. Eisenberg, Esq.
One Gateway Center
Newark, New Jersey 07102
Direct line: 973-274-2055
Direct fax: 973-274-6424
Email: geisenberg@herrick.com
*Attorneys for Cherokee Equities, LLC*

HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP

By: _____
Bruce S. Etterman, Esq.
One Gateway Center
8th Floor
Newark, NJ 07102-5386
Phone: (973) 621-9020
Fax: (973) 621-7406
Email: bsetterman@HLGSLAW.COM
*Attorneys for Debtors Robert Walsh and Lorraine Walsh*

HF 6337614v.6 #13923/0001

*Approved by Judge Novalyn L. Winfield March 01, 2011*