# EXHIBIT D

*Rec'd 10/13/10 W*

GOLDENBERG, MACKLER, SAYEGH, MINTZ,
PFEFFER, BONCHI & GILL
A Professional Corporation
660 New Road, Suite 1-A
Northfield, NJ 08225
(609) 646-0222
Attorneys for Plaintiff_____SUPERIOR COURT OF NEW JERSEY
CHEROKEE EQUITIES, LLC

**FILED**

**MAY 1 2 2010**

SUPERIOR COURT
CLERK'S OFFICE

|                                      |   |                        |
|--------------------------------------|---|------------------------|
|                                      | ) | MORRIS COUNTY          |
|                                      | ) | CHANCERY DIVISION      |
|                                      | ) |                        |
| Plaintiff(s)                         | ) | Docket No. F-32684-09  |
| vs.                                  | ) |                        |
| ROBERT WALSH a/k/a ROBERT C. WALSH and | ) | CIVIL ACTION         |
| LORRAINE WALSH, husband and wife;  WALSH | ) | REQUEST FOR ENTRY   |
| SECURITIES, INC.                     | ) | OF DEFAULT AND         |
|                                      | ) | CERTIFICATION          |
| Defendant(s)                         | ) |                        |

TO:  JENNIFER M. PEREZ, ACTING CLERK
     Superior Court of New Jersey
     P.O. Box 971
     Trenton, NJ 08625


SIR:


        It is hereby requested that you enter the default of the defendant,
WALSH SECURITIES, INC., in the above entitled cause of action for failure to
plead or otherwise defend as provided in the rules governing the Courts of the
State of New Jersey.


                              GOLDENBERG, MACKLER, SAYEGH, MINTZ,
                              PFEFFER, BONCHI & GILL
                              A Professional Corporation
                              Attorneys for Plaintiff

                              BY_____
                                    KEITH A. BONCHI

DATED:  May 4, 2010




FILE NO. 52804-26

KEITH A. BONCHI, of full age, by way of certification in accordance with R.1:4-4(b), says:

1.    I am an attorney at law of the State of New Jersey and a partner of the law firm of Goldenberg, Mackler, Sayegh, Mintz, Pfeffer, Bonchi & Mintz, A Professional Corporation, Attorneys for Plaintiff in the within matter, and have full knowledge of the within action.

2.    The Summons, Complaint, Notice of Foreclosure Mediation Availability, HUD/NJHMGA Certified Housing Counselor Instruction – Mediation recommendations, Foreclosure Mediation Financial Worksheet, and [Individual] Borrower Instructions Mediation Request in the above matter were served upon the defendant, WALSH SECURITIES, INC., by Nicolas Ciullo, Process Server on January 9, 2010, as will more fully appear from the Affidavit of Service.

3.    The time within which the said defendant, WALSH SECURITIES, INC., may plead or otherwise defend in this action as provided by the Rules governing the Courts of the State of New Jersey has expired.

4.    The said defendant, WALSH SECURITIES, INC., has not pleaded or otherwise defended and the time for the defendant to plead or otherwise defend has not been enlarged or extended.

5.    I certify that the foregoing statements made by me are true; I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
KEITH A. BONCHI

DATED:  May 4, 2010