HERRICK, FEINSTEIN LLP
Gary Eisenberg
One Gateway Center
Newark, New Jersey 07102
(973) 274-2000
Attorneys for Cherokee Equities, LLC

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>WALSH SECURITIES, INC.,<br><br>                    Debtor. | Case No: 10-44845 (NLW)<br><br>Hon. Novalyn L. Winfield<br><br>Hearing Date: April 4, 2001, at 9:00 a.m.<br><br>Oral Argument Requested |

### CERTIFICATION OF SERVICE

       I, Joanne Conti, hereby certify as follows:

       1.     I am a legal secretary employed by the firm of Herrick, Feinstein LLP, with an office located at One Gateway Center, New Jersey 07102. Herrick, Feinstein is counsel to Cherokee Equities, in connection with the above-referenced matter.

       2.     On March 14, 2011, Gary F. Eisenberg electronically filed a Notice of Motion for Relief from Automatic Stay, Certification of Jay Wolfkind in Support of Motion of Cherokee Equities, LLC, for an Order Modifying the Automatic Stay, Creditor's Brief in Support of Motion for an Order Modifying the Automatic Stay and a Proposed Form of Order Granting Cherokee Equities, LLC Limited Relief from the Automatic Stay at *Docket No. 29*, ("Notice").

       3.     On March 14, 2011, a copy of the Notice was electronically served upon the annexed Service List.

       4.     On March 14, 2011, a copy of the Notice was electronically served upon and sent regular mail upon the annexed Service List A.

      I certify under penalty of perjury that the foregoing statements made by me are true and correct.

                /s/ Joanne Conti
                JOANNE CONTI

Dated:   March 14, 2011
         Newark, New Jersey

## SERVICE LIST

United States Trustee's Office
One Newark Center, Suite 2100
Newark, NJ 07102

## SERVICE LIST A

Daniel M. Stolz
Wasserman, Jurista & Stolz P.C.
225 Millburn Ave. Suite 207
Millburn, NJ 07041
Phone: (973) 467-2700
Fax: (973) 467-8126
E-mail: DStolz@wjslaw.com