HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP
Attorneys for Robert and Lorraine Walsh
One Gateway Center
Newark, New Jersey 07102
(973) 621-9020
Richard B. Honig, Esq.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In the Matter of:                    :    Case No. 10-44845 NLW

WALSH SECURITIES, INC.,              :    Chapter 11 Proceeding
                                          Hon. Novalyn L. Winfield
                    Debtor.

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF DOCUMENTS

TO:  Clerk, U.S. Bankruptcy Court
     For the District of New Jersey
     Martin Luther King, Jr. Fed. Bldg.
     50 Walnut Street
     Newark, NJ 07102


     Pursuant to Bankruptcy Rule 9010(b), please take notice that
the undersigned firm is appearing for the following party in the
above referenced bankruptcy proceedings: **Robert and Lorraine
Walsh**.


     This party is an interested party in this case.  Pursuant to
Section 1109(b) of the Bankruptcy Code and Rules 2002, 3017, and

9007 of the Rules of Bankruptcy Procedures, the undersigned, on behalf of the named party, hereby requests that all notices given or required to be served in this case, be given to and served upon the undersigned at the address and telephone number set forth below.

Please take further notice that, pursuant to Section 1109(b) of the Code, the foregoing request includes the notices and paper referred to in the Rules specified above and also includes, without limitation, notice of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, or requests, and any other documents brought before the Court in this case, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise.

HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP
Attorneys for Robert and Lorraine Walsh

By: _____
RICHARD B. HONIG
A Member of the Firm

Dated: April 27, 2011

-2-