| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>WASSERMAN, JURISTA & STOLZ, P.C.<br>225 Millburn Avenue - Suite 207<br>P.O. Box 1029<br>Millburn, New Jersey 07041<br>Phone: (973) 467-2700<br>Fax: (973) 467-8126<br>Counsel to Debtor<br>DANIEL M. STOLZ, ESQ. (DS-1897) | |
| In Re:<br><br>WALSH SECURITIES, INC.,<br><br>                              Debtor. | Case No.: 10-44845<br><br>Hon. Novalyn L. Winfield<br><br>Chapter: 11<br><br>Return Date: May 23, 2011 at 10:00 a.m. |

### NOTICE OF MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND RELEASE WITH COASTAL TITLE AGENCY

TO:   OFFICE OF U.S. TRUSTEE
      One Newark Center
      Suite 2100
      Newark, NJ 07102

      GARY EISENBERG, ESQ.
      Herrick, Feinstein, LLP
      One Gateway Center
      Newark, New Jersey 07102
      *Attorney for Cherokee Equities, LLC.*

      RICHARD B. HONIG, ESQ.
      Hellring, Lindeman, Goldstein & Siegal
      One Gateway Center
      Newark, NJ 07102
      *Attorney for Lorraine & Robert Walsh*

JAY L. LUBETKIN, ESQ.
Rabinowitz, Lubetkin & Tully, LLC.
293 Eisenhower Parkway, Suite 100
Livingston, NJ  07039
*Attorney for Banco Popular*

**PLEASE TAKE NOTICE** that on the 23rd day of May, 2011, at 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for Walsh Securities, Inc., the Debtor in the within Chapter 11 proceeding, ("Debtor") will appear before the Honorable Novalyn L. Winfield, United States Bankruptcy Court, 50 Walnut Street, Newark, New Jersey 07102, and seek entry of an Order approving the Settlement Agreement and Release with Coastal Title Agency.

**PLEASE TAKE FURTHER NOTICE** that the undersigned will rely on the Application submitted herewith.  This motion does not involve complex questions of law, therefore no brief is required to be submitted pursuant to D.N.J. LBR 9013-2.

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. LBR 9013-1, responsive papers, if any, must be filed with the Clerk of the Bankruptcy Court, 50 Walnut Street, Newark, New Jersey 07102, no later than seven (7) days prior to the initial return date of this motion.  If no timely objection is filed and served, this motion shall be deemed uncontested in accordance with D.N.J. LBR 9013-1(a), and the relief may be granted without a hearing.

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. LBR 9013-1(f), unless a party requests oral argument and states their intentions regarding oral argument in their moving papers, or the court otherwise directs, this motion shall be decided on the papers. ORAL ARGUMENT IS WAIVED.

WASSERMAN, JURISTA & STOLZ, P.C.
Attorneys for Walsh Securities, Inc., Debtor

By: _____
DANIEL M. STOLZ

DATED: May 2, 2011.

2