| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**WASSERMAN, JURISTA & STOLZ, P.C.**<br>**225 Millburn Avenue - Suite 207**<br>**P.O. Box 1029**<br>**Millburn, New Jersey  07041**<br>**Phone: (973) 467-2700**<br>**Fax: (973) 467-8126**<br>**Counsel to Debtor**<br>**DANIEL M. STOLZ, ESQ. (DS-1897)** | |
| In Re:<br><br>**WALSH SECURITIES, INC.,**<br><br>                              Debtor. | Case No.:  10-44845<br><br>Hon.  Novalyn L. Winfield<br><br>Chapter: 11 |

## CERTIFICATION OF SERVICE

I, **MARIA A. SOUSA**, of full age, hereby certify as follows:

I am a legal assistant employed by the law firm of Wasserman, Jurista & Stolz, P.C., located at 225 Millburn Avenue, Suite 207, Millburn, New Jersey  07041.

I hereby certify that on May 3, 2011, I caused to be delivered, by U.S. First Class Mail, to all those on the attached service list, the following pleadings:

1. Notice of Motion for Approval of Settlement Agreement and Release with Coastal Title Agency;

2. Application in Support of Motion;

3. Proposed form of Order Approving Settlement Agreement and Release with Coastal Title Agency.

As reflected in the Receipt of Electronic Filing issued by the Bankruptcy Court, the Bankruptcy Court issued notices of electronic filing to:

U.S. Trustee's Office
Gary F. Eisenberg
Richard Honig
Jay L. Lubetkin

I certify that the foregoing is true.  I am aware that if the foregoing is willfully false, I am subject to punishment.

/s/ Maria A. Sousa
_____
MARIA A. SOUSA

Dated:  May 3, 2011.