WALSH SECURITIES
Service List

Office of U.S. Trustee
One Newark Center
Suite 2100
Newark, NJ 07102

Gary Eisenberg, Esq.
Herrick, Feinstein, LLP
One Gateway Center
Newark, New Jersey  07102
*Attorney for Cherokee Equities, LLC.*

Richard B. Honig Esq.
Hellring, Lindeman, Goldstein & Siegal
One Gateway Center
Newark, NJ 07102
*Attorney for Lorraine & Robert Walsh*

Jay L. Lubetkin, Esq.
Rabinowitz, Lubetkin & Tully, LLC.
293 Eisenhower Parkway, Suite 100
Livingston, NJ  07039
*Attorney for Banco Popular*