Gary F. Eisenberg, Esq.
HERRICK, FEINSTEIN LLP
One Gateway Center
Newark, New Jersey 07102
(973) 274-2000
Counsel for Plaintiff

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>WALSH SECURITIES, INC.,<br><br>Debtor. | Case No.: 10-44845 (NLW)<br><br>Hon. Novalyn L. Winfield |

**CERTIFICATION OF SERVICE**

  I, Joanne Conti, hereby certify as follows:

  1. I am a legal secretary employed by the firm of Herrick, Feinstein LLP, with an office located at One Gateway Center, New Jersey 07102. Herrick, Feinstein is counsel to Cherokee Equities, in connection with the above-referenced matter.

  2. On May 16, 2011, Gary F. Eisenberg electronically filed an Objection to Motion by Debtor Walsh Securities, Inc. for Approval of Settlement Agreement and Release with Coastal Title Agency, at Document No. 43 ("Objection").

  3. On May 16, 2011, a copy of the Objection was electronically served upon the annexed Service List A. A copy of the Objection was also sent via regular mail to the annexed Service List A on May 16, 2011.

  I certify under penalty of perjury that the foregoing statements made by me are true and correct.

            /s/ Joanne Conti
            JOANNE CONTI

Dated: May 16, 2011
    Newark, New Jersey

## **SERVICE LIST A**

Richard Honig, Esq.
Hellring Linderman Goldstein & Siegal LLP
One Gateway Center, 8th Floor
Newark, NJ 07102
Phone: (973) 621-9020
Fax: (973) 621-7406
E-mail: rhonig@HLGSLAW.COM:

Jay Lubetkin, Esq.
Rabinowitz, Lubetkin & Tully, L.L.C.
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039

U.S. Trustee's Office
One Newark Center, Suite 2100
1085 Raymond Boulevard
Newark, NJ 07102

Dan Stolz, Esq.
Wasserman Jurista & Stolz
225 Milburn Avenue, PO Box 1029
Millburn, NJ 07041

Bob Magnanini, Esq.
Stone Magnanini LLP
150 JFK Parkway
Short Hills, NJ 07078