Order Filed on
05/25/2011
by Clerk U.S. Bankruptcy
Court District of New Jersey

| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| **WASSERMAN, JURISTA & STOLZ, P.C.** |
| **225 Millburn Avenue - Suite 207** |
| **P.O. Box 1029** |
| **Millburn, New Jersey  07041** |
| **Phone: (973) 467-2700** |
| **Fax: (973) 467-8126** |
| **Counsel to Debtor** |
| **DANIEL M. STOLZ, ESQ. (DS-1897)** |
| In Re: |
| **WALSH SECURITIES, INC.,** |
| Debtor. |

Case No.:  10-44845

Hon.  Novalyn L. Winfield

Chapter: 11

**ORDER APPROVING SETTLEMENT AGREEMENT
AND RELEASE WITH COASTAL TITLE AGENCY**

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: 05/25/2011**

_____
Honorable Novalyn L. Winfield
United States Bankruptcy Judge

Page 2
Debtors:        **Walsh Securities, Inc.**
Case No.        **10-44845**
Caption of Order:   **ORDER APPROVING SETTLEMENT AGREEMENT AND RELEASE WITH COASTAL TITLE AGENCY**

---

THIS MATTER having come before the Court upon the Application of Walsh Securities, Inc., the Debtor in the within Chapter 11 proceeding, seeking the entry of an Order approving a Settlement Agreement and Release between the Debtor, Coastal Title Agency and certain other parties, and the Court having reviewed the Debtor's Application and any objections thereto and finding good cause for the entry of the within Order,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Settlement Agreement and Release Agreement between Walsh Securities, Inc., Coastal Title Agency and certain other parties, attached to the Debtor's Motion as Exhibit "A", be and is hereby approved.

2. Walsh Securities, Inc. be and is hereby authorized to take all action necessary to memorialize and consummate the proposed settlement.

3. The law firm of Stone & Magnanini, LLP. be and is hereby authorized to act as escrow agent, to hold the settlement proceeds, pending further Order of the United States District Court and this Court with regard to the disposition of said proceeds, it being understood that Stone & Magnanini's holding of said proceeds does not give rise to an attorney's lien pending further order of this Court.

2

*Approved by Judge Novalyn L. Winfield May 25, 2011*