| |
|---|
| **UNITED STATES BANKRUPTCY COURT** |
| **DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| **WASSERMAN, JURISTA & STOLZ, P.C.** |
| **225 Millburn Avenue - Suite 207** |
| **P.O. Box 1029** |
| **Millburn, New Jersey 07041** |
| **Phone: (973) 467-2700** |
| **Fax: (973) 467-8126** |
| **Counsel to Debtor** |
| **LEONARD C. WALCZYK, ESQ. (LW-4720)** |
| In Re: |
| **WALSH SECURITIES, INC.,** |
| Debtor. |

Case No.: 10-44845

Hon. Novalyn L. Winfield

Chapter: 11

Hearing Date: June 7, 2011 at 11:00 a.m.

## CERTIFICATION OF SERVICE

I, **JOYCE ROSMAN**, of full age, hereby certify as follows:

I am a legal secretary employed by the law firm of Wasserman, Jurista & Stolz, P.C., located at 225 Millburn Avenue, Suite 207, Millburn, New Jersey 07041.

I hereby certify that on May 26, 2011, I caused to be delivered by e-mail a copy of the Debtor's Objection to Disclosure Statement Filed by Cherokee Equities, LLC to: Gary F. Eisenberg, Esq., Herrick, Feinstein, LLP, counsel to Creditor Cherokee Equities, LLC; Robert Magnanini, Esq., Stone & Magnanini, LLP counsel for Walsh Securities, Inc.; and Robert Walsh, President, Walsh Securities, Inc.:

I hereby certify that on May 27, 2011, I caused to be delivered by regular mail a copy of the Debtor's Objection to Disclosure Statement Filed by Cherokee Equities, LLC to: United States Trustee, 1 Newark Center, Suite 2100, Newark, New Jersey 07102; and Securities &

Exchange Commission, Bankruptcy/Insolvency Department, 100 F Street, N.E., Washington, DC 20549.

As reflected on the Receipt of Electronic Filing issued by the Bankruptcy Court, the Bankruptcy Court issued notices of electronic filing to:

U.S. Trustee's Office
Gary F. Eisenberg
Richard Honig
Jay L. Lubetkin
Daniel Stolz
Leonard Walczyk

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ Joyce Rosman
_____
Dated: May 27, 2011                              JOYCE ROSMAN

SERVICE LIST
WALSH SECURITIES, INC.
CHAPTER 11
CASE NO. 10-44845 (NLW)

United States Trustee
1 Newark Center, Suite 2100
Newark, New Jersey 07102

Securities & Exchange Comm.
Bankruptcy/Insolvency Dept.
100 F Street, N.E.
Washington, DC 20549

Gary F. Eisenberg, Esq.
Herrick, Feinstein LLP
One Gateway Center
Newark, New Jersey 07102
Counsel to Creditor Cherokee Equities

Mr. Robert Walsh, President
Walsh Securities, Inc.
46 Laura Lane
Morristown, New Jersey 07960

Robert Magnanini, Esq.
Stone & Magnanini, LLP.
150 J.F.K. Parkway
Short Hills, NJ 07078

# Joyce Rosman

| | |
|---|---|
| **From:** | Joyce Rosman |
| **Sent:** | Thursday, May 26, 2011 4:16 PM |
| **To:** | 'Gary Eisenberg (geisenberg@herrick.com)'; Robert Magnanini Esq. (rmagnanini@stonemagnalaw.com) |
| **Cc:** | Leonard Walczyk |
| **Subject:** | Walsh Securities, Inc. |
| **Attachments:** | Debtor's Objection to Disclosure Statement Filed by Cherokee Equities, LLC-Filed 05-16-2011.pdf |

| Tracking: | Recipient | Delivery |
|---|---|---|
| | 'Gary Eisenberg (geisenberg@herrick.com)' | |
| | Robert Magnanini Esq. (rmagnanini@stonemagnalaw.com) | |
| | Leonard Walczyk | Delivered: 5/26/2011 4:16 PM |
| | robert Walsh (rwalsh1038@aol.com) | |

Gentlemen:

Attached from Leonard Walczyk is Debtor's Objection to Disclosure Statement Filed by Cherokee Equities, LLC, regarding the above referenced matter, which was filed in the Bankruptcy Court today.

Very truly yours,
Joyce Rosman

JOYCE ROSMAN, LEGAL ASST.

WJS

WASSERMAN, JURISTA & STOLZ
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

225 Millburn Ave. Suite 207
Millburn, New Jersey 07041
Tel: (973)467-2700 ext. 226
Fax: (973)467-8126
Email: jrosman@wjslaw.com

Visit us on the web at: www.wjslaw.com

CONFIDENTIALITY NOTE:  This e-mail, and any attachments to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail.  If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivery of it to the intended recipient, you are hereby notified that reading it is strictly prohibited.  If you have received this e-mail in error, please immediately return it to the sender and delete it from your systems. Thank you.

Circular 230 Disclaimer: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter(s) addressed herein.

1

File a Response or Objection :

10-44845-NLW Walsh Securities, Inc.

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Newark) |
| Assets: y | Judge: NLW | Case Flag: PlnDue |

## U.S. Bankruptcy Court

## District of New Jersey

Notice of Electronic Filing

The following transaction was received from Leonard C. Walczyk entered on 5/26/2011 at 3:21 PM EDT and filed on 5/26/2011
**Case Name:**     Walsh Securities, Inc.
**Case Number:**    10-44845-NLW
**Document Number:** 46

**Docket Text:**
Objection to Disclosure Statement Filed by Cherokee Equities, LLC (related document:[34] Disclosure Statement Filed by Gary F. Eisenberg on behalf of Cherokee Equities, LLC. filed by Creditor Cherokee Equities, LLC) filed by Leonard C. Walczyk on behalf of Walsh Securities, Inc.. (Walczyk, Leonard)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\Debtor's Objection to Disclosure Statement Filed by Cherokee Equities, LLC.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1002741850 [Date=5/26/2011] [FileNumber=29129186-0] [3212f1d7643eb6beff649120081f39cb1e5ab19eb12191d5a50aa82a0fa3cfb07b 32ef9f48e603f53061058f44e2fbb2db8f99f0ae00c80f07fe3ddee8b7ad07]]

**10-44845-NLW Notice will be electronically mailed to:**
U.S. Trustees Office

Gary F. Eisenberg on behalf of Creditor Cherokee Equities, LLC
geisenberg@herrick.com, geisenberg@herrick.com;courtnotices@herrick.com

Richard Honig on behalf of Interested Party Lorraine Walsh
rbhonig@hlgslaw.com

Jay L. Lubetkin on behalf of Interested Party Banco Popular
jlubetkin@rltlawfirm.com, ypalmeri@rltlawfirm.com

Daniel Stolz on behalf of Debtor Walsh Securities, Inc.
dstolz@wjslaw.com, msousa@wjslaw.com

Leonard C. Walczyk on behalf of Debtor Walsh Securities, Inc.
lwalczyk@wjslaw.com

**10-44845-NLW Notice will not be electronically mailed to:**

Stone & Magnanini on behalf of Debtor Walsh Securities, Inc.
150 John F Kennedy Parkway
Short Hills, NJ 07078

United States Trustee
One Newark Center, Suite 2100
Newark, NJ 07102

Evan C Wasserman on behalf of Debtor Walsh Securities, Inc.
J.H. Cohn LLP
75 Eisenhower Pky.
Roseland, NJ 07068