*Order Filed on 05/25/2011 by Clerk U.S. Bankruptcy Court District of New Jersey*

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| **WASSERMAN, JURISTA & STOLZ, P.C.** |
| **225 Millburn Avenue - Suite 207** |
| **P.O. Box 1029** |
| **Millburn, New Jersey  07041** |
| **Phone: (973) 467-2700** |
| **Fax: (973) 467-8126** |
| **Counsel to Debtor** |
| **DANIEL M. STOLZ, ESQ. (DS-1897)** |

In Re:

**WALSH SECURITIES, INC.,**

                                    Debtor.

Case No.:  10-44845

Hon.  Novalyn L. Winfield

Chapter: 11

### ORDER APPROVING SETTLEMENT AGREEMENT AND RELEASE WITH COASTAL TITLE AGENCY

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: 05/25/2011**

*/s/ Novalyn L. Winfield*
Honorable Novalyn L. Winfield
United States Bankruptcy Judge

**Page 2**
**Debtors:** **Walsh Securities, Inc.**
**Case No.** **10-44845**
**Caption of Order:** **ORDER APPROVING SETTLEMENT AGREEMENT AND RELEASE WITH COASTAL TITLE AGENCY**

___

THIS MATTER having come before the Court upon the Application of Walsh Securities, Inc., the Debtor in the within Chapter 11 proceeding, seeking the entry of an Order approving a Settlement Agreement and Release between the Debtor, Coastal Title Agency and certain other parties, and the Court having reviewed the Debtor's Application and any objections thereto and finding good cause for the entry of the within Order,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Settlement Agreement and Release Agreement between Walsh Securities, Inc., Coastal Title Agency and certain other parties, attached to the Debtor's Motion as Exhibit "A", be and is hereby approved.

2. Walsh Securities, Inc. be and is hereby authorized to take all action necessary to memorialize and consummate the proposed settlement.

3. The law firm of Stone & Magnanini, LLP. be and is hereby authorized to act as escrow agent, to hold the settlement proceeds, pending further Order of the United States District Court and this Court with regard to the disposition of said proceeds, it being understood that Stone & Magnanini's holding of said proceeds does not give rise to an attorney's lien pending further order of this Court.

*Approved by Judge Novalyn L. Winfield May 25, 2011*

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                      Case No. 10-44845-NLW
Walsh Securities, Inc.                                      Chapter 11
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2        User: edensmor              Page 1 of 1         Date Rcvd: May 26, 2011
                            Form ID: pdf903             Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 28, 2011.
db           +Walsh Securities, Inc.,    46 Laura Lane,    Morristown, NJ 07960-6425
aty          +Evan C Wasserman,    J.H. Cohn LLP,    75 Eisenhower Pky.,    Roseland, NJ 07068-1600
aty          +Stone & Magnanini,    150 John F Kennedy Parkway,    Short Hills, NJ 07078-2703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 28, 2011**            **Signature:** _Joseph Speetjens_