# WASSERMAN, JURISTA & STOLZ
## ATTORNEYS AT LAW



ROBERT B. WASSERMAN
STEVEN Z. JURISTA
DANIEL M. STOLZ
LEONARD C. WALCZYK
MICHAEL McLAUGHLIN°°
SCOTT S. REVER°°
DONALD W. CLARKE

°°ALSO MEMBER OF PA BAR
+ ALSO MEMBER OF NY BAR

A PROFESSIONAL CORPORATION

225 MILLBURN AVENUE - SUITE 207
P.O. BOX 1029
MILLBURN, N.J. 07041

www.WJSLAW.com

TEL (973) 467-2700
FAX (973) 467-8126

OF COUNSEL

STUART M. BROWN
KENNETH L. MOSKOWITZ+
NORMAN D. KALLEN

E-Mail: dstolz@wjslaw.com

June 1, 2011

Attn: Diana Reaves
Honorable Novalyn L. Winfield
United States Bankruptcy Court
P.O. Box 1352
Newark, New Jersey 07102

        Re:    Walsh Securities, Inc.
                Case No. 10-44845 NLW
                Hearing on Approval of Cherokee Disclosure Statement
                Our File No. 7670

Dear Ms. Reaves:

    During a conference call with Judge Winfield on May 27th, the Court adjourned the hearing on approval of the Cherokee Disclosure Statement until June 21st at 10:00 a.m.

    The Court further requested that the parties participate in a conference call with the Court, during the week of June 13th, to update the Court with regard to the matter. Judge Winfield indicated that the conference call would likely take place either in the morning or late in the afternoon. I am currently available on both June 14th and June 15th for such conference call. At your convenience, would you please schedule the conference call, so that I might advise all parties and make the appropriate arrangements. Thank you in advance for your anticipated cooperation.

                              Very truly yours,

                              WASSERMAN, JURISTA & STOLZ, P.C.

                              DANIEL M. STOLZ

DMS/ms

cc: Gary Eisenberg, Esq.
cc: Robert Magnanini, Esq.
cc: Richard Honig, Esq.
cc: Peter D'Auria, Esq.
cc: Mr. Robert Walsh