Goldenberg, Mackler, Sayegh, Mintz, Pfeffer, Bonchi & Gill, P.A.
660 New Road, Suite 1A
Northfield, NJ 08225
Phone: (609) 646-0222 x297
Fax: (609) 646-0887
E-mail: keith@gmslaw.com
Attorneys for Cherokee Equities, LLC

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>WALSH SECURITIES, INC.,<br><br>           Debtor. | In Proceedings Under Chapter 11<br>of the United States Bankruptcy Code<br><br>Case No. 10-44845 (NLW) |

### SUBSTITUTION OF ATTORNEY

The undersigned hereby consent to the substitution of Goldenberg, Mackler, Sayegh, Mintz, Pfeffer, Bonchi & Gill, P.A. as attorneys for Cherokee Equities, LLC:

| | |
|---|---|
| Goldenberg, Mackler, Sayegh, Mintz, Pfeffer, Bonchi & Gill, P.A.<br>Substituting Counsel<br>By: /s/ Keith A. Bonchi<br>     Keith A. Bonchi | Herrick, Feinstein LLP<br>Withdrawing Counsel<br><br>By: /s/ Gary F. Eisenberg<br>     Gary F. Eisenberg, Esq. |

Dated: June 29, 2011

HF 6593006v.1 #13923/0001