| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) **WASSERMAN, JURISTA & STOLZ, P.C.** 225 Millburn Avenue - Suite 207 P.O. Box 1029 Millburn, New Jersey 07041 Phone: (973) 467-2700 Fax: (973) 467-8126 **Counsel to Debtor** **LEONARD C. WALCZYK, ESQ. (LW-4720)** | |
| In Re: **WALSH SECURITIES, INC.,** Debtor. | Case No.: 10-44845 Hon. Novalyn L. Winfield Chapter: 11 Hearing Date: August 29, 2011 at 10:00 a.m. |

### ORDER TO COMPEL TURNOVER OF PROPERTY TO THE ESTATE PURSUANT TO 11 U.S.C. SECTION 542(e)

The relief set forth on the following page, numbered 2, is hereby **ORDERED.**

**(Page 2)**

| | |
|---|---|
| Debtor: | Walsh Securities, Inc. |
| Case No.: | 10-44845 (NLW) |
| Caption of Order: | Order To Compel Turnover Of Property To The Estate Pursuant To 11 U.S.C. Section 542(e) |

**THIS MATTER** having been brought before the Court by Walsh Securities, Inc., Chapter 11 Debtor herein (the "Movant") to compel turnover of property to the estate pursuant to 11 U.S.C. Section 542(e) and appropriate notice of the motion and proposed entry hereof having been given; and for good and cause shown;

**IT IS ORDERED**, that Movant's Motion to Compel Turnover of Property to the Estate Pursuant to 11 U.S.C. Section 542(e) is hereby granted.

**IT IS ORDERED**, that within three days of the entry of this Order, John J. Oberdorf, Jr., Esq. and the firm of LeClairRyan shall deliver all of the Debtor's books and records in their possession to the offices of Wasserman, Jurista & Stolz, P.C., Millburn, New Jersey; including, but not limited to, the entire file related to representation of the above captioned Debtor, including all original correspondence, notes, memos, written communications of any kind, nature and description, documents, pleadings, telephone memoranda, and copies of any and all electronic communications, emails, faxes, and any other type of communication by and between any party regarding the above captioned matter in any way regarding any subject matter whatsoever.