| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**WASSERMAN, JURISTA & STOLZ, P.C.**<br>225 Millburn Avenue - Suite 207<br>P.O. Box 1029<br>Millburn, New Jersey 07041<br>Phone: (973) 467-2700<br>Fax: (973) 467-8126<br>**Counsel to Debtor**<br>**LEONARD C. WALCZYK, ESQ. (LW-4720)** | |
| In Re:<br><br>**WALSH SECURITIES, INC.,**<br><br><br>Debtor. | Case No.: 10-44845<br><br>Hon. Novalyn L. Winfield<br><br>Chapter: 11<br><br>Hearing Date: August 29, 2011 at 10:00 a.m. |

## CERTIFICATION OF SERVICE

I, **JOYCE ROSMAN**, of full age, hereby certify as follows:

I am a legal secretary employed by the law firm of Wasserman, Jurista & Stolz, P.C., located at 225 Millburn Avenue, Suite 207, Millburn, New Jersey 07041.

I hereby certify that on August 5, 2011, I caused to be served by certified return receipt mail and regular mail to John J. Oberdorf, Jr., Esq., LeClairRyan, One Riverfront Plaza, 1037 Raymond Boulevard, Sixteenth Floor, Newark, New Jersey 0102 and by regular mail to Robert Magnanini, Esq., Stone & Magnanini, LLP, 150 J.F.K. Parkway, Short Hills, NJ 07078 a copy of the following:

1. Notice of Motion to Compel Turnover of Property to the Estate Pursuant to 11 U.S.C. Section 542(e);

2. Application in Support of Motion to Compel Turnover of Property to the Estate Pursuant to 11 U.S.C. Section 542(e); and

3. Proposed Order to Compel Turnover of Property to the Estate Pursuant to 11 U.S.C. Section 542(e).

As reflected on the Receipt of Electronic Filing issued by the Bankruptcy Court dated August 4, 2011, the Bankruptcy Court issued notices of electronic filing to:

U.S. Trustee's Office
Keith A. Bonchi
Richard Honig
Jay L. Lubetkin
Daniel Stolz
Leonard Walczyk

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ Joyce Rosman

Dated: August 5, 2011              JOYCE ROSMAN



John J. Oberdorf, Jr., Esq.
LeClairRyan
One Riverfront Plaza
1037 Raymond Boulevard, Sixteenth Floor
Newark, New Jersey 07102

## File a Motion:

10-44845-NLW Walsh Securities, Inc.

Type: bk  
Assets: y  

Chapter: 11 v  
Judge: NLW  

Office: 2 (Newark)

### U.S. Bankruptcy Court

### District of New Jersey

Notice of Electronic Filing

The following transaction was received from Leonard C. Walczyk entered on 8/4/2011 at 1:57 PM EDT and filed on 8/4/2011

**Case Name:** Walsh Securities, Inc.
**Case Number:** 10-44845-NLW
**Document Number:** 55

**Docket Text:**
Motion to Compel Turnover of Property to the Estate Filed by Leonard C. Walczyk on behalf of Walsh Securities, Inc.. Hearing scheduled for 8/29/2011 at 10:00 AM at NLW - Courtroom 3D, Newark. (Attachments: # (1) Application in Support of Motion to Compel Turnover of Property to the Estate Pursuant to 11 U.S.C. Section 542(e)# (2) Proposed Order to Compel Turnover of Property to the Estate Pursuant to 11 U.S.C. Section 542(e)) (Walczyk, Leonard)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\Notice of Motion.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1002741850 [Date=8/4/2011] [FileNumber=29846746-0
] [71d92ebf66982892524ffd0ea3dc73730d0c4b4b3cf0a6829de961fff450f120520
3eb824c3720ab446558cd40d824271710adbbc1eeecf63d5c45574990931a]]
**Document description:** Application in Support of Motion to Compel Turnover of Property to the Estate Pursuant to 11 U.S.C. Section 542(e)
**Original filename:** C:\fakepath\Application.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1002741850 [Date=8/4/2011] [FileNumber=29846746-1
] [20036c742085b61ee49b37f2c44056adbd894c0c51d36b7811d4294865e904bff44
a6c846bdbac3d9cac4fc80dcb38c9b2988b51c55d9c2c45aeda92f41aa9bb]]
**Document description:** Proposed Order to Compel Turnover of Property to the Estate Pursuant to 11 U.S.C. Section 542(e)
**Original filename:** C:\fakepath\Order.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1002741850 [Date=8/4/2011] [FileNumber=29846746-2
] [8fba458eb03fff071e0b988a3aa6c1b5ec53a6b512c6d3c9902e088d818c6e06984
0ff8e765d44ac441e8a3aad6ea0c547b071204c1432d858f01e7b78e43579]]

**10-44845-NLW Notice will be electronically mailed to:**
U.S. Trustees Office

Keith A. Bonchi on behalf of Creditor Cherokee Equities, LLC
keith@gmslaw.com

Richard Honig on behalf of Interested Party Lorraine Walsh
rbhonig@hlgslaw.com

Jay L. Lubetkin on behalf of Interested Party Banco Popular
jlubetkin@rltlawfirm.com, ypalmeri@rltlawfirm.com

Daniel Stolz on behalf of Debtor Walsh Securities, Inc.
dstolz@wjslaw.com, msousa@wjslaw.com

Leonard C. Walczyk on behalf of Debtor Walsh Securities, Inc.
lwalczyk@wjslaw.com

**10-44845-NLW Notice will not be electronically mailed to:**

Stone & Magnanini on behalf of Debtor Walsh Securities, Inc.
150 John F Kennedy Parkway
Short Hills, NJ 07078

United States Trustee
One Newark Center, Suite 2100
Newark, NJ 07102

Evan C Wasserman on behalf of Debtor Walsh Securities, Inc.
J.H. Cohn LLP
75 Eisenhower Pky.
Roseland, NJ 07068