# GOLDENBERG, MACKLER, SAYEGH, MINTZ, PFEFFER, BONCHI & GILL

HARRY A. GOLDENBERG (1938-2003)
KENNETH D. MACKLER***
JOSEPH ERAN SAYEGH**
LAWRENCE A. MINTZ***
MARK PFEFFER**
KEITH A. BONCHI
MICHAEL A. GILL****
MICHAEL J. MACKLER**
HOWARD J. HEALD
ALLISON E. WEINER
FRANCIS J. BALLAK
LAUREN E. TYLER
NANCY MARTELLIO
DANIEL G. TRACY
JOEL M. CHIPKIN**
ROSANN ALLEN

CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY IN THE FOLLOWING AREAS
**    CIVIL TRIAL LAW
***   WORKERS' COMPENSATION LAW
****  MATRIMONIAL LAW

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
660 NEW ROAD, SUITE 1-A
NORTHFIELD, NEW JERSEY 08225
http://www.gmslaw.com
TAX ID #22-1980737
---------
(609) 646-0222
FAX (609) 646-0887

kbonchi@gmslaw.com

ATLANTIC CITY OFFICE
1030 ATLANTIC AVENUE
ATLANTIC CITY, NJ 08401
(609) 344-7131
FAX
(609) 347-6024

RIO GRANDE OFFICE
THE HERALD BUILDING
1508 ROUTE 47 SOUTH, SUITE 3
RIO GRANDE, NJ 08242
(609) 886-4333
FAX
(609) 886-9441

PLEASE REPLY TO
NORTHFIELD

September 15, 2011

Hon. Novalyn L. Winfield, U.S.B.J.
U.S. Bankruptcy Court District of New Jersey
M.L. King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut St., 3rd Floor, P. O. Box 1352
Newark, NJ 07101-1352

**RE:    Walsh Securities, Inc.
Chapter 11 Docket No. 10-44845-NLW
Our File No. 52804-28**

Dear Judge Winfield:

Please be advised that the undersigned firm now represents Creditor, Cherokee Equities, LLC. There is currently pending before Your Honor on Monday, September 19, 2011 at 10:00 a.m., Cherokee's application for the Court to approve its Disclosure Statement and a Plan that has been submitted by it. Cherokee hereby withdraws its application in this matter.

Please be advised that Cherokee still fully supports the application by Banco Popular to appoint a Chapter 11 Trustee or convert the proceeding to a Chapter 7 case in Walsh's personal bankruptcy. It is my understanding that this hearing is scheduled at 1:00 P.M.

Thank you for your courtesy and cooperation.

Respectfully yours,

KEITH A. BONCHI

KAB:jab
Encl.
cc:    Leonard C. Walczyk, Esq., Atty. for Walsh Securities, Inc.
Walsh Securities, Inc. c/o Robert C. Walsh
Jay Wolfkind