**GOLDENBERG, MACKLER, SAYEGH, MINTZ,
PFEFFER, BONCHI & GILL**
*A Professional Corporation*
660 New Road, Suite No. 1-A
Northfield, New Jersey  08225
(609) 646-0222   FAX (609) 646-0887
Attorneys for Cherokee Equities, LLC (52804-28)

*BY:*   /s/ Keith A. Bonchi
　　　　*KEITH A. BONCHI, ESQ. (KAB3664)*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| **WALSH SECURITIES, INC.** | : | CASE NO.  10-44845 |
| | : | |
| *Debtor* | : | JUDGE: NOVALYN L. WINFIELD |

### NOTICE OF MOTION TO DISMISS BANKRUPTCY FOR FAILURE TO FILE A PLAN UNDER 11 U.S.C. § 1112 AND FOR LACK OF PROSECUTION OF THE BANKRUPTCY

TO:   Leonard C. Walczyk, Esq.
　　　Wasserman, Jurista & Stolz, P.C.
　　　225 Millburn Avenue, Suite 207
　　　P. O. Box 1029
　　　Millburn, NJ  07041
　　　**Atty. for Debtor, Walsh Securities, Inc.**

**PLEASE TAKE NOTICE** that on **Monday, October 24, 2011 at 10:00 a.m.** in the forenoon or as soon thereafter as counsel may be heard, the undersigned attorneys for the creditor, Cherokee Equities, LLC shall move before the United States Bankruptcy Court, at the Court House, Newark, New Jersey for an Order Dismissing the within Bankruptcy.

Movant, shall rely upon the enclosed Statement of Counsel and the enclosed brief.

Movant requests oral argument in accordance with the local rules.

          **GOLDENBERG, MACKLER, SAYEGH, MINTZ**,
          **PFEFFER, BONCHI & GILL**
          *Attorneys for Cherokee Equities, LLC*


      ***BY:***    /s/ Keith A. Bonchi_____
             *KEITH A. BONCHI, ESQ. (KAB3664)*

DATED: September 29, 2011