UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

GOLDENBERG, MACKLER, SAYEGH, MINTZ, PFEFFER, BONCHI & GILL
660 New Road, Suite 1-A
Northfield, NJ  08225
(609) 646-0222  FAX (609) 646-0887
Attorneys for Cherokee Equities, LLC (52804-28)

In Re:

WALSH SECURITIES, INC.,

            Debtor

Case No.:    10-44845

Adv. No.:

Hearing Date:

Judge:    NOVALYN L. WINFIELD

## ORDER GRANTING DISMISSAL OF BANKRUPTCY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED:**

_____
HON. NOVALYN L. WINFIELD, U.S.B.J.

1. The court hereby dismisses the within bankruptcy.

2. A copy of the within Order shall be served upon all counsel within seven (7) days.