**GOLDENBERG, MACKLER, SAYEGH, MINTZ,
PFEFFER, BONCHI & GILL**
*A Professional Corporation*
660 New Road, Suite No. 1-A
Northfield, New Jersey  08225
(609) 646-0222   FAX (609) 646-0887
Attorneys for Cherokee Equities, LLC (52804-28)

**BY:**    /s/ Keith A. Bonchi
*KEITH A. BONCHI, ESQ. (KAB3664)*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| **WALSH SECURITIES, INC.** | : | CASE NO.  10-44845 |
| | : | |
| *Debtor* | : | JUDGE: NOVALYN L. WINFIELD |

### CERTIFICATION OF SERVICE

On September 29, 2011, the undersigned filed via CM/ECF the within Notice of Motion to Dismiss Bankruptcy, Statement of Counsel, letter brief, proposed Order Granting Dismissal of Bankruptcy, and Certification of Service with:

Clerk, United States Bankruptcy Court
District of New Jersey
M.L. King, Jr. Federal Building & Courthouse
50 Walnut Street, 3rd Floor
Newark, NJ 07101-1352

-and-

on the same date, a copy of same was sent via CM/ECF and first class mail to:

**Leonard C. Walczyk, Esq.**
Wasserman, Jurista & Stolz, P.C.
225 Millburn Avenue, Suite 207
P. O. Box 1029
Millburn, NJ  07041
Debtor's Attorney

**Daniel Stolz**
Wasserman, Jurista & Stolz
225 Millburn Ave., Suite 207
P.O. Box 1029
Millburn, NJ 07041-1712
Debtor's Atty.

*U.S. Trustee*
**United States Trustee**
One Newark Center, Suite 2100
Newark, NJ 07102

Rabinowitz, Lubetkin & Tully, L.L.C.
293 Eisenhower Parkway, Suite 100
Livingston, NJ  07039
Attn:   Jay L. Lubetkin, Esq.
**Atty. for Banco Popular North America**

Hellring Lindeman Goldstein & Siegal LLP
One Gateway Center
Newark, NJ  07102
Attn:  Richard B. Honig, Esq.
**Attys. for Robert & Lorraine Walsh**

              -and-

on the same date, a copy of same was mailed in the US  Post Office in Northfield, New Jersey, in

a sealed envelope with postage prepaid thereon, by regular, first class mail,  to:

**Stone & Magnanini**
150 John F. Kennedy Parkway
Short Hills, NJ  07078
Special Litigation Counsel

2

**Evan C Wasserman**
J.H. Cohn LLP
75 Eisenhower Pky.
Roseland, NJ 07068

**Walsh Securities, Inc.**
46 Laura Lane
Morristown, NJ  07960
*Debtor*

**Internal Revenue Service**
**Centralized Insolvency Operations**
P. O. Box 7346
Philadelphia, PA  19101-7346

**Investment 3 LLC**
46 Laura Lane
Morristown, NJ  07960

**Robert Walsh**
46 Laura Lane
Morristown, NJ  07960

**Lorraine Walsh**
46 Laura Lane
Morristown, NJ  07960

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ Janet A. Brown
JANET A. BROWN, PARALEGAL
TO KEITH A. BONCHI, ESQUIRE

DATED: September 29, 2011