Form 170 – ntchrgdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 10–44845–NLW
Chapter: 11
Judge: Novalyn L. Winfield

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Walsh Securities, Inc.
  46 Laura Lane
  Morristown, NJ 07960

Social Security No.:

Employer's Tax I.D. No.:
  22–3256427

## NOTICE OF HEARING ON MOTION TO DISMISS CASE

  A motion to dismiss the above captioned case was filed by Keith A. Bonchi, Attorney for Cherokee Equities, LLC.

  Notice is hereby given that a hearing will be held by the Honorable Novalyn L. Winfield on,

Date: 10/24/11
Time: 10:00 AM
Location: Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

to determine cause for dismissal.


Dated: September 30, 2011
JJW:

　　　　　　　　　　　　　　　　　　　　　　　　　　　James J. Waldron
　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk