Form 170 – ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  10–44845–NLW
          Chapter:  11
          Judge:  Novalyn L. Winfield

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Walsh Securities, Inc.
   46 Laura Lane
   Morristown, NJ 07960

Social Security No.:

Employer's Tax I.D. No.:
   22–3256427

## NOTICE OF HEARING ON MOTION TO DISMISS CASE

     A motion to dismiss the above captioned case was filed by Keith A. Bonchi, Attorney for Cherokee Equities, LLC.

     Notice is hereby given that a hearing will be held by the Honorable Novalyn L. Winfield on,

Date: 10/24/11
Time: 10:00 AM
Location: Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

to determine cause for dismissal.


Dated: September 30, 2011
JJW:

                                            James J. Waldron
                                            Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                          Case No. 10-44845-NLW
Walsh Securities, Inc.                                          Chapter 11
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: lchapman              Page 1 of 1              Date Rcvd: Sep 30, 2011
                              Form ID: 170                Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2011.
db           +Walsh Securities, Inc.,    46 Laura Lane,    Morristown, NJ 07960-6425
aty          +Evan C Wasserman,    J.H. Cohn LLP,    75 Eisenhower Pky.,    Roseland, NJ 07068-1600
aty          +Stone & Magnanini,    150 John F Kennedy Parkway,    Short Hills, NJ 07078-2754
smg         ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Dist Dir of IRS,    Insolvency Function,    PO Box 724,
               Springfield, NJ   07081-0724)
smg          +U.S. Attorney,    970 Broad St.,    Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2523
intp         +Banco Popular,    c/o Rabinowitz, Lubetkin & Tully, LLC,    293 Eisenhower Parkway,   Suite 100,
               Livingston, NJ 07039-1711
cr           +Cherokee Equities, LLC,    Herrick, Feinstein LLP,    One Gateway Center,    Newark, NJ 07102-5321,
               UNITED STATES
intp         +Lorraine Walsh,    46 Laura Lane,    Morristown, NJ 07960-6425
511374925    +Cherokee Equities,    c/o Gary Eisenberg, Esq.,    Herrick, LLP,    One Gateway Center,
               Newark, NJ 07102-5321
511543880    +Cherokee Equities, LLC,    c/o Herrick Feinstein, LLP,    One Gateway Center,
               Newark, NJ 07102-5321,    Attn: Gary F. Eisenberg
511411307   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service,    P.O. Box 21126,    Philadelphia, PA 19114)
511374926    +Investment 3 LLC,    46 Laura Lane,   Morristown, NJ 07960-6425
511374927    +Robert Walsh,    46 Laura Lane,   Morristown, NJ 07960-6425
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 30 2011 23:01:39     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
                                                                                               TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp*        +Robert Walsh,    46 Laura Lane,   Morristown, NJ 07960-6425
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 02, 2011**                **Signature:**    *Joseph Speetjens*