*Order Filed on 10/25/2011 by Clerk U.S. Bankruptcy Court District of New Jersey*

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| WASSERMAN, JURISTA & STOLZ, P.C. |
| 225 Millburn Avenue - Suite 207 |
| P.O. Box 1029 |
| Millburn, New Jersey 07041 |
| Phone: (973) 467-2700 |
| Fax: (973) 467-8126 |
| Counsel to Debtor |
| DANIEL M. STOLZ, ESQ. (DS-1897) |

In Re:

WALSH SECURITIES, INC.,

Debtor.

Case No.: 10-44845

Hon. Novalyn L. Winfield

Chapter: 11

## ORDER ADJOURNING MOTION OF CHEROKEE EQUITIES, LLC. TO DISMISS BANKRUPTCY

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: 10/25/2011**

_____
Honorable Novalyn L. Winfield
United States Bankruptcy Judge

Page 2
Debtors:            Walsh Securities, Inc.
Case No.            10-44845
Caption of Order:   ORDER ADJOURNING MOTION OF CHEROKEE
                    EQUITIES LLC. TO DISMISS BANKRUPTCY

---

THIS MATTER having come before the Court upon the Motion of Cherokee Equities, LLC., seeking the entry of an Order, pursuant to 11 U.S.C. 1112, dismissing the within Chapter 11 proceedings and the Court having reviewed the Motion, opposition thereto, and having entertained oral argument on October 24, 2011 and finding good cause for the entry of the within Order,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Motion be and is hereby adjourned to April 17, 2012 at 10:00 a.m.

2. Any further support or opposition to the Motion shall be filed no later than April 9, 2012.

*Approved by Judge Novalyn L. Winfield October 25, 2011*