Order Filed on
**10/25/2011**
by Clerk U.S. Bankruptcy
Court District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>WASSERMAN, JURISTA & STOLZ, P.C.<br>225 Millburn Avenue - Suite 207<br>P.O. Box 1029<br>Millburn, New Jersey 07041<br>Phone: (973) 467-2700<br>Fax: (973) 467-8126<br>Counsel to Debtor<br>DANIEL M. STOLZ, ESQ. (DS-1897) |
| In Re:<br><br>WALSH SECURITIES, INC.,<br><br><br>                    Debtor. |

Case No.: 10-44845

Hon. Novalyn L. Winfield

Chapter: 11

ORDER ADJOURNING MOTION OF
<u>CHEROKEE EQUITIES, LLC. TO DISMISS BANKRUPTCY</u>

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: 10/25/2011**

Honorable Novalyn L. Winfield
United States Bankruptcy Judge

Page 2
Debtors: **Walsh Securities, Inc.**
Case No. **10-44845**
Caption of Order: **ORDER ADJOURNING MOTION OF CHEROKEE EQUITIES LLC. TO DISMISS BANKRUPTCY**

---

THIS MATTER having come before the Court upon the Motion of Cherokee Equities, LLC., seeking the entry of an Order, pursuant to 11 U.S.C. 1112, dismissing the within Chapter 11 proceedings and the Court having reviewed the Motion, opposition thereto, and having entertained oral argument on October 24, 2011 and finding good cause for the entry of the within Order,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Motion be and is hereby adjourned to April 17, 2012 at 10:00 a.m.

2. Any further support or opposition to the Motion shall be filed no later than April 9, 2012.

*Approved by Judge Novalyn L. Winfield October 25, 2011*

United States Bankruptcy Court
District of New Jersey

In re:  
Walsh Securities, Inc.  
    Debtor

Case No. 10-44845-NLW  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: dreaves      Page 1 of 2      Date Rcvd: Oct 25, 2011  
                          Form ID: pdf903      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2011.
```
db          +Walsh Securities, Inc.,   46 Laura Lane,   Morristown, NJ 07960-6425
aty         +Evan C Wasserman,   J.H. Cohn LLP,   75 Eisenhower Pky.,   Roseland, NJ 07068-1600
aty         +Stone & Magnanini,   150 John F Kennedy Parkway,   Short Hills, NJ 07078-2754
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 27, 2011**                                      **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0312-2          User: dreaves              Page 2 of 2              Date Rcvd: Oct 25, 2011
                              Form ID: pdf903            Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2011 at the address(es) listed below:

         Daniel  Stolz   on behalf of Debtor  Walsh Securities, Inc. dstolz@wjslaw.com,  msousa@wjslaw.com
         Jay L. Lubetkin    on behalf of Interested Party  Banco Popular jlubetkin@rltlawfirm.com,
          ypalmeri@rltlawfirm.com
         Keith A. Bonchi    on behalf of Creditor  Cherokee Equities, LLC keith@gmslaw.com
         Leonard C. Walczyk    on behalf of Debtor  Walsh Securities, Inc. lwalczyk@wjslaw.com
         Richard  Honig   on behalf of Interested Party Lorraine Walsh rbhonig@hlgslaw.com

                                                                                            TOTAL: 5