Order Filed on
10/28/2011
by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>GOLDENBERG, MACKLER, SAYEGH, MINTZ,<br>PFEFFER, BONCHI & GILL<br>660 New Road, Suite 1-A<br>Northfield, NJ  08225<br>(609) 646-0222  FAX (609) 646-0887<br>Attorneys for Cherokee Equities, LLC (52804-28) | |
| In Re:<br><br>WALSH SECURITIES, INC.,<br><br>                    Debtor | Case No.:    10-44845<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge:       NOVALYN L. WINFIELD |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY TO
PURSUE MORTGAGE FORECLOSURE**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED:**

**DATED: 10/28/2011**

Honorable Novalyn L. Winfield
United States Bankruptcy Judge

THIS MATTER having come before the court upon the motion of Cherokee Equities, LLC seeking entry of an Order, pursuant to 11 U.S.C. 1112, dismissing the Chapter 11 proceeding and the court having adjourned the motion to April 17, 2012 at 10:00 a.m., but the court having further granted creditor, Cherokee Equities, LLC relief from the automatic stay to pursue a mortgage foreclosure and for good cause for the entry of the within Order,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. Cherokee Equities, LLC is hereby granted relief from the automatic stay and may pursue and complete its mortgage foreclosure in the matter of <u>Cherokee Equities, LLC v. Robert Walsh, et al.</u> (Docket No: F-32684-09).

2. Cherokee Equities, LLC shall be allowed to not only obtain Final Judgment but to complete a Sheriff's Sale and remove any occupants from said property in accordance with its State law action. This applies to the property commonly known as 44-46 Laura Lane, Morristown, New Jersey as more particularly set forth in the foreclosure complaint.

3. A copy of the within Order shall be served upon all counsel within seven (7) days.

*Approved by Judge Novalyn L. Winfield October 28, 2011*