Order Filed on
**10/28/2011**
by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>GOLDENBERG, MACKLER, SAYEGH, MINTZ,<br>PFEFFER, BONCHI & GILL<br>660 New Road, Suite 1-A<br>Northfield, NJ  08225<br>(609) 646-0222  FAX (609) 646-0887<br>Attorneys for Cherokee Equities, LLC (52804-28) | |
| In Re:<br><br>WALSH SECURITIES, INC.,<br><br>               Debtor | Case No.:    10-44845<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge:    NOVALYN L. WINFIELD |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY TO
PURSUE MORTGAGE FORECLOSURE**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED:**

**DATED: 10/28/2011**

Honorable Novalyn L. Winfield
United States Bankruptcy Judge

THIS MATTER having come before the court upon the motion of Cherokee Equities, LLC seeking entry of an Order, pursuant to 11 U.S.C. 1112, dismissing the Chapter 11 proceeding and the court having adjourned the motion to April 17, 2012 at 10:00 a.m., but the court having further granted creditor, Cherokee Equities, LLC relief from the automatic stay to pursue a mortgage foreclosure and for good cause for the entry of the within Order,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. Cherokee Equities, LLC is hereby granted relief from the automatic stay and may pursue and complete its mortgage foreclosure in the matter of <u>Cherokee Equities, LLC v. Robert Walsh, et al.</u> (Docket No: F-32684-09).

2. Cherokee Equities, LLC shall be allowed to not only obtain Final Judgment but to complete a Sheriff's Sale and remove any occupants from said property in accordance with its State law action. This applies to the property commonly known as 44-46 Laura Lane, Morristown, New Jersey as more particularly set forth in the foreclosure complaint.

3. A copy of the within Order shall be served upon all counsel within seven (7) days.

*Approved by Judge Novalyn L. Winfield October 28, 2011*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 10-44845-NLW
Walsh Securities, Inc.                                                    Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: ndossant          Page 1 of 2          Date Rcvd: Oct 28, 2011
                              Form ID: pdf903         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2011.
db         +Walsh Securities, Inc.,   46 Laura Lane,   Morristown, NJ 07960-6425
aty        +Evan C Wasserman,   J.H. Cohn LLP,   75 Eisenhower Pky.,   Roseland, NJ 07068-1600
aty        +Stone & Magnanini,   150 John F Kennedy Parkway,   Short Hills, NJ 07078-2754

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 30, 2011**          **Signature:** _Joseph Speetjens_

```
District/off: 0312-2           User: ndossant              Page 2 of 2                   Date Rcvd: Oct 28, 2011
                               Form ID: pdf903             Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 28, 2011 at the address(es) listed below:
          Daniel   Stolz    on behalf of Debtor   Walsh Securities, Inc. dstolz@wjslaw.com,   msousa@wjslaw.com
          Jay L. Lubetkin    on behalf of Interested Party  Banco Popular jlubetkin@rltlawfirm.com,
           ypalmeri@rltlawfirm.com
          Keith A. Bonchi    on behalf of Creditor   Cherokee Equities, LLC keith@gmslaw.com
          Leonard C. Walczyk    on behalf of Debtor   Walsh Securities, Inc. lwalczyk@wjslaw.com
          Richard   Honig    on behalf of Interested Party Lorraine Walsh rbhonig@hlgslaw.com
                                          TOTAL: 5