# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

### D.N.J. LBR 2016-1 FEE APPLICATION COVER SHEET

| | | | |
|---|---|---|---|
| **In Re:** | Walsh Securities, Inc. | **Applicant:** | Wasserman, Jurista & Stolz |
| **Case No.:** | 10-44845 | **Client:** | Debtor |
| **Chapter:** | 11 | **Case Filed:** | November 9, 2010 |

**COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746**

### RETENTION ORDERS(S) ATTACHED

---

SECTION I
FEE SUMMARY

---

**Interim Fee Application No. 1**        **OR**    **Final Fee Application** _____

| | Fees | Expenses |
|---|---|---|
| **Total Previous Fee Requested:** | $0.00 | $0.00 |
| **Total Fees Allowed To Date:** | $0.00 | $0.00 |
| **Total Retainer (if applicable):** | $10,000.00 | $0.00 |
| **Total Holdback (if applicable):** | $0.00 | $0.00 |
| **Total Received by Applicant:** | $10,000.00 | $0.00 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (or Years of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| Daniel M. Stolz | 1980 | 67.60 | 500.00 | 33,800.00 |
| Leonard C. Walczyk | 1989 | 60.40 | 400.00 | 24,160.00 |
| Scott S. Rever | 1994 | 4.60 | 375.00 | 1,725.00 |
| Lorrie L. Denson (Doyle) | Paralegal | 6.75 | 150.00 | 675.00 |
| Maria A. Sousa | Legal Assistant | 3.00 | 100.00 | 300.00 |
| **Totals:** | | 142.35 | * $426.13 | $60,660.00 |

| | |
|---|---|
| FEE TOTALS – PAGE 2 | $ 60,660.00 |
| DISBURSEMENT TOTALS – PAGE 3 | $ 1,532.04 |
| TOTAL FEE APPLICATION | $ 62,192.04 |

*Blended Rate

# SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| (a)  Asset Analysis and Recovery | 1.00 | 375.00 |
| (b)  Asset Disposition | | |
| (c)  Business Operations | | |
| (d)  Case Administration | 101.95 | 45,175.00 |
| (e)  Claims Administration and Objections | | |
| (f)  Employee Benefits/Pensions | | |
| (g)  Fee/Employment Applications | 3.00 | 300.00 |
| (h)  Fee/Employment Objections | | |
| (i)  Financing | | |
| (j)  Litigation (Other than Avoidance Actions) | 2.50 | 1,250.00 |
| (k) Avoidance Action Litigation | | |
| (l)  Meetings of Creditors | | |
| (m) Plan and Disclosure Statement | 28.60 | 11,440.00 |
| (n)  Relief from Stay Proceedings | 1.30 | 520.00 |
| (o)  Regulatory Compliance | | |
| (p)  Travel | 4.00 | 1,600.00 |
| (q)  Accounting/Auditing | | |
| (r)  Business Analysis | | |
| (s)  Corporate Finance and Evaluation | | |
| (t)  Data Analysis | | |
| (u) Litigation Consulting | | |
| (v)  Reconstruction Accounting | | |
| (w)  Tax Issues | | |
| (x)  Other (specify category) | | |
| **Services Totals:** | **142.35** | **$ 60,660.00** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---:|
| (a)  Computer Assisted Legal Research | 25.32 |
| (b)  Facsimile (with rates) | |
| No. of Pages 9 -  Rate per page $1.00 (Max $1.00/pg.) | 9.00 |
| (c)  Long Distance Telephone | |
| (d)  In-House Reproduction | |
| No. of Pages 668 -   Rate per page $0.20 (Max $.20/pg.) | 133.60 |
| (e)  Outside Reproduction | |
| (f)  Outside Research | |
| (g)  Filing/Court Fees | 1,039.00 |
| (h)  Court Reporting | |
| (i)  Travel | 143.00 |
| (j)  Courier & Express Carriers (e.g. Federal Express) | 92.75 |
| (k)  Postage | 32.48 |
| (l)  Other (Explain) Conference Call/Court Calls | 56.89 |
| **DISBURSEMENTS TOTAL** | **1,532.04** |

## SECTION IV
## CASE HISTORY

(NOTE:  Items 3 – 6 are not applicable to applications under 11 U.S.C. §506)

**(1)**   **Date case filed:**  November 9, 2010

**(2)**   **Chapter under which case commenced:**   Chapter 11

**(3)**   **Date of Applicant's retention:**  December 10, 2010 (Effective November 9, 2010)

   **(Annex Copy of Order(s)**  See Exhibit "A"
   If limit on numbers of hours or other limitations to retention, set forth:  N/A

