# EXHIBIT "B"

**Wasserman, Jurista & Stolz, P.C.**

# REVIEW STATEMENT

Walsh Secuities

Page 2
Bill Date       02 /23/ 12
Invoice #:      Sample
Matter #:       7670

| DATE | PROFESSIONAL SERVICES RENDERED | INDIV | TIME | AMOUNT |
|---|---|---|---|---|
| 09/08/10 | Case Administration - meeting with client re need to file Chapter 11 | DMS | 0.50 | 250.00 |
| 09/21/10 | Case Administration - call from Magnanini re levy | DMS | 0.30 | 150.00 |
| 10/19/10 | Case Administration call from Magna re asset dep. | DMS | 0.30 | 150.00 |
| 10/19/10 | Case Administration call from client re prep of petition | DMS | 0.30 | 150.00 |
| 10/19/10 | Case Administration mtg w/SR re prep for filing | DMS | 0.40 | 200.00 |
| 10/20/10 | Case Administration wrote to client re prep for filing | DMS | 0.50 | 250.00 |
| 10/20/10 | Case Administration reviewed DMS letter to client | SSR | 0.10 | 37.50 |
| 10/22/10 | Case Administration call from client re prep for filing | DMS | 0.30 | 150.00 |
| 10/22/10 | Case Administration review & reply to Eisenberg re filing | DMS | 0.30 | 150.00 |
| 10/25/10 | Case Administration mtg w/client to prep for filing | DMS | 0.40 | 200.00 |
| 10/25/10 | Case Administration call from client re setting up meeting | SSR | 0.10 | 37.50 |
| 10/26/10 | Case Administration meeting with possible new | SSR | 1.50 | 562.50 |
| 10/28/10 | Case Administration review & reply to Eisenberg re filing | DMS | 0.30 | 150.00 |
| 10/28/10 | Case Administration wrote to client re filing | DMS | 0.20 | 100.00 |
| 11/02/10 | Case Administration review client e-mail re illness | DMS | 0.10 | 50.00 |
| 11/02/10 | Case Administration wrote to Eisenberg re delay in filing | DMS | 0.30 | 150.00 |
| 11/03/10 | Case Administration review certs re credit counseling | DMS | 0.20 | 100.00 |
| 11/03/10 | Case Administration call from client | DMS | 0.20 | 100.00 |
| 11/03/10 | Case Administration mtg w/LR re info for Petition | DMS | 0.30 | 150.00 |
| 11/03/10 | Case Administration prep of Ch. 11 | LLD | 3.00 | 300.00 |
| 11/05/10 | Case Administration call from Herrick re OSC | DMS | 0.30 | 150.00 |
| 11/05/10 | Case Administration wrote to client re need to move forward | DMS | 0.20 | 100.00 |
| 11/05/10 | Case Administration review & reply to Buchman | DMS | 0.30 | 150.00 |
| 11/05/10 | Case Administration call from Eisenberg | DMS | 0.30 | 150.00 |
| 11/05/10 | Case Administration review pleadings filed in Monmouth Cty | DMS | 0.30 | 150.00 |

# Wasserman, Jurista & Stolz, P.C.
# REVIEW STATEMENT

Walsh Secuities

Page 3
Bill Date  02 /23/ 12
Invoice #: Sample
Matter #:  7670

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 11/05/10 | Case Administration call w/client (2 calls) re filing | DMS | 0.60 | 300.00 |
| 11/05/10 | Case Administration wrote to client w/OSC etc. | DMS | 0.40 | 200.00 |
| 11/08/10 | Case Administration call w/Mee re issues | DMS | 0.30 | 150.00 |
| 11/08/10 | Case Administration call from R. Magnanini re judgments etc. | DMS | 0.30 | 150.00 |
| 11/08/10 | Case Administration call w/Magnanini & client | DMS | 0.50 | 250.00 |
| 11/08/10 | Case Administration - email from LR to Walsh requesting additional info | SSR | 0.10 | 37.50 |
| 11/09/10 | Case Administration mtg w/SR & LR re WS filing | DMS | 0.40 | 200.00 |
| 11/09/10 | Case Administration wrote to client re prep for filing | DMS | 0.30 | 150.00 |
| 11/09/10 | Case Administration wrote to Eisenberg re Chap 11 filing | DMS | 0.40 | 200.00 |
| 11/09/10 | Case Administration call from client re signing petition | DMS | 0.30 | 150.00 |
| 11/09/10 | Case Administration prepare narrative for pleadings | DMS | 0.70 | 350.00 |
| 11/09/10 | Case Administration mtg w/client to sign petition etc. | DMS | 1.00 | 500.00 |
| 11/09/10 | Case Administration review & sign appl, Petition etc. | DMS | 0.60 | 300.00 |
| 11/09/10 | Case Administration call w/R. Magnanini re retention arrangement | DMS | 0.30 | 150.00 |
| 11/09/10 | Case Administration call to Herrick re OSC | DMS | 0.30 | 150.00 |
| 11/09/10 | Case Administration prep of emerg. docs for Ch. 11 | LLD | 2.50 | 250.00 |
| 11/09/10 | Case Administration e-file emergent Ch. 11 | LLD | 0.50 | 50.00 |
| 11/09/10 | Fee/Employment Applications - Prepared, Efiled and Served App. for Retention of WJS | MAS | 0.50 | 50.00 |
| 11/10/10 | Case Administration wrote to Magnanini re Judge assignment & fees | DMS | 0.30 | 150.00 |
| 11/10/10 | Case Administration call from UST re first day issues | DMS | 0.20 | 100.00 |
| 11/11/10 | Case Administration call from R. Magnanininr re stay etc. (2 calls0 | DMS | 0.50 | 250.00 |
| 11/11/10 | Case Administration call from LeClair Rran (creditor) | DMS | 0.30 | 150.00 |
| 11/11/10 | Case Administration wrote to client re LeClair claim | DMS | 0.20 | 100.00 |
| 11/11/10 | Case Administration prepare Appl to retain S &n M | DMS | 0.80 | 400.00 |
| 11/11/10 | Case Administration review State Court OSC | DMS | 0.20 | 100.00 |

# Wasserman, Jurista & Stolz, P.C.
# REVIEW STATEMENT

Walsh Secuities

Page 4
Bill Date        02 /23/ 12
Invoice #:       Sample
Matter #:        7670

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 11/12/10 | Case Administration call w/UST re various issues | DMS | 0.30 | 150.00 |
| 11/12/10 | Case Administration wrote to client re UST etc. | DMS | 0.40 | 200.00 |
| 11/15/10 | Case Administration call from client re initial response | DMS | 0.30 | 150.00 |
| 11/16/10 | Case Administration wrote to S&M w/draft of retention papers | DMS | 0.30 | 150.00 |
| 11/16/10 | Case Administration memo to SR re deadlines & coverage | DMS | 0.30 | 150.00 |
| 11/16/10 | Case Administration review client e-mail re S&M retention | DMS | 0.20 | 100.00 |
| 11/16/10 | Case Administration sent email to client requesting balance of questionnaire | LLD | 0.25 | 25.00 |
| 11/17/10 | Case Administration - reviewed schedules | SSR | 0.20 | 75.00 |
| 11/17/10 | Case Administration - meeting with DMS re schedules | SSR | 0.20 | 75.00 |
| 11/18/10 | Case Administration mtg w/client re Schedules and Stmt of Affairs | DMS | 0.30 | 150.00 |
| 11/18/10 | Case Administration call from Honig re personal filing | DMS | 0.30 | 150.00 |
| 11/18/10 | Case Administration mtg w/client to sign missing docs & e-file missing docs | LLD | 0.50 | 50.00 |
| 11/19/10 | Case Administration call from client re formulation of settlement position | DMS | 0.40 | 200.00 |
| 11/19/10 | Case Administration prepare revised appl to retain S&M | DMS | 0.40 | 200.00 |
| 11/19/10 | Case Administration wrote to client & S&M w/appl | DMS | 0.30 | 150.00 |
| 11/22/10 | Case Administration call from Honig re coordination | DMS | 0.30 | 150.00 |
| 11/22/10 | Case Administration review & reply to D'Auria re retainer | DMS | 0.30 | 150.00 |
| 11/23/10 | Case Administration review IRS claim & forward to client | DMS | 0.20 | 100.00 |
| 11/29/10 | Case Administration wrote to Eisenberg re litigation & 2004 | DMS | 0.30 | 150.00 |
| 11/29/10 | Case Administration wrote to Magninini & client w/seal motion | DMS | 0.20 | 100.00 |
| 11/29/10 | Litigation (other than Avoidance Action) review settlement letter & provide comments | DMS | 0.50 | 250.00 |
| 11/29/10 | Litigation (other than Avoidance Action) prepare Motion to file SM app under seal | DMS | 1.30 | 650.00 |
| 11/29/10 | Litigation (other than Avoidance Action) call w/R. Magninini re negotiation w/ins. co. | DMS | 0.30 | 150.00 |
| 12/01/10 | Case Administration call from client re S&M retention | DMS | 0.20 | 100.00 |

**Wasserman, Jurista & Stolz, P.C.**

# REVIEW STATEMENT

| | | | | |
|---|---|---|---|---|
| Walsh Secuities | | Page | 5 | |
| | | Bill Date | 02/23/12 | |
| | | Invoice #: | Sample | |
| | | Matter #: | 7670 | |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 12/02/10 | Case Administration - review & reply to Eisenberg emails re deps | DMS | 0.50 | 250.00 |
| 12/03/10 | Case Administration - wrote to S & M and client re retention | DMS | 0.30 | 150.00 |
| 12/07/10 | Case Administration - wrote to client re App to retain S & M | DMS | 0.30 | 150.00 |
| 12/07/10 | Case Administration - call from client re litigation | DMS | 0.30 | 150.00 |
| 12/07/10 | Litigation (other than Avoidance Action) - call w/R. Mag re mediation | DMS | 0.40 | 200.00 |
| 12/09/10 | Case Administration - call w/Eisenberg re conf w/Court | DMS | 0.30 | 150.00 |
| 12/13/10 | Case Administration - call from client re 341, etc. | DMS | 0.30 | 150.00 |
| 12/13/10 | Case Administration phone to Peter D'Auria re creditors meeting | SSR | 0.20 | 75.00 |
| 12/14/10 | Case Administration - wrote to Eisenberg re hearing | DMS | 0.20 | 100.00 |
| 12/14/10 | Case Administration - Hearing in Newark re S&M retent., etc. | DMS | 2.40 | 1,200.00 |
| 12/14/10 | Case Administration - mtg w/LCW and call w/client re 341(a) | DMS | 0.40 | 200.00 |
| 12/14/10 | Case Administration mtg w/DMS to prepare for 341(a) mtg | LCW | 0.50 | 200.00 |
| 12/14/10 | Case Administration reviewed file to prepare for 341(a) mtg | LCW | 0.50 | 200.00 |
| 12/14/10 | Case Administration - phone to Pete D'Auria re creditors meeting | SSR | 0.10 | 37.50 |
| 12/15/10 | Case Administration - prepare revised S&M Order | DMS | 0.30 | 150.00 |
| 12/15/10 | Case Administration - wrote to Housman & Eisenberg re Order | DMS | 0.20 | 100.00 |
| 12/15/10 | Case Administration - review & reply to Eisenberg re mtg | DMS | 0.30 | 150.00 |
| 12/15/10 | Case Administration - call from client re various issues | DMS | 0.20 | 100.00 |
| 12/15/10 | Case Administration 341(a) meetinig, USTO Newark | LCW | 1.50 | 600.00 |
| 12/15/10 | Case Administration assisted debtor in preparation of draft initial mor | LCW | 1.00 | 400.00 |
| 12/15/10 | Case Administration assisted debtor in preparation of draft November mor | LCW | 1.00 | 400.00 |
| 12/15/10 | Case Administration letter to client explaining USTO guidelines and | LCW | 0.50 | 200.00 |
| 12/15/10 | Travel to from USTO Newark | LCW | 1.00 | 400.00 |

Wasserman, Jurista & Stolz, P.C.

# REVIEW STATEMENT

Walsh Secuities

Page 6
Bill Date 02 /23/ 12
Invoice #: Sample
Matter #: 7670

| Date | Description | | | |
|---|---|---|---|---|
| 12/16/10 | Case Administration - review & reply to Eisenberg re mtg | DMS | 0.20 | 100.00 |
| 12/16/10 | Case Administration - review & reply to Eisenberg re confid. | DMS | 0.30 | 150.00 |
| 12/16/10 | Case Administration - call w/Wagner & Mag re MMV Judgment | DMS | 0.30 | 150.00 |
| 12/16/10 | Case Administration - e-mails w/client & Wagner re MMV | DMS | 0.40 | 200.00 |
| 12/16/10 | Case Administration - mtg w/SR re Greiser Judgment | DMS | 0.40 | 200.00 |
| 12/16/10 | Case Administration - e-mails re Confidentiality Agreement | DMS | 0.30 | 150.00 |
| 12/16/10 | Case Administration - prepare revised S & M Order and send to Court | DMS | 0.50 | 250.00 |
| 12/17/10 | Asset Analysis & Recovery - meeting with DMS re judgments against Greiser - levy on MMU | SSR | 0.30 | 112.50 |
| 12/17/10 | Asset Analysis & Recovery - email to and from special counsel re address for MMU | SSR | 0.20 | 75.00 |
| 12/17/10 | Asset Analysis & Recovery - email from DMS and reviewed judgments re MMU | SSR | 0.20 | 75.00 |
| 12/20/10 | Case Administration - review & reply to e-mails re Greiser | DMS | 0.40 | 200.00 |
| 12/20/10 | Case Administration - call from client re various issues | DMS | 0.30 | 150.00 |
| 12/21/10 | Case Administration - review info on MMV | DMS | 0.20 | 100.00 |
| 12/21/10 | Case Administration - mtg w/Robert Mag. & Cherokee | DMS | 1.70 | 850.00 |
| 12/21/10 | Case Administration - wrote to client re Cherokee | DMS | 0.20 | 100.00 |
| 12/21/10 | Asset Analysis & Recovery - email to Magnini re amount due on judgment | SSR | 0.10 | 37.50 |
| 12/21/10 | Asset Analysis & Recovery - email to and from Magnini re MMU - attorney who contact him | SSR | 0.20 | 75.00 |
| 12/21/10 | Case Administration - email from Magnanini re amount of judgment - address for MMU | SSR | 0.20 | 75.00 |
| 12/21/10 | Case Administration - reviewed documents | SSR | 0.20 | 75.00 |
| 12/21/10 | Case Administration - meeting with DMS re hold off on MMU levy | SSR | 0.10 | 37.50 |
| 12/23/10 | Case Administration e-mail from Amy Wagner re amount due on judgment | SSR | 0.10 | 37.50 |
| 12/31/10 | Case Administration review Siderman offer | DMS | 0.20 | 100.00 |
| 01/03/11 | Case Administration wrote letter to client and R. Mag re Cherokee | DMS | 0.30 | 150.00 |

**Wasserman, Jurista & Stolz, P.C.**
# REVIEW STATEMENT

Walsh Secuities

Page 7
Bill Date: 02 /23/ 12
Invoice #: Sample
Matter #: 7670

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 01/03/11 | Case Administration call from Eisenberg re status | DMS | 0.30 | 150.00 |
| 01/03/11 | Case Administration conf call w/client re Cherokee | DMS | 0.40 | 200.00 |
| 01/03/11 | Case Administration wrote to Wolfkind and Eisenberg re settlement | DMS | 0.50 | 250.00 |
| 01/04/11 | Case Administration review & reply to client re Cherokee | DMS | 0.30 | 150.00 |
| 01/04/11 | Case Administration call from Honig re Cherokee etc. | DMS | 0.30 | 150.00 |
| 01/04/11 | Case Administration prepare final letter to Cherokee | DMS | 0.30 | 150.00 |
| 01/05/11 | Case Administration call from Eisenberg re Cherokee settlement | DMS | 0.30 | 150.00 |
| 01/05/11 | Case Administration wrote letter to client re Cherokee | DMS | 0.30 | 150.00 |
| 01/05/11 | Case Administration wrote to Court w/app for retention | DMS | 0.30 | 150.00 |
| 01/05/11 | Case Administration wrote to Eisenberg re Proof of Claim | DMS | 0.30 | 150.00 |
| 01/07/11 | Case Administration call from R. Mag re retent | DMS | 0.30 | 150.00 |
| 01/11/11 | Case Administration e-mails w/R. Mag re settlement | DMS | 0.30 | 150.00 |
| 01/11/11 | Case Administration - email from USTO and LCW and to LR re debtor's last two filed tax returns | SSR | 0.20 | 75.00 |
| 01/12/11 | Case Administration wrote to Eisenberg re S & M retent agreement | DMS | 0.30 | 150.00 |
| 01/13/11 | Case Administration wrote to counsel w/signed confid. | DMS | 0.20 | 100.00 |
| 01/17/11 | Case Administration prepare S & M retent under seal | DMS | 0.60 | 300.00 |
| 01/19/11 | Case Administration conf call w/Walsh & Mag re settlement | DMS | 0.50 | 250.00 |
| 01/20/11 | Case Administration call from Court re S&M app | DMS | 0.20 | 100.00 |
| 01/20/11 | Fee/Employment Applications - Pepared, Efiled and Served App for Retention of Stone & Magnanini | MAS | 0.50 | 50.00 |
| 01/31/11 | Case Administration reviewed email from client re Walsh Securities tax returns | SSR | 0.10 | 37.50 |
| 02/02/11 | Case Administration reviewed settlement proposal from Eisenberg | DMS | 0.20 | 100.00 |
| 02/02/11 | Case Administration wrote to UST re tax returns | DMS | 0.30 | 150.00 |
| 02/02/11 | Case Administration review & reply to B. Mag re Greiser | DMS | 0.30 | 150.00 |
| 02/02/11 | Case Administration - email from client re tax return | SSR | 0.20 | 75.00 |
| 02/09/11 | Case Administration review 2004 notice from Lubetkin | DMS | 0.20 | 100.00 |

**Wasserman, Jurista & Stolz, P.C.**

# REVIEW STATEMENT

| | | | | |
|---|---|---|---|---|
| Walsh Secuities | | Page | 8 | |
| | | Bill Date | 02/23/12 | |
| | | Invoice #: | Sample | |
| | | Matter #: | 7670 | |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 02/09/11 | Case Administration wrote to Lubetkin | DMS | 0.20 | 100.00 |
| 02/09/11 | Case Administration call w/Quinn re 2004 etc. | DMS | 0.30 | 150.00 |
| 02/14/11 | Case Administration review McCarter e-mail re Coastal settlement | DMS | 0.20 | 100.00 |
| 02/14/11 | Case Administration reply to McCarter e-mail | DMS | 0.30 | 150.00 |
| 02/14/11 | Case Administration wrote to R. Mag. re M&E comments | DMS | 0.30 | 150.00 |
| 02/14/11 | Case Administration call w/R. Mag re various issues | DMS | 0.40 | 200.00 |
| 02/18/11 | Case Administration review Bob Mag e-mail re settlement | DMS | 0.30 | 150.00 |
| 02/22/11 | Case Administration call from R. Mag. re settlement & Calanni | DMS | 0.40 | 200.00 |
| 02/22/11 | Case Administration review Calanni Petition | DMS | 0.20 | 100.00 |
| 02/22/11 | Case Administration wrote to R. Mag re Calanni | DMS | 0.30 | 150.00 |
| 03/03/11 | Case Administration review & reply to Eisenberg re house | DMS | 0.40 | 200.00 |
| 03/09/11 | Case Administration review & reply to Magnani re Brown conf. | DMS | 0.30 | 150.00 |
| 03/14/11 | Case Administration review stay motion by Cherokee | DMS | 0.30 | 150.00 |
| 03/15/11 | Case Administration call w/Robert Mag. re settlement conference | DMS | 0.40 | 200.00 |
| 03/16/11 | Case Administration review Cherokee Stay Motion | DMS | 0.20 | 100.00 |
| 03/16/11 | Case Administration wrote to client re Cherokee | DMS | 0.20 | 100.00 |
| 03/29/11 | Case Administration e-mails w/R. Mag re Coastal settlement | DMS | 0.30 | 150.00 |
| 04/14/11 | Case Administration wrote to client w/Cherokee Plan | DMS | 0.40 | 200.00 |
| 04/14/11 | Case Administration wrote to Eisenberg re Plan | DMS | 0.30 | 150.00 |
| 04/18/11 | Case Administration review Bob M. e-mail re settlement docs. | DMS | 0.20 | 100.00 |
| 04/18/11 | Case Administration review General Star Settlement Agreement | DMS | 0.30 | 150.00 |
| 04/18/11 | Case Administration wrote to R. Mag re settlement | DMS | 0.20 | 100.00 |
| 04/20/11 | Case Administration reviewed email from USTO re delinquent mor's | LCW | 0.10 | 40.00 |
| 04/20/11 | Case Administration drafted four months of delinquent MOR's | LCW | 1.00 | 400.00 |

Wasserman, Jurista & Stolz, P.C.
# REVIEW STATEMENT

Walsh Secuities

Page 9
Bill Date: 02/23/12
Invoice #: Sample
Matter #: 7670

| Date | Description | Atty | Hours | Amount |
|---|---|---|---:|---:|
| 04/20/11 | Case Administration letter to client re requesting review and revision to delinquent MORs' | LCW | 0.20 | 80.00 |
| 04/22/11 | Case Administration call from Bob M. re settlement & status | DMS | 0.30 | 150.00 |
| 04/27/11 | Case Administration review & send client notice of Cherokee D.S. hearing | DMS | 0.30 | 150.00 |
| 04/28/11 | Case Administration wrote to R. Mag re settlement motion | DMS | 0.20 | 100.00 |
| 04/29/11 | Case Administration prepare Motion to Approve Coastal Settlement | DMS | 1.30 | 650.00 |
| 04/29/11 | Case Administration prepare revised Motion to Approve | DMS | 0.70 | 350.00 |
| 04/29/11 | Case Administration wrote to R. Mag & client w/Motion | DMS | 0.30 | 150.00 |
| 04/29/11 | Case Administration memo to LCW re objection to Cherokee D.S. | DMS | 0.40 | 200.00 |
| 05/02/11 | Case Administration review R. Mag comments & redraft Motion | DMS | 0.70 | 350.00 |
| 05/02/11 | Case Administration prepare Order & finalize Motion | DMS | 0.70 | 350.00 |
| 05/16/11 | Case Administration meeting w/LCW re Plan objection | DMS | 0.30 | 150.00 |
| 05/16/11 | Case Administration review Cherokee objection to settlement | DMS | 0.20 | 100.00 |
| 05/16/11 | Case Administration wrote to R. Mag & client re Cherokee | DMS | 0.30 | 150.00 |
| 05/16/11 | Case Administration meeting with DMS to discuss pending Disclosure Statement and objection thereto | LCW | 0.50 | 200.00 |
| 05/17/11 | Case Administration call from client re frustration | DMS | 0.20 | 100.00 |
| 05/17/11 | Case Administration call to R. Mag re frustration | DMS | 0.30 | 150.00 |
| 05/17/11 | Case Administration call from Robert Mag re litig status | DMS | 0.30 | 150.00 |
| 05/20/11 | Case Administration meeting with DMS to discuss motion to approve settlement with Coastal, prep for hearing | LCW | 1.00 | 400.00 |
| 05/20/11 | Case Administration call with Magnanini to discuss and prep for motion on approval of settlement with Coastal | LCW | 0.50 | 200.00 |
| 05/23/11 | Case Administration meeting w/LCW re 5/23 hearing | DMS | 0.40 | 200.00 |
| 05/23/11 | Case Administration e-mail w/client & R. Mag re hearing | DMS | 0.30 | 150.00 |
| 05/23/11 | Case Administration Motion to Approve Settlement Hearing, USBC Newark | LCW | 1.00 | 400.00 |
| 05/23/11 | Case Administration prepared revised form of Order | LCW | 0.50 | 200.00 |

# Wasserman, Jurista & Stolz, P.C.
# REVIEW STATEMENT

Walsh Secuities

Page 10
Bill Date    02 /23/ 12
Invoice #:    Sample
Matter #:    7670

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 05/23/11 | Case Administration e-mail to parties and Court submitting revised form of Order on Motion to Approve Settlement | LCW | 0.20 | 80.00 |
| 05/23/11 | Travel to and from USBC Newark | LCW | 1.00 | 400.00 |
| 05/24/11 | Plan and Disclosure Statement reviewed discl statement | LCW | 1.00 | 400.00 |
| 05/24/11 | Plan and Disclosure Statement prepared draft objection to disclosure statement. | LCW | 1.50 | 600.00 |
| 05/25/11 | Plan and Disclosure Statement prepared objection to disclosure statement (includes legal research) | LCW | 6.00 | 2,400.00 |
| 05/26/11 | Case Administration wrote to RM & client w/Coastal Order | DMS | 0.30 | 150.00 |
| 05/26/11 | Case Administration wrote to Court re Disclosure Statement Hearing | DMS | 0.30 | 150.00 |
| 05/26/11 | Case Administration review draft Opposition to Disclosure Statement | DMS | 0.50 | 250.00 |
| 05/26/11 | Case Administration call from Court re conference call | DMS | 0.20 | 100.00 |
| 05/26/11 | Case Administration wrote to counsel re conference call | DMS | 0.30 | 150.00 |
| 05/26/11 | Case Administration call w/Robert M. re conference call | DMS | 0.30 | 150.00 |
| 05/27/11 | Case Administration conference call w/Court re Plan | DMS | 0.50 | 250.00 |
| 05/27/11 | Case Administration call from Eisenberg re settlement | DMS | 0.20 | 100.00 |
| 06/01/11 | Case Administration wrote to Court re adj hearings | DMS | 0.30 | 150.00 |
| 06/07/11 | Case Administration call from Court re conf call | DMS | 0.20 | 100.00 |
| 06/07/11 | Case Administration wrote to counsel re conf call | DMS | 0.20 | 100.00 |
| 06/13/11 | Case Administration e-mails w/R. Mag re conference call | DMS | 0.30 | 150.00 |
| 06/14/11 | Case Administration conference call w/Court re Disclosure Statement | DMS | 0.50 | 250.00 |
| 06/20/11 | Case Administration e-mails re adjournment of D.S. Hearing | DMS | 0.30 | 150.00 |
| 06/21/11 | Case Administration call w/R. Mag re status of settlement talks | DMS | 0.30 | 150.00 |
| 06/22/11 | Case Administration call w/Eisenberg re resolution possibilities | DMS | 0.30 | 150.00 |
| 06/28/11 | Plan and Disclosure Statement reviewed first amended disclosure statement | LCW | 1.00 | 400.00 |
| 06/28/11 | Plan and Disclosure Statement reviewed first amended plan | LCW | 1.00 | 400.00 |

# Wasserman, Jurista & Stolz, P.C.
# REVIEW STATEMENT

Walsh Secuities

Page 11
Bill Date      02 /23/ 12
Invoice #:     Sample
Matter #:      7670

| Date | Description | Atty | Hours | Amount |
|---|---|---|---:|---:|
| 06/28/11 | Plan and Disclosure Statement memo to DMS summarizing first amended plan and disclosure statement | LCW | 0.30 | 120.00 |
| 06/29/11 | Plan and Disclosure Statement prepared objection to amended discl statement | LCW | 2.50 | 1,000.00 |
| 06/30/11 | Case Administration call from Eisenberg re subst. & adjournment | DMS | 0.30 | 150.00 |
| 06/30/11 | Case Administration e-mail to client re subst. & adjournment | DMS | 0.30 | 150.00 |
| 07/19/11 | Case Administration conference call w/R. Mag re status of litigation | DMS | 0.30 | 150.00 |
| 07/19/11 | Case Administration call with K Bonchi re intentions of Cherokee regarding discl st and plan, chapter eleven issues, status of litigation | LCW | 0.80 | 320.00 |
| 07/19/11 | Case Administration email to stolz and magnanini summarizing discussions with Bonchi | LCW | 0.30 | 120.00 |
| 07/19/11 | Case Administration prepared draft section 542 motion re turnover of documents | LCW | 2.00 | 800.00 |
| 07/19/11 | Plan and Disclosure Statement call with B Magnanini to discuss status of litigation, settlement conf, need for discovery | LCW | 0.50 | 200.00 |
| 07/19/11 | Plan and Disclosure Statement call to kieth bionchi to discuss status of discl st hearing and intentions with going forward | LCW | 0.30 | 120.00 |
| 07/21/11 | Case Administration call with Magnanini to discuss status of case, prep for hearing on objection to discl statement | LCW | 0.50 | 200.00 |
| 07/25/11 | Plan and Disclosure Statement hearing on Cherokee Disclosure statement | LCW | 1.50 | 600.00 |
| 07/25/11 | Travel to from USBC Newark for hearing | LCW | 1.00 | 400.00 |
| 07/26/11 | Case Administration meeting w/LCW & review letter to client | DMS | 0.30 | 150.00 |
| 07/26/11 | Case Administration letter to client explaining results of hearing on disclosure statement | LCW | 0.50 | 200.00 |
| 08/04/11 | Case Administration reviewed revised and finalized turnover motion | LCW | 1.50 | 600.00 |
| 08/04/11 | Case Administration letter to Oberdorff servining turnover motion | LCW | 0.20 | 80.00 |
| 08/04/11 | Case Administration prepared and e-filed cert of svc re turnover motion | LCW | 0.50 | 200.00 |
| 08/12/11 | Case Administration call from Bonchi re house sale | DMS | 0.30 | 150.00 |
| 08/12/11 | Case Administration call w/Bob W. re house sale & case status | DMS | 0.30 | 150.00 |

# Wasserman, Jurista & Stolz, P.C.
# REVIEW STATEMENT

Walsh Secuities

Page 12
Bill Date    02/23/12
Invoice #:    Sample
Matter #:    7670

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 08/12/11 | Case Administration review broker letter | DMS | 0.20 | 100.00 |
| 08/15/11 | Case Administration meeting w/LCW re house sale & Cherokee Plan | DMS | 0.30 | 150.00 |
| 08/15/11 | Case Administration meeting with DMS to discuss letter memo from realtor re prospects for sale of residence | LCW | 0.20 | 80.00 |
| 08/15/11 | Case Administration letter to Bonchi advising of prospects for sale of residence, request for adjournment of discl st heaing | LCW | 0.20 | 80.00 |
| 08/15/11 | Plan and Disclosure Statement call w/ Bonchi to discuss resolution of discl statemnt issues | LCW | 0.50 | 200.00 |
| 08/16/11 | Case Administration e-mails w/client re house sale, etc. | DMS | 0.30 | 150.00 |
| 08/16/11 | Case Administration call from Oberdorff's office re response to motion to turnover files | LCW | 1.00 | 400.00 |
| 08/16/11 | Case Administration posthearing conference with client, counsel to discuss parameters for Banco Popular settlement discussions | LCW | 0.50 | 200.00 |
| 08/16/11 | Plan and Disclosure Statement court appearance on disclosure statement hearing re: Cherokee plan, USBC Newark | LCW | 1.00 | 400.00 |
| 08/16/11 | Relief from Stay Proceedings prep for hearing on Banco Popular stay lift motion, reviewed all pleadings | LCW | 1.00 | 400.00 |
| 08/16/11 | Travel to and friom USBC Newark | LCW | 1.00 | 400.00 |
| 08/26/11 | Case Administration letter to Court withdrawing 542 Motion | LCW | 0.20 | 80.00 |
| 09/13/11 | Case Administration review & reply to Wagner re proceeds | DMS | 0.30 | 150.00 |
| 09/13/11 | Case Administration prepared mor for transmission to client for execution and efiled same | LCW | 0.50 | 200.00 |
| 09/13/11 | Case Administration email exchange with Bonchi re status of sale of residence | LCW | 0.10 | 40.00 |
| 09/15/11 | Case Administration letter tfrom Cherokee withdrawing plan | LCW | 0.20 | 80.00 |
| 09/15/11 | Case Administration letter to client re Cherokee withdrawal, need for update on house sale | LCW | 0.20 | 80.00 |
| 09/15/11 | Case Administration reivewed and efiled three mor's | LCW | 0.40 | 160.00 |
| 09/23/11 | Case Administration reviewed terms of settlement outline from Cherokee, as transmitted by Honig | LCW | 0.50 | 200.00 |
| 09/23/11 | Case Administration email to Honig requesting results of hearing on Banco Popular motion | LCW | 0.10 | 40.00 |

# Wasserman, Jurista & Stolz, P.C.
# REVIEW STATEMENT

Walsh Secuities

Page 13
Bill Date: 02/23/12
Invoice #: Sample
Matter #: 7670

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 09/23/11 | Case Administration call from R Honig re results of Banco Popular hearing and impact on corporate case, potential for dismissal of corporate and individual cases, issues related to potential auction of residence, prospects for settlement with Banco Popular and Cherokee | LCW | 0.50 | 200.00 |
| 09/30/11 | Case Administration review Motion to Dismiss Case | DMS | 0.40 | 200.00 |
| 09/30/11 | Case Administration meeting w/LCW re Motion to Dismiss | DMS | 0.30 | 150.00 |
| 09/30/11 | Case Administration reviewed Cherokee motion to dismiss case | LCW | 0.50 | 200.00 |
| 09/30/11 | Case Administration letter to client and Magnanini re Cherokee motion to dismiss case and impact, attempt to oppose | LCW | 0.50 | 200.00 |
| 10/03/11 | Case Administration reviewed request from title insurer for discharge of mortgage and reviewed debtors response | LCW | 0.20 | 80.00 |
| 10/04/11 | Case Administration email exchange with Magnanini re conf call with Bonchi re status of case and need to respond to motion to dismiss | LCW | 0.20 | 80.00 |
| 10/06/11 | Case Administration call with Magnanini re status of Kane dep, status of RICO suit, planned s/j motions, response to Cherokee motion to dismiss case | LCW | 0.50 | 200.00 |
| 10/06/11 | Case Administration reviewed order dismissing Walsh personal case | LCW | 0.10 | 40.00 |
| 10/07/11 | Case Administration call with Magnanini and Bonchi to discuss status, motion to dismiss case, oppoisition | LCW | 0.50 | 200.00 |
| 10/07/11 | Case Administration call from Magnanini | LCW | 0.20 | 80.00 |
| 10/07/11 | Plan and Disclosure Statement drafted plan | LCW | 3.00 | 1,200.00 |
| 10/07/11 | Plan and Disclosure Statement drafted disclosure statement | LCW | 3.00 | 1,200.00 |
| 10/17/11 | Case Administration reviewed draft magnanini affidavit in oppostion to Cherokee motiont to dismiss | LCW | 0.50 | 200.00 |
| 10/17/11 | Plan and Disclosure Statement reviewed revised and finalized plan | LCW | 3.50 | 1,400.00 |
| 10/17/11 | Plan and Disclosure Statement meetinig with client to review revise and execute plan | LCW | 1.00 | 400.00 |
| 10/17/11 | Plan and Disclosure Statement letter to court in opposition to Cherokee motion to dismiss | LCW | 0.20 | 80.00 |
| 10/17/11 | Plan and Disclosure Statement reviewed revised affidavit of R Magnanini in opposition to motion to dismiss case | LCW | 0.50 | 200.00 |
| 10/20/11 | Case Administration email from Magnanini re notice of status conference in district court litigation | LCW | 0.10 | 40.00 |

## Wasserman, Jurista & Stolz, P.C.
## REVIEW STATEMENT

Walsh Secuities

Page 14
Bill Date: 02 /23/ 12
Invoice #: Sample
Matter #: 7670

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 10/20/11 | Case Administration letter to bankruptcy court advising of notice of status conference in distrcit court litigation | LCW | 0.30 | 120.00 |
| 10/24/11 | Case Administration prepare notes for hearing on dismissal | DMS | 0.50 | 250.00 |
| 10/24/11 | Case Administration court hearing on Motion to Dismiss | DMS | 2.10 | 1,050.00 |
| 10/24/11 | Case Administration prepare Order on Motion to Dismiss | DMS | 0.50 | 250.00 |
| 10/24/11 | Case Administration wrote to Court w/Order | DMS | 0.20 | 100.00 |
| 10/26/11 | Plan and Disclosure Statement reviewed court order re motion to dismiss | LCW | 0.10 | 40.00 |
| 10/26/11 | Plan and Disclosure Statement letter to client re court order on motion to dismiss | LCW | 0.20 | 80.00 |
| 11/07/11 | Relief from Stay Proceedings - reviewed stay lift order | LCW | 0.10 | 40.00 |
| 11/07/11 | Relief from Stay Proceedings ltr to client transmitting stay lift order | LCW | 0.20 | 80.00 |
| 11/22/11 | Case Administration email to client re status of litigation and sale | LCW | 0.10 | 40.00 |
| 11/22/11 | Case Administration email to magnanini requesting litigation status report | LCW | 0.10 | 40.00 |
| 11/23/11 | Case Administration revised R. Mag e-mail update | DMS | 0.20 | 100.00 |
| 12/07/11 | Case Administration call from J Kern at USTO to discuss status of case and USTO quarterly fees accruing | LCW | 0.20 | 80.00 |
| 01/11/12 | Case Administration call from Magnanini re status of litigation, results of settlement conferences | LCW | 0.40 | 160.00 |
| 01/19/12 | Case Administration call from R. Mag re case status | DMS | 0.50 | 250.00 |
| 01/26/12 | Case Administration read email from USTO re need to file MOR's | LCW | 0.10 | 40.00 |
| 01/26/12 | Case Administration prepared MOR's for November and December for clients review and execution for USTO | LCW | 0.50 | 200.00 |
| 02/13/12 | Case Administration e-mail to Magnanini requesting status of litigation | LCW | 0.10 | 40.00 |
| 02/15/12 | Case Administration call R. Honig re State Court trial | DMS | 0.30 | 150.00 |
| 02/21/12 | Case Administration reviewed time billings related to fee application | LCW | 0.50 | 200.00 |
| 02/23/12 | Fee/Employment Applications - Preparation of Fee Application | MAS | 2.00 | 200.00 |

**Totals of New Services:**                                                                     142.35    $60,660.00

Wasserman, Jurista & Stolz, P.C.

# REVIEW STATEMENT

Walsh Secuities

Page 15
Bill Date     02 /23/ 12
Invoice #:    Sample
Matter #:     7670

## TIMEKEEPER RECAP

| Timekeeper | Indiv | Time | Amount | Rate |
|---|---|---|---|---|
| Daniel M. Stolz | DMS | 67.60 | $33,800.00 | $500.00 |
| Leonard C. Walczyk | LCW | 60.40 | $24,160.00 | $400.00 |
| Scott S. Rever | SSR | 4.60 | $1,725.00 | $375.00 |
| Lorrie L Doyle | LLD | 6.75 | $675.00 | $150.00 |
| Maria A. Sousa | MAS | 3.00 | $300.00 | $100.00 |
| **Total** | | 142.35 | $60,660.00 | |