**EXHIBIT "C"**

**Wasserman, Jurista & Stolz, P.C.**

# REVIEW STATEMENT

Walsh Secuities

Page 17
Bill Date        02 /23/ 12
Invoice #:       Sample
Matter #:        7670

| **DATE** | **EXPENSES** | **AMOUNT** |
|---|---|---|
| 11/09/10 | Filing/Court Fees - Ch. 13 Petition | $1,039.00 |
| 11/09/10 | Fax @ $1.00 - 3 pgs to Eisenberg, Judge Bauman | $6.00 |
| 11/09/10 | Photocopies @ $.20 - 4 copies of Appl for Retention of WJS to Svc List (44) | $8.80 |
| 11/09/10 | Postage - 4 @ .44 | $1.76 |
| 12/10/10 | Overnight mail to G. Eisenberg Esq.; USTO; Investment 3 LLC; R. Magnanini; R. Walsh | $58.85 |
| 12/10/10 | Photocopies @ $.20 - 5 copies of OST & Mtn to Authorize Submission of Retention Under Seal to Svc List (105) | $21.00 |
| 12/12/10 | Computer Assisted Legal Research - Pacer | $2.62 |
| 12/14/10 | Travel expense - pk | $10.00 |
| 12/14/10 | Mileage @ $.500 - Nwk (25) | $12.50 |
| 12/15/10 | Travel expense - pk | $12.00 |
| 12/15/10 | Mileage @ $.500 - Nwk (25) | $12.50 |
| 01/17/11 | Overnight mail to Robert Walsh; Judge Winfield; Robert Magnanini | $33.90 |
| 01/20/11 | Photocopies @ $.20 - 5 copies of Appl for Retention of Stone & Magnanini to Svc List (110) | $22.00 |
| 01/20/11 | Postage - 5 @ .61 | $3.05 |
| 02/22/11 | Photocopies @ $.20 - letter to Magnanini w/Calanni Petition (45) | $9.00 |
| 02/22/11 | Postage - 1 @ 1.90 | $1.90 |
| 02/22/11 | Computer Assisted Legal Research - Pacer | $2.56 |
| 03/16/11 | Photocopies @ $.20 - ltr to Walsh w/Motion (45) | $9.00 |
| 03/16/11 | Postage - 1 @ 1.90 | $1.90 |
| 05/02/11 | Photocopies @ $.20 - 4 copies of NOM for Approval of Settlement Agreement w/Coastal (108) | $21.60 |
| 05/02/11 | Postage - 4 @ 1.68 | $6.72 |
| 05/23/11 | Travel expense - Parking | $14.00 |
| 05/23/11 | Mileage @ $.510 - Newark (25) | $12.75 |
| 05/26/11 | Photocopies @ $.20 - Debtor's Objection to Disclosure Statement to: Cherokee Equities and counsel and Walsh  81 pgs. | $16.20 |
| 05/26/11 | Postage - $1.68 x 3 env. | $3.36 |
| 05/26/11 | Computer Assisted Legal Research - Pacer | $0.32 |
| 05/27/11 | Other - conference call | $26.89 |

**Wasserman, Jurista & Stolz, P.C.**

# REVIEW STATEMENT

Walsh Secuities					Page		18
						Bill Date	02 /23/ 12
						Invoice #:	Sample
						Matter #:	7670

| Date | Description | Amount |
|---|---|---|
| 06/16/11 | Other - Court conference call | $30.00 |
| 06/20/11 | Photocopies @ $.20 - Letter to R. Walsh w/Monthly Operating Reports 12 pgs. | $2.40 |
| 06/20/11 | Postage - | $0.84 |
| 06/29/11 | Computer Assisted Legal Research - Pacer - May, June | $8.48 |
| 07/13/11 | Photocopies @ $.20 - Letter R. Walsh w/monthly operating report 12 pgs. | $2.40 |
| 07/13/11 | Postage - | $0.64 |
| 07/21/11 | Computer Assisted Legal Research - Pacer | $1.60 |
| 07/25/11 | Travel expense - parking | $10.00 |
| 07/25/11 | Mileage @ $.510 - Newark (25) | $12.75 |
| 07/26/11 | Photocopies @ $.20 - Letter R. Walsh | $0.80 |
| 07/26/11 | Postage - | $0.44 |
| 08/04/11 | Photocopies @ $.20 - Letter Certified and Reg. to J. Oberdorf, Jr., Esq. w/Notice of Motion to Compel cc: R. Walsh and R. Magnanni 55 pgs. | $11.00 |
| 08/04/11 | Postage - RRR $5.99 and $.84 x 3 env. | $8.63 |
| 08/15/11 | Fax @ $1.00 - Letter to K. Bonchi, Esq.- 3 pgs. | $3.00 |
| 08/16/11 | Travel expense - parking | $11.00 |
| 08/16/11 | Mileage @ $.510 - Newark (25) | $12.75 |
| 09/15/11 | Photocopies @ $.20 - Letter R. Walsh | $0.80 |
| 09/15/11 | Postage - | $0.44 |
| 09/15/11 | Computer Assisted Legal Research - Pacer | $0.48 |
| 09/30/11 | Photocopies @ $.20 - Letter to R. Walsh & R. Magnanni | $0.60 |
| 09/30/11 | Postage - $.44 x 2 env. | $0.88 |
| 10/17/11 | Computer Assisted Legal Research - Pacer | $8.30 |
| 10/19/11 | Photocopies @ $.20 - Letter R. Walsh w/Order re cherokee | $1.20 |
| 10/19/11 | Postage - | $0.44 |
| 10/24/11 | Travel expense - Parking | $10.00 |
| 10/24/11 | Mileage @ $.510 - Newark (25) | $12.75 |
| 11/14/11 | Photocopies @ $.20 - Letter R. Walsh w/Operating Reports 22 pgs. | $4.40 |
| 11/14/11 | Postage - | $0.84 |
| 11/14/11 | Computer Assisted Legal Research - Pacer | $0.96 |

**Wasserman, Jurista & Stolz P.C.**
# REVIEW STATEMENT

Walsh Secuities

Page 19
Bill Date       02 /23/ 12
Invoice #:      Sample
Matter #:       7670

| | | |
|---|---|---|
| 12/16/11 | Photocopies @ $.20 - Letter to R. Walsh w/MOR  12 pgs. | $2.40 |
| 12/16/11 | Postage - | $0.64 |

**Total of New Expenses**                                          $1,532.04