# EXHIBIT "D"

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**WASSERMAN, JURISTA & STOLZ, P.C.**<br>**225 Millburn Avenue - Suite 207**<br>**P.O. Box 1029**<br>**Millburn, New Jersey 07041**<br>**Phone: (973) 467-2700**<br>**Fax: (973) 467-8126**<br>**Counsel to Debtor in Possession**<br>**LEONARD C. WALCZYK (LW-4720)** | |
| In Re:<br><br>**WALSH SECURITIES, INC.,**<br><br>Debtor. | CHAPTER 11<br><br>Hon. Novalyn L. Winfield<br><br>Case No.: 10-44845 |

### AFFIDAVIT OF LEONARD C. WALCZYK

STATE OF NEW JERSEY    }
                       } SS.
COUNTY OF ESSEX        }

**LEONARD C. WALCZYK**, of full age, being duly sworn according to law and upon his oath, deposes and says:

1. I am a member of the law firm of Wasserman, Jurista & Stolz, P.C., which firm serves as counsel to the Debtor in the above-captioned proceedings.

2. This Affidavit is being submitted in connection with the Application of this firm for a First Interim Application for Allowance of Fees and for Reimbursement of Expenses.

3. In accordance with Title 18, U.S.C. Section 155, and the Rules of this Court, neither I nor any

1

member or associate of this firm has entered into any agreement, either written or oral, express or implied, with the Debtor or any other party in interest, or any attorney of such person, for the purpose of fixing the amount of any fees or other compensation to be allowed out of, or paid from the assets of the Debtor or its estate.

4. In accordance with Section 504 of the Bankruptcy Code, no agreement or understanding exists between me, this firm or any member or associate thereof, on the one hand, and any other person, on the other hand, for a division of such compensation as this firm may receive from the Court herein. No division of fees, as prohibited by Section 504 of the Bankruptcy Code, will be made by me or any member or associate of this firm.

_____
LEONARD C. WALCZYK

Subscribed and Sworn to
Before Me on This 28
Day of February, 2012.

_____

MARIA A. SOUSA
A Notary Public of New Jersey
My Commission Expires April 1, 2016