**WASSERMAN, JURISTA & STOLZ, P.C.**
225 Millburn Avenue, Suite #207
Millburn, New Jersey 07041
(973) 467-2700
Counsel to the Debtor
**LEONARD C. WALCZYK (LW-4720)**

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| In Re:<br><br>**WALSH SECURITIES, INC.,**<br><br>**Debtor.** | Case No.: 10-44845<br><br>Hon. Novalyn L. Winfield |
|---|---|

**ORDER GRANTING FIRST INTERIM ALLOWANCE OF FEES
AND REIMBURSEMENT OF EXPENSES TO COUNSEL TO DEBTOR**

The relief set forth on the following page(s), numbered 2, is hereby **ORDERED**.

(page 2)

Debtor:       Walsh Securities, Inc.

Case No.:     10-44845

Caption of Order:  Order Granting First Interim Allowance of Fees to Counsel
                   to the Debtor

---

Upon consideration of the application of Wasserman Jurista & Stolz, P.C., counsel to Walsh Securities, Inc., Debtor herein; and it appearing that due notice of said fee application was sent to all known creditors and parties in interest herein; and no objections to the allowance of such fees and expenses having been filed with the Clerk of this Court; and the Court having considered the Application as filed; and good cause appearing therefrom for the making of this Order, it is therefore

**ORDERED**, that Wasserman, Jurista & Stolz, P.C. be and the same are hereby awarded a first interim allowance of fees in the amount of $60,660.00, together with reimbursement of actual out of pocket disbursements in the sum of $1,532.04, for a total award of $62,192.04.