Form 137 – aplccmpn

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 10–44845–NLW
Chapter: 11
Judge: Novalyn L. Winfield

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Walsh Securities, Inc.
   46 Laura Lane
   Morristown, NJ 07960

Social Security No.:

Employer's Tax I.D. No.:
   22–3256427

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Novalyn L. Winfield on:

Date:       4/3/12
Time:       02:00 PM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Wasserman, Jurista & Stolz, P.C., Debtor's Attorney

COMMISSION OR FEES
$60,660.00

EXPENSES
$1,532.04

Creditors may be heard before the applications are determined.

   In accordance with D.N.J. Local Bankruptcy Rule 2016–1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016–1(h)).


Dated: February 29, 2012
JJW:

                                                                    James J. Waldron
                                                                    Clerk