Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 10–44845–NLW
Chapter: 11
Judge: Novalyn L. Winfield

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Walsh Securities, Inc.
  46 Laura Lane
  Morristown, NJ 07960

Social Security No.:

Employer's Tax I.D. No.:
  22–3256427

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

  NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Novalyn L. Winfield on:

Date:      4/3/12
Time:      02:00 PM
Location:  Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

  The following applications for compensation have been filed:

APPLICANT(S)
Wasserman, Jurista & Stolz, P.C., Debtor's Attorney

COMMISSION OR FEES
$60,660.00

EXPENSES
$1,532.04

Creditors may be heard before the applications are determined.

  In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: February 29, 2012
JJW:

James J. Waldron
Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 10-44845-NLW
Walsh Securities, Inc.                                          Chapter 11
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: cpurcell              Page 1 of 2            Date Rcvd: Feb 29, 2012
                              Form ID: 137                Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2012.
db            +Walsh Securities, Inc.,   46 Laura Lane,   Morristown, NJ 07960-6425
aty           +Evan C Wasserman,   J.H. Cohn LLP,   75 Eisenhower Pky.,   Roseland, NJ 07068-1600
aty           +Stone & Magnanini,   150 John F Kennedy Parkway,   Short Hills, NJ 07078-2754
smg          ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                PHILADELPHIA PA 19101-7346
              (address filed with court:   Dist Dir of IRS,   Insolvency Function,   PO Box 724,
                Springfield, NJ 07081-0724)
intp          +Banco Popular,   c/o Rabinowitz, Lubetkin & Tully, LLC,   293 Eisenhower Parkway,   Suite 100,
                Livingston, NJ 07039-1711
cr            +Cherokee Equities, LLC,   Herrick, Feinstein LLP,   One Gateway Center,   Newark, NJ 07102-5321,
                UNITED STATES
intp          +Lorraine Walsh,   46 Laura Lane,   Morristown, NJ 07960-6425
511374925     +Cherokee Equities,   c/o Gary Eisenberg, Esq.,   Herrick, LLP,   One Gateway Center,
                Newark, NJ 07102-5321
511543880     +Cherokee Equities, LLC,   c/o Herrick Feinstein, LLP,   One Gateway Center,
                Newark, NJ 07102-5321,   Attn: Gary F. Eisenberg
511374926     +Investment 3 LLC,   46 Laura Lane,   Morristown, NJ 07960-6425
511374927     +Robert Walsh,   46 Laura Lane,   Morristown, NJ 07960-6425
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: leah.bynon@usdoj.gov Feb 29 2012 22:56:27    U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2523
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 29 2012 22:56:24    United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
                                                                                               TOTAL: 2

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp*         +Robert Walsh,   46 Laura Lane,   Morristown, NJ 07960-6425
511411307*   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                PHILADELPHIA PA 19101-7346
              (address filed with court:   Internal Revenue Service,   P.O. Box 21126,   Philadelphia, PA 19114)
                                                                                                TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 02, 2012**          **Signature:** *Joseph Speetjens*

```
District/off: 0312-2          User: cpurcell            Page 2 of 2              Date Rcvd: Feb 29, 2012
                              Form ID: 137              Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2012 at the address(es) listed below:

        Daniel Stolz    on behalf of Debtor  Walsh Securities, Inc. dstolz@wjslaw.com, msousa@wjslaw.com
        Jay L. Lubetkin    on behalf of Interested Party  Banco Popular jlubetkin@rltlawfirm.com, ypalmeri@rltlawfirm.com
        Keith A. Bonchi    on behalf of Creditor  Cherokee Equities, LLC keith@gmslaw.com
        Leonard C. Walczyk    on behalf of Debtor  Walsh Securities, Inc. lwalczyk@wjslaw.com
        Richard Honig    on behalf of Interested Party Lorraine Walsh rbhonig@hlgslaw.com

        TOTAL: 5

Case 10-44845-NLW    Doc 74    Filed 03/02/12    Entered 03/03/12 00:43:49    Desc Imaged
                        Certificate of Notice    Page 3 of 3