**WASSERMAN, JURISTA & STOLZ, P.C.**

225 Millburn Avenue, Suite #207

Millburn, New Jersey 07041

(973) 467-2700

Counsel to the Debtor

**LEONARD C. WALCZYK (LW-4720)**

Order Filed on
**04/04/2012**
by Clerk U.S. Bankruptcy
Court District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

---

| | |
|---|---|
| In Re: | Case No.:  10-44845 |
| **WALSH SECURITIES, INC.,** | |
| **Debtor.** | Hon. Novalyn L. Winfield |

**ORDER GRANTING FIRST INTERIM ALLOWANCE OF FEES**
**AND REIMBURSEMENT OF EXPENSES TO COUNSEL TO DEBTOR**

The relief set forth on the following page(s), numbered 2, is hereby **ORDERED**.

**DATED: 04/04/2012**

Honorable Novalyn L. Winfield
United States Bankruptcy Judge

**(page 2)**

Debtor:          Walsh Securities, Inc.

Case No.:        10-44845

Caption of Order:  Order Granting First Interim Allowance of Fees to Counsel
                   to the Debtor

---

Upon consideration of the application of Wasserman Jurista & Stolz, P.C., counsel to Walsh Securities, Inc.,  Debtor herein; and it appearing that due notice of said fee application was sent to all known creditors and parties in interest herein; and no objections to the allowance of such fees and expenses having been filed with the Clerk of this Court; and the Court having considered the Application as filed; and good cause appearing therefrom for the making of this Order, it is therefore

**ORDERED**, that Wasserman, Jurista & Stolz, P.C. be and the same are hereby awarded a first interim allowance of fees in the amount of $60,660.00, together with reimbursement of actual out of pocket disbursements in the sum of $1,532.04, for a total award of $62,192.04.

-2-

*Approved by Judge Novalyn L. Winfield April  04, 2012*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 10-44845-NLW
Walsh Securities, Inc.                                                    Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: aguida              Page 1 of 2          Date Rcvd: Apr 04, 2012
                             Form ID: pdf903           Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2012.
db          +Walsh Securities, Inc.,   46 Laura Lane,   Morristown, NJ 07960-6425
aty         +Evan C Wasserman,   J.H. Cohn LLP,   75 Eisenhower Pky.,   Roseland, NJ 07068-1600
aty         +Stone & Magnanini,   150 John F Kennedy Parkway,   Short Hills, NJ 07078-2754

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 06, 2012**                    **Signature:**     _Joseph Speetjens_

District/off: 0312-2            User: aguida            Page 2 of 2            Date Rcvd: Apr 04, 2012
                               Form ID: pdf903         Total Noticed: 3

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2012 at the address(es) listed below:
        Daniel  Stolz   on behalf of Debtor  Walsh Securities, Inc. dstolz@wjslaw.com,  msousa@wjslaw.com
        Jay L. Lubetkin    on behalf of Interested Party  Banco Popular jlubetkin@rltlawfirm.com,
         ypalmeri@rltlawfirm.com
        Keith A. Bonchi    on behalf of Creditor  Cherokee Equities, LLC keith@gmslaw.com
        Leonard C. Walczyk    on behalf of Debtor  Walsh Securities, Inc. lwalczyk@wjslaw.com
        Richard  Honig   on behalf of Interested Party Lorraine Walsh rbhonig@hlgslaw.com
                                                                                TOTAL: 5