# GOLDENBERG, MACKLER, SAYEGH, MINTZ, PFEFFER, BONCHI & GILL

HARRY A. GOLDENBERG (1938-2003)
KENNETH D. MACKLER\*\*\*
JOSEPH ERAN SAYEGH\*\*
LAWRENCE A. MINTZ\*\*\*
MARK PFEFFER\*\*
KEITH A. BONCHI
MICHAEL A. GILL\*\*\*\*
MICHAEL J. MACKLER\*\*
HOWARD J. HEALD
ALLISON E. WEINER
FRANCIS J. BALLAK
LAUREN E. TYLER
NANCY MARTELLIO
DANIEL G. TRACY
JOEL M. CHIPKIN\*\*

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
660 NEW ROAD, SUITE 1-A
NORTHFIELD, NEW JERSEY 08225
http://www.gmslaw.com
TAX ID #22-1980737
---------
(609) 646-0222
FAX (609) 646-0887

kbonchi@gmslaw.com

**ATLANTIC CITY OFFICE**
1030 ATLANTIC AVENUE
ATLANTIC CITY, NJ 08401
(609) 344-7131
FAX
(609) 347-6024

**RIO GRANDE OFFICE**
THE HERALD BUILDING
1508 ROUTE 47 SOUTH, SUITE 3
RIO GRANDE, NJ 08242
(609) 886-4333
FAX
(609) 886-9441

**CERTIFIED BY THE SUPREME COURT OF NEW JERSEY IN THE FOLLOWING AREAS**
\*\*    CIVIL TRIAL LAW
\*\*\*   WORKERS' COMPENSATION LAW
\*\*\*\* MATRIMONIAL LAW

April 27, 2012

P L E A S E   R E P L Y   T O
**NORTHFIELD**

VIA CM/ECF & EMAIL: chambers_of_nlw@njb.uscourts.gov

Hon. Novalyn L. Winfield, U.S.B.J.
U.S. Bankruptcy Court District of New Jersey
M.L. King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut St., 3rd Floor, P. O. Box 1352
Newark, NJ  07101-1352

**RE:    Walsh Securities, Inc.**
**Chapter 11 Docket No. 10-44845-NLW**
**Our File No. 52804-28**

Dear Judge Winfield:

This letter will confirm our conversation with your Courtroom Deputy, Nelson Dos Santos, wherein, with the consent of all parties, the telephone conference in the above captioned matter was rescheduled from Tuesday, May 1, 2012 to Monday, June 4, 2012 at 2:00 p.m.

Thank you for your courtesy and cooperation.

    Respectfully yours,

    /s/ Keith A. Bonchi

    KEITH A. BONCHI

KAB:jab
cc:    Leonard C. Walczyk, Esquire  (via email)
       Jay Wolfkind (via email)