# GOLDENBERG, MACKLER, SAYEGH, MINTZ, PFEFFER, BONCHI & GILL

HARRY A. GOLDENBERG (1938-2003)
KENNETH D. MACKLER\*\*\*
JOSEPH ERAN SAYEGH\*\*
LAWRENCE A. MINTZ\*\*\*
MARK PFEFFER\*\*
KEITH A. BONCHI
MICHAEL A. GILL\*\*\*\*
MICHAEL J. MACKLER\*\*
HOWARD J. HEALD
ALLISON E. WEINER
FRANCIS J. BALLAK
LAUREN E. TYLER
NANCY MARTELLIO
DANIEL G. TRACY
JOEL M. CHIPKIN\*\*
RACHELLE J. ARMBRUSTER

CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY IN THE FOLLOWING AREAS
\*\*    CIVIL TRIAL LAW
\*\*\*   WORKERS' COMPENSATION LAW
\*\*\*\*  MATRIMONIAL LAW

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
660 NEW ROAD, SUITE 1-A
NORTHFIELD, NEW JERSEY 08225
http://www.gmslaw.com
TAX ID #22-1980737

(609) 646-0222
FAX (609) 646-0887

kbonchi@gmslaw.com

ATLANTIC CITY OFFICE
1030 ATLANTIC AVENUE
ATLANTIC CITY, NJ 08401
(609) 344-7131
FAX
(609) 347-6024

RIO GRANDE OFFICE
THE HERALD BUILDING
1508 ROUTE 47 SOUTH, SUITE 3
RIO GRANDE, NJ 08242
(609) 886-4333
FAX
(609) 886-9441

May 31, 2012

PLEASE REPLY TO
NORTHFIELD

VIA CM/ECF & EMAIL: chambers_of_nlw@njb.uscourts.gov

Hon. Novalyn L. Winfield, U.S.B.J.
U.S. Bankruptcy Court District of New Jersey
M.L. King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut St., 3rd Floor, P. O. Box 1352
Newark, NJ  07101-1352

RE:    **Walsh Securities, Inc.**
       **Chapter 11 Docket No. 10-44845-NLW**
       **Our File No. 52804-28**

Dear Judge Winfield:

This letter will confirm my paralegal's conversation with your Courtroom Deputy, Nelson Dos Santos, wherein the telephone conference in the above captioned matter was rescheduled from Tuesday, June 5, 2012 to Tuesday, June 12, 2012 at 2:00 p.m.

                              Respectfully yours,

                              /s/ Keith A. Bonchi

                              KEITH A. BONCHI

KAB:jab
cc:    Leonard C. Walczyk, Esquire  (via email)
       Jay Wolfkind (via email)