Order Filed on
09/28/2012
by Clerk U.S. Bankruptcy
Court District of New Jersey

| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**WASSERMAN, JURISTA & STOLZ, P.C.**<br>**225 Millburn Avenue - Suite 207**<br>**P.O. Box 1029**<br>**Millburn, New Jersey  07041**<br>**Phone: (973) 467-2700**<br>**Fax: (973) 467-8126**<br>**Counsel to Debtor**<br>**DANIEL M. STOLZ, ESQ. (DS-1897)** |
| In Re:<br><br>**WALSH SECURITIES, INC.,**<br><br>                              Debtor. |

Case No.:  10-44845

Hon.  Novalyn L. Winfield

Chapter: 11

## ORDER DENYING MOTION TO DISMISS CHAPTER 11 CASE

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: 09/28/2012**

_____
Honorable Novalyn L. Winfield
United States Bankruptcy Judge

Page 2
Debtors:	**Walsh Securities, Inc.**
Case No.	**10-44845**
Caption of Order:	**ORDER DENYING MOTION TO DISMISS CHAPTER 11 CASE**

___

THIS MATTER having come before the Court upon the Motion of Cherokee Equities, LLC., seeking the dismissal of the within Chapter 11 Case, and the Court having reviewed the opposition to the Motion, and having entertained oral argument on September 25, 2012 and finding good cause for the entry of the within Order,

**IT IS  HEREBY ORDERED AS FOLLOWS:**

1. The Motion of Cherokee Equities, LLC seeking a dismissal of the within Chapter 11 Case, be and is hereby denied.

2. Denial of Cherokee's Motion to Dismiss shall be without prejudice to Cherokee's right to renew the Motion at a later date.

2

*Approved by Judge Novalyn L. Winfield September  28, 2012*