Order Filed on
09/28/2012
by Clerk U.S. Bankruptcy
Court District of New Jersey

| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| **WASSERMAN, JURISTA & STOLZ, P.C.** <br> **225 Millburn Avenue - Suite 207** <br> **P.O. Box 1029** <br> **Millburn, New Jersey  07041** <br> **Phone: (973) 467-2700** <br> **Fax: (973) 467-8126** <br> **Counsel to Debtor** <br> **DANIEL M. STOLZ, ESQ. (DS-1897)** |
| In Re: <br><br> **WALSH SECURITIES, INC.,** <br><br><br>                              Debtor. |

Case No.:  10-44845

Hon.  Novalyn L. Winfield

Chapter: 11

### ORDER DENYING MOTION TO DISMISS CHAPTER 11 CASE

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: 09/28/2012**

Honorable Novalyn L. Winfield
United States Bankruptcy Judge

Page 2
Debtors: **Walsh Securities, Inc.**
Case No. **10-44845**
Caption of Order: **ORDER DENYING MOTION TO DISMISS CHAPTER 11 CASE**

---

THIS MATTER having come before the Court upon the Motion of Cherokee Equities, LLC., seeking the dismissal of the within Chapter 11 Case, and the Court having reviewed the opposition to the Motion, and having entertained oral argument on September 25, 2012 and finding good cause for the entry of the within Order,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Motion of Cherokee Equities, LLC seeking a dismissal of the within Chapter 11 Case, be and is hereby denied.

2. Denial of Cherokee's Motion to Dismiss shall be without prejudice to Cherokee's right to renew the Motion at a later date.

2

*Approved by Judge Novalyn L. Winfield September 28, 2012*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 10-44845-NLW
Walsh Securities, Inc.                                                    Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: aguida              Page 1 of 2                Date Rcvd: Sep 28, 2012
                       Form ID: pdf903            Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2012.
db           +Walsh Securities, Inc.,    46 Laura Lane,    Morristown, NJ 07960-6425
aty          +Evan C Wasserman,    J.H. Cohn LLP,    75 Eisenhower Pky.,    Roseland, NJ 07068-1600
aty          +Stone & Magnanini,    150 John F Kennedy Parkway,    Short Hills, NJ 07078-2754

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 30, 2012**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0312-2           User: aguida                Page 2 of 2                  Date Rcvd: Sep 28, 2012
                               Form ID: pdf903             Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2012 at the address(es) listed below:
          Daniel   Stolz    on behalf of Debtor   Walsh Securities, Inc. dstolz@wjslaw.com,
           msousa@wjslaw.com;btorres@wjslaw.com
          Jay L. Lubetkin    on behalf of Interested Party   Banco Popular jlubetkin@rltlawfirm.com,
           ypalmeri@rltlawfirm.com
          Keith A. Bonchi    on behalf of Creditor   Cherokee Equities, LLC keith@gmslaw.com
          Leonard C. Walczyk    on behalf of Debtor   Walsh Securities, Inc. lwalczyk@wjslaw.com
          Richard   Honig    on behalf of Interested Party Lorraine Walsh rbhonig@hlgslaw.com
                                                                               TOTAL: 5