# WASSERMAN, JURISTA & STOLZ
## ATTORNEYS AT LAW



| | A PROFESSIONAL CORPORATION | |
|---|---|---|
| ROBERT B. WASSERMAN<br>STEVEN Z. JURISTA<br>DANIEL M. STOLZ<br>LEONARD C. WALCZYK<br>MICHAEL McLAUGHLIN**<br>SCOTT S. REVER**<br>DONALD W. CLARKE+<br>**ALSO MEMBER OF PA BAR<br>+ ALSO MEMBER OF NY BAR | 225 MILLBURN AVENUE - SUITE 207<br>P.O. BOX 1029<br>MILLBURN, N.J. 07041<br>www.WJSLAW.com<br>TEL (973) 467-2700<br>FAX (973) 467-8126 | OF COUNSEL<br>STUART M. BROWN<br>KENNETH L. MOSKOWITZ+<br>NORMAN D. KALLEN<br>KEITH E. MARLOWE+<br><br>EMAIL: DSTOLZ@WJSLAW.COM |

December 12, 2012

**VIA ECF**

Honorable Novalyn L. Winfield
United States Bankruptcy Court
50 Walnut Street, 3rd Fl., Room 3D
PO Box 1352
Newark, New Jersey 07102

Attn: Nelson Dos Santos

    In re: **Walsh Securities, Inc. – Chapter 11**
           **Case No. 10-44845 NLW**
           **Our File No. 7670**

    *-Status Hearing scheduled for December 12, 2012-*

Dear Mr. Dos Santos:

    This letter will confirm that the Court has adjourned the Chapter 11 Status Hearing in this case to January 10, 2012 at 2:00 p.m. By copy of this correspondence, I am notifying interested counsel. I am also placing this letter on the Court's Docket.

                        Respectfully yours,
                        WASSERMAN, JURISTA & STOLZ, PC

                        DANIEL M. STOLZ

DMS:bt

cc:    Robert Magnanini, Esq. (via e-mail RMagnanini@stonemagnalaw.com)
        Keith A. Bonchi, Esq. (via e-mail kbonchi@gmslaw.com)
        Peter J. D'Auria, Esq. (via e-mail Peter.J.D'Auria@usdoj.gov)