# WASSERMAN, JURISTA & STOLZ
## ATTORNEYS AT LAW



A PROFESSIONAL CORPORATION

ROBERT B. WASSERMAN
STEVEN Z. JURISTA
DANIEL M. STOLZ
LEONARD C. WALCZYK
SCOTT S. REVER°°
DONALD W. CLARKE⁺

°°ALSO MEMBER OF PA BAR
⁺ ALSO MEMBER OF NY BAR

225 MILLBURN AVENUE - SUITE 207
P.O. BOX 1029
MILLBURN, N.J. 07041

www.WJSLAW.com

TEL (973) 467-2700
FAX (973) 467-8126

OF COUNSEL

STUART M. BROWN
KENNETH L. MOSKOWITZ⁺
NORMAN D. KALLEN
KEITH E. MARLOWE⁺

EMAIL: DSTOLZ@WJSLAW.COM

March 27, 2013

**VIA ECF**

Honorable Novalyn L. Winfield
United States Bankruptcy Court
50 Walnut Street, 3rd Fl., Room 3D
PO Box 1352
Newark, New Jersey 07102

Attn:  Nelson Dos Santos

    In re:  **Walsh Securities, Inc. – Chapter 11**
          **Case No. 10-44845 NLW**
          **Our File No. 7670**

          *-Status Hearing scheduled for March 28, 2013*

Dear Mr. Dos Santos:

    This letter will confirm that the Court has adjourned the Chapter 11 Status Hearing in this case to May 9, 2013 at 2:00 p.m.  By copy of this correspondence, I am notifying interested counsel.  I am also placing this letter on the Court's Docket.

                            Respectfully yours,
                            WASSERMAN, JURISTA & STOLZ, PC

                            DANIEL M. STOLZ

DMS:mas

cc:    Robert Magnanini, Esq. (via e-mail RMagnanini@stonemagnalaw.com)
       Keith A. Bonchi, Esq. (via e-mail kbonchi@gmslaw.com)
       Peter J. D'Auria, Esq. (via e-mail Peter.J.D'Auria@usdoj.gov)