# GOLDENBERG, MACKLER, SAYEGH, MINTZ, PFEFFER, BONCHI & GILL

| | | |
|---|---|---|
| HARRY A. GOLDENBERG (1938-2003)<br>KENNETH D. MACKLER***<br>JOSEPH ERAN SAYEGH**<br>LAWRENCE A. MINTZ***<br>MARK PFEFFER**<br>KEITH A. BONCHI<br>MICHAEL A. GILL****<br>MICHAEL J. MACKLER**<br>HOWARD J. HEALD<br>ALLISON E. WEINER<br>FRANCIS J. BALLAK<br>LAUREN E. TYLER<br>NANCY MARTELLIO<br>DANIEL G. TRACY<br>JOEL M. CHIPKIN**<br>RACHELLE J. ARMBRUSTER<br><br>CERTIFIED BY THE SUPREME COURT OF<br>NEW JERSEY IN THE FOLLOWING AREAS<br>**   CIVIL TRIAL LAW<br>***  WORKERS' COMPENSATION LAW<br>**** MATRIMONIAL LAW | A PROFESSIONAL CORPORATION<br>ATTORNEYS AT LAW<br>660 NEW ROAD, SUITE 1A<br>NORTHFIELD, NEW JERSEY 08225<br>http://www.gmslaw.com<br>TAX ID #22-1980737<br>---------<br>(609) 646-0222<br>FAX (609) 646-0887<br><br>kbonchi@gmslaw.com<br><br>March 28, 2013 | ATLANTIC CITY OFFICE<br>1030 ATLANTIC AVENUE<br>ATLANTIC CITY, NJ 08401<br>(609) 344-7131<br>FAX<br>(609) 347-6024<br><br>RIO GRANDE OFFICE<br>THE HERALD BUILDING<br>1508 ROUTE 47 SOUTH, SUITE 3<br>RIO GRANDE, NJ 08242<br>(609) 886-4333<br>FAX<br>(609) 886-9441<br><br>VINELAND OFFICE<br>110 N. 6TH STREET<br>VINELAND, NJ 08360<br>(856) 839-0953<br>FAX<br>(856) 839-0959<br><br>PLEASE REPLY TO<br>**NORTHFIELD** |

VIA CM/ECF & EMAIL: chambers_of_nlw@njb.uscourts.gov

Hon. Novalyn L. Winfield, U.S.B.J.
U.S. Bankruptcy Court District of New Jersey
M.L. King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut St., 3rd Floor, P. O. Box 1352
Newark, NJ  07101-1352

**Attn:  Nelson Dos Santos**

RE:    Walsh Securities, Inc.
       Chapter 11 Docket No. 10-44845-NLW
       Our File No. 52804-28

Dear Mr. Dos Santos:

I am in receipt of correspondence from Mr. Stolz postponing this matter until May 9, 2013 at 2:00 p.m.  Unfortunately, I will be returning from the Dominican Republic on that date, and will be on an airplane and unavailable to call in.  I would respectfully request that the matter be carried one more week.

Thank you for your courtesy and cooperation.

Respectfully yours,

KEITH A. BONCHI

KAB:jab
cc:    Daniel M. Stolz, Esquire (via email: dstolz@wjslaw.com)
       Peter J. D'Auria, Esq., Office of the U.S. Trustee (via email: Peter.J.D'Auria@usdoj.gov)
       Robert A. Magnanini, Esquire (via email: RMagnanini@stonemagnalaw.com)
       Jay Wolfkind (via email)