# GOLDENBERG, MACKLER, SAYEGH, MINTZ, PFEFFER, BONCHI & GILL

HARRY A. GOLDENBERG (1938-2003)
KENNETH D. MACKLER***
JOSEPH ERAN SAYEGH**
LAWRENCE A. MINTZ***
MARK PFEFFER**
KEITH A. BONCHI
MICHAEL A. GILL****
MICHAEL J. MACKLER**
HOWARD J. HEALD
ALLISON E. WEINER
FRANCIS J. BALLAK
LAUREN E. TYLER
NANCY MARTELLIO
DANIEL G. TRACY
JOEL M. CHIPKIN**
RACHELLE J. ARMBRUSTER

CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY IN THE FOLLOWING AREAS
**    CIVIL TRIAL LAW
***   WORKERS' COMPENSATION LAW
****  MATRIMONIAL LAW

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
660 NEW ROAD, SUITE 1A
NORTHFIELD, NEW JERSEY 08225
http://www.gmslaw.com
TAX ID #22-1980737

(609) 646-0222
FAX (609) 646-0887

kbonchi@gmslaw.com

ATLANTIC CITY OFFICE
1030 ATLANTIC AVENUE
ATLANTIC CITY, NJ 08401
(609) 344-7131
FAX
(609) 347-6024

RIO GRANDE OFFICE
THE HERALD BUILDING
1508 ROUTE 47 SOUTH, SUITE 3
RIO GRANDE, NJ 08242
(609) 886-4333
FAX
(609) 886-9441

VINELAND OFFICE
110 N. 6TH STREET
VINELAND, NJ 08360
(856) 839-0953
FAX
(856) 839-0959

PLEASE REPLY TO
**NORTHFIELD**

April 2, 2013

VIA CM/ECF & EMAIL: chambers_of_nlw@njb.uscourts.gov

Hon. Novalyn L. Winfield, U.S.B.J.
U.S. Bankruptcy Court District of New Jersey
M.L. King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut St., 3rd Floor, P. O. Box 1352
Newark, NJ  07101-1352

**Attn: Nelson Dos Santos**

**RE:   Walsh Securities, Inc.**
       **Chapter 11 Docket No. 10-44845-NLW**
       **Our File No. 52804-28**

Dear Mr. Dos Santos:

This will confirm that the above captioned telephonic status conference has been rescheduled for Monday, May 13 at 10:00 a.m.

All counsel have confirmed their availability for that date and time. Thank you for your courtesy and cooperation.

Respectfully yours,

KEITH A. BONCHI

KAB:jab
cc:   Daniel M. Stolz, Esquire (via email: dstolz@wjslaw.com)
      Peter J. D'Auria, Esq., Office of the U.S. Trustee (via email: Peter.J.D'Auria@usdoj.gov)
      Robert A. Magnanini, Esquire (via email: RMagnanini@stonemagnalaw.com)
      Jay Wolfkind (via email)