# WASSERMAN, JURISTA & STOLZ
## ATTORNEYS AT LAW



**A PROFESSIONAL CORPORATION**

ROBERT B. WASSERMAN
STEVEN Z. JURISTA
DANIEL M. STOLZ
LEONARD C. WALCZYK
SCOTT S. REVER**
DONALD W. CLARKE+
**ALSO MEMBER OF PA BAR
+ ALSO MEMBER OF NY BAR

225 MILLBURN AVENUE - SUITE 207
P.O. BOX 1029
MILLBURN, N.J. 07041

www.WJSLAW.com

TEL (973) 467-2700
FAX (973) 467-8126

OF COUNSEL

STUART M. BROWN
KENNETH L. MOSKOWITZ+
NORMAN D. KALLEN
KEITH E. MARLOWE+

EMAIL: DSTOLZ@WJSLAW.COM

May 31, 2013

*Via ECF and e-mail chambers_of_nlw@njb.uscourts.gov*
Honorable Novalyn L. Winfield
United States Bankruptcy Court
50 Walnut Street, 3rd Fl., Room 3D
PO Box 1352
Newark, New Jersey 07102

> In re: Walsh Securities, Inc.
> Case No.: 10-44845(NLW)
> Our File No.: 6901
>
> -Status Conference Monday, June 3, 2013 at 10:00 a.m. –

Dear Judge Winfield:

I write to request a two week adjournment of the Status Conference in this matter. I spoke today with Robert Magnanini, Esq., who is out of state on another matter. Mr. Magnanini indicates that he is awaiting word back from the Court as to whether the Defendants have made a counter proposal with regard to the ongoing settlement negotiations.

Mr. Magnanini indicates that he should be in a position to provide a further report in approximately two weeks. Based upon the foregoing, it is respectfully requested that the Court adjourn the scheduled Status Conference to the week of June 17, 2013.

We thank the Court in advance for its attention to the within request.

Respectfully yours,
WASSERMAN, JURISTA & STOLZ, PC

DANIEL M. STOLZ

DMS:bt

cc: Robert Magnanini, Esq. *(via e-mail RMagnanini@stonemagnalaw.com)*
    Keith A. Bonchi, Esq. *(via e-mail kbonchi@gmslaw.com)*
    Peter J. D'Auria, Esq. *(via e-mail Peter.J.D'Auria@usdoj.gov)*
    Robert Walsh *(via e-mail RWalsh1038@aol.com)*