# WASSERMAN, JURISTA & STOLZ
## ATTORNEYS AT LAW



A PROFESSIONAL CORPORATION

ROBERT B. WASSERMAN
STEVEN Z. JURISTA
DANIEL M. STOLZ
LEONARD C. WALCZYK
SCOTT S. REVER**
DONALD W. CLARKE+
**ALSO MEMBER OF PA BAR
+ ALSO MEMBER OF NY BAR

225 MILLBURN AVENUE - SUITE 207
P.O. BOX 1029
MILLBURN, N.J. 07041

www.WJSLAW.com

TEL (973) 467-2700
FAX (973) 467-8126

OF COUNSEL

STUART M. BROWN
KENNETH L. MOSKOWITZ+
NORMAN D. KALLEN
KEITH E. MARLOWE+

EMAIL: DSTOLZ@WJSLAW.COM

May 31, 2013

**VIA ECF**
Honorable Novalyn L. Winfield
United States Bankruptcy Court
50 Walnut Street, 3rd Fl., Room 3D
PO Box 1352
Newark, New Jersey 07102

Attn: Nelson Dos Santos

> **In re:  Walsh Securities, Inc. – Chapter 11**
> **Case No. 10-44845 NLW**
> **Our File No. 7670**
>
> *-Status Conference scheduled for June 3, 2013 at 10:00 a.m.-*

Dear Mr. Dos Santos:

This letter will confirm that the Court has adjourned the Chapter 11 Status Conference in this case to June 17, 2013 at 10:00 a.m. By copy of this correspondence, I am notifying interested counsel.

Respectfully yours,
WASSERMAN, JURISTA & STOLZ, PC

DANIEL M. STOLZ

DMS:bt

cc:    Robert Magnanini, Esq. *(via e-mail RMagnanini@stonemagnalaw.com)*
       Keith A. Bonchi, Esq. *(via e-mail kbonchi@gmslaw.com)*
       Peter J. D'Auria, Esq. *(via e-mail Peter.J.D'Auria@usdoj.gov)*
       Robert Walsh *(via e-mail RWalsh1038@aol.com)*