*Order Filed on 8/16/2013 by Clerk U.S. Bankruptcy Court District of New Jersey*

| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| **WASSERMAN, JURISTA & STOLZ, P.C.** |
| 225 Millburn Avenue - Suite 207 |
| P.O. Box 1029 |
| Millburn, New Jersey  07041 |
| Phone: (973) 467-2700 |
| Fax: (973) 467-8126 |
| DANIEL M. STOLZ, ESQ. |
| Counsel to Debtor, Walsh Securities, Inc. |

In Re:

**WALSH SECURITIES, INC.**

Debtor.

Case No.: 10-44845(NLW)

Chapter 11

Hon. Novalyn L. Winfield

### ORDER FOR DISMISSAL OF BANKRUPTCY CASE

The relief set forth on the following page, numbered three (3) is hereby **ORDERED.**

**DATED: 8/16/2013**

_____
Honorable Novalyn L. Winfield
United States Bankruptcy Judge

**(Page 2)**

| | |
|---|---|
| Debtor: | Walsh Securities, Inc. |
| Case No.: | 10-44845(NLW) |
| Caption of Order: | Order for Dismissal of Bankruptcy Case |

---

**THIS MATTER** having come before the Court upon the Motion of Cherokee Equities, LLC, seeking dismissal of the within Chapter 11 Case, and it appearing from the signatures below that, an agreement has been reached by the Parties with regard to the conditions for the dismissal of the within Chapter 11 Case and the Court having reviewed the agreement of the Parties and finding good cause for the approval of said agreement,

**IT IS HEREBY ORDERED** as follows:

1. The entry of the within Order shall create a lien and security interest in favor the following parties in the following priorities, encumbering the funds held by the Law Firm of Stone & Magnanini, LLP and any other recoveries in the litigation pending in the United States District Court for the District of New Jersey.

    (a) a first priority lien in favor of Wasserman, Jurista & Stolz, P.C., counsel for the Debtor in the amount of $81,957.00 together with any Court fees paid by said firm;

    (b) a second priority lien in a favor of Cherokee Equities, LLC in the amount of 140,000.00, together with per diem interest of $32.19 until "good funds" are received.

2. The aforementioned liens shall be deemed fully perfected, without any further action to be taken by the secured parties.

3. Stone & Magnanini, LLP be and is hereby directed to distribute any proceeds released from the account maintained by said firm or otherwise recovered in accordance with the foregoing priorities. Only after all of said secured claims are paid in full, may Stone & Magnanini, LLP distribute any funds to any other parties.

*Approved by Judge Novalyn L. Winfield August 16, 2013*

**(Page 3)**

| | |
|---|---|
| Debtor: | Walsh Securities, Inc. |
| Case No.: | 10-44845(NLW) |
| Caption of Order: | Order for Dismissal of Bankruptcy Case |

---

4. The within Chapter 11 Bankruptcy Case, be and is hereby dismissed.

5. Notwithstanding dismissal of the within Bankruptcy Case, the aforementioned liens shall survive in full force and effect.

6. In the event Cherokee is not paid under this Order within 90 days of the date of this Order, then paragraph 1(b) shall not apply and the Cherokee Claim will not be capped under this Order.

*Approved by Judge Novalyn L. Winfield August 16, 2013*