Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 10–44845–NLW
Chapter: 11
Judge: Novalyn L. Winfield

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Walsh Securities, Inc.
46 Laura Lane
Morristown, NJ 07960

Social Security No.:

Employer's Tax I.D. No.:
22–3256427

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on August 16, 2013, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 110 – 61
ORDER FOR DISMISSAL OF BANKRUPTCY CASE (Related Doc # 61 Motion to dismiss case for other reasons re:for failure to file a Plan under 11 U.S.C. Sec. 1112 and for lack of prosecution of the bankruptcy Filed by Keith A. Bonchi on behalf of Cherokee Equities, LLC). The following parties were served: Debtor, Debtor's Attorney, Trustee, and US Trustee. Signed on 8/16/2013. (nds)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 16, 2013
JJW: nds

James J. Waldron
Clerk