Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                                 Case No.:  10–44845–NLW
                                                 Chapter:  11
                                                 Judge:  Novalyn L. Winfield

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Walsh Securities, Inc.
   46 Laura Lane
   Morristown, NJ 07960

Social Security No.:

Employer's Tax I.D. No.:
   22–3256427

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/16/13.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

Dated: August 16, 2013
JJW: nds

                                                                             James J. Waldron
                                                                             Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                      Case No. 10-44845-NLW
Walsh Securities, Inc.                                      Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: ndossant          Page 1 of 2           Date Rcvd: Aug 16, 2013
                              Form ID: 148            Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2013.
```
db          +Walsh Securities, Inc.,    46 Laura Lane,    Morristown, NJ 07960-6425
aty         +Evan C Wasserman,    J.H. Cohn LLP,    75 Eisenhower Pky.,    Roseland, NJ 07068-1600
aty         +Stone & Magnanini,    150 John F Kennedy Parkway,    Short Hills, NJ 07078-2754
intp        +Banco Popular,    c/o Rabinowitz, Lubetkin & Tully, LLC,    293 Eisenhower Parkway,    Suite 100,
              Livingston, NJ 07039-1711
cr          +Cherokee Equities, LLC,    Herrick, Feinstein LLP,    One Gateway Center,    Newark, NJ 07102-5321,
              UNITED STATES
511374925   +Cherokee Equities,    c/o Gary Eisenberg, Esq.,    Herrick, LLP,    One Gateway Center,
              Newark, NJ 07102-5321
511543880   +Cherokee Equities, LLC,    c/o Herrick Feinstein, LLP,    One Gateway Center,
              Newark, NJ 07102-5321,    Attn: Gary F. Eisenberg
511374926   +Investment 3 LLC,    46 Laura Lane,    Morristown, NJ 07960-6425
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          EDI: IRS.COM Aug 16 2013 21:23:00     Dist Dir of IRS,    Insolvency Function,    PO Box 724,
              Springfield, NJ  07081-0724
smg         +E-mail/Text: leah.bynon@usdoj.gov Aug 16 2013 22:12:47     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2523
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 16 2013 22:12:44     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
511411307    EDI: IRS.COM Aug 16 2013 21:23:00     Internal Revenue Service,    P.O. Box 21126,
              Philadelphia, PA 19114
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp*       +Robert Walsh,    46 Laura Lane,    Morristown, NJ 07960-6425
intp        ##+Lorraine Walsh,    46 Laura Lane,    Morristown, NJ 07960-6425
511374927   ##+Robert Walsh,    46 Laura Lane,    Morristown, NJ 07960-6425
                                                                                   TOTALS: 0, * 1, ## 2
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 18, 2013**               **Signature:**    _Joseph Speetjens_

```
District/off: 0312-2          User: ndossant              Page 2 of 2                  Date Rcvd: Aug 16, 2013
                              Form ID: 148                Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2013 at the address(es) listed below:

```
          Daniel   Stolz    on behalf of Debtor    Walsh Securities, Inc. dstolz@wjslaw.com,
           msousa@wjslaw.com;btorres@wjslaw.com
          Jay L. Lubetkin    on behalf of Interested Party    Banco Popular jlubetkin@rltlawfirm.com,
           ypalmeri@rltlawfirm.com;rgaydos@rltlawfirm.com
          Keith A. Bonchi    on behalf of Creditor    Cherokee Equities, LLC keith@gmslaw.com
          Leonard C. Walczyk    on behalf of Debtor    Walsh Securities, Inc. lwalczyk@wjslaw.com
          Richard   Honig    on behalf of Interested Party Robert   Walsh rbhonig@hlgslaw.com
          Richard   Honig    on behalf of Interested Party Lorraine   Walsh rbhonig@hlgslaw.com
                                                                                             TOTAL: 6
```