**(4)**   **Summarize in brief the benefits to the estate and attach supplements as needed:**
   See annexed Application

**(5)**   **Anticipated distribution to Creditors:**

   **(a)  Administration Expense:**        100%

   **(b)  Secured Creditors:**           100%

   **(c)  Priority Creditors:**          To be determined

   **(d)  General Unsecured Creditors:**      To be determined

**(6) Final disposition of case and percentage of dividend paid to creditors, if applicable:**

I certify under penalty of perjury that the foregoing is true and correct.

LEONARD C. WALCZYK                DATE

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**WASSERMAN, JURISTA & STOLZ, P.C.**<br>**225 Millburn Avenue - Suite 207**<br>**P.O. Box 1029**<br>**Millburn, New Jersey  07041**<br>**Phone: (973) 467-2700**<br>**Fax: (973) 467-8126**<br>**Counsel to Debtor in Possession**<br>**LEONARD C. WALCZYK (LW-4720)** | |
| In Re:<br><br>**WALSH SECURITIES, INC.,**<br><br><br>                              Debtor. | CHAPTER 11<br><br>Hon. Novalyn L. Winfield<br><br>Case No.:  10-44845 |

---

## FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES TO COUNSEL FOR THE DEBTOR

---

TO:    THE HONORABLE NOVALYN L. WINFIELD
        UNITED STATES BANKRUPTCY JUDGE

The Application of WASSERMAN, JURISTA & STOLZ ("WJ&S"), counsel to Walsh Securities, Inc., Debtor herein, respectfully states to the Court as follows:

1.      The members and associates of WJ&S are all attorneys at law of the State of New Jersey and are duly admitted to practice before this Court.

2.      On November 9, 2010, Walsh Securities, Inc. filed a Chapter 11 Petition.

3.      WJ&S was retained to serve in the capacity of counsel to the Debtor by Order of this Court dated December 10, 2010, which retention was effective November 9, 2010.  A copy of such

1

retention Order is annexed hereto as Exhibit "A".

4.    The within Application represents WJ&S's First Interim Application as Counsel to the Debtor and covers the time period from September 8, 2010 to February 23, 2012.

5.    Annexed hereto and made part hereof as Exhibit "B" are copies of WJ&S's computerized time sheets. These detail the services rendered by the members and associates of WJ&S, the hourly rate charged by each member, associate or paralegal, and the actual time expended in the performance of such services. Said time sheets reflect that WJ&S has expended 142.35 hours in performing services for the Debtor, resulting in charges of $60,660.00. The blended hourly rate charged herein is $426.13 which your applicant believes is fair and reasonable in light of the nature of the services rendered and the expertise of the professionals rendering such services.

6.    Annexed hereto and made part hereof as Exhibit "C" is a detailed breakdown of all out of pocket disbursements incurred by WJ&S in the performance of its duties as counsel to the Debtor, which total $1,532.04.

7.    Annexed hereto and made part hereof as Exhibit "D" is the Affidavit of Leonard C. Walczyk, submitted in accordance with the provisions of Section 504 of the Bankruptcy Code.

8.    The services performed by applicant in its capacity as counsel to the Debtors included:

a.    During the period covered by initial fee application, your applicant assisted the Debtor in the preparation of the Chapter 11 Petition and Scheduled of Assets and Liabilities. Your applicant further appeared with the Debtor at the Section 341(a) Hearing, the first Meeting of Creditors and initial Debtor interview with the Office of the United States Trustee.

b.    WJ&S retained special litigation counsel and worked closely with said counsel

2

in apprising the Court and secured creditors as to status of pending complex litigation which is the primary asset of this estate.

      c.   WJ&S litigated objections to creditors' proposed plan and automatic stay relief motions.

      d.   WJ&S drafted and filed Plan of Reorganization.

9.     WJ&S believes that these services were both necessary and beneficial to the estate.

**WHEREFORE,** WJ&S respectfully requests the entry of the annexed Order, granting a first interim allowance of compensation in the amount of $60,660.00, together with reimbursement of actual out-of-pocket disbursements in the amount of $1,532.04, for a total award of $62,192.04.

Respectfully submitted,

**WASSERMAN, JURISTA & STOLZ, P.C.**

By _____
    LEONARD C. WALCZYK

Dated: February 24, 2012.

3