Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  10–44845–NLW
        Chapter:  11
        Judge:  Novalyn L. Winfield

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Walsh Securities, Inc.
   46 Laura Lane
   Morristown, NJ 07960

Social Security No.:

Employer's Tax I.D. No.:
   22–3256427

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on August 16, 2013, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 110 – 61
ORDER FOR DISMISSAL OF BANKRUPTCY CASE (Related Doc # 61 Motion to dismiss case for other reasons re:for failure to file a Plan under 11 U.S.C. Sec. 1112 and for lack of prosecution of the bankruptcy Filed by Keith A. Bonchi on behalf of Cherokee Equities, LLC). The following parties were served: Debtor, Debtor's Attorney, Trustee, and US Trustee. Signed on 8/16/2013. (nds)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 16, 2013
JJW: nds

                                                         James J. Waldron
                                                         Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                    Case No. 10-44845-NLW
Walsh Securities, Inc.                                    Chapter 11
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2        User: ndossant            Page 1 of 2           Date Rcvd: Aug 16, 2013
                            Form ID: orderntc         Total Noticed: 5


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2013.
db          +Walsh Securities, Inc.,    46 Laura Lane,    Morristown, NJ 07960-6425
aty         +Evan C Wasserman,    J.H. Cohn LLP,    75 Eisenhower Pky.,    Roseland, NJ 07068-1600
aty         +Stone & Magnanini,    150 John F Kennedy Parkway,    Short Hills, NJ 07078-2754
intp        +Banco Popular,   c/o Rabinowitz, Lubetkin & Tully, LLC,     293 Eisenhower Parkway,    Suite 100,
              Livingston, NJ 07039-1711
cr          +Cherokee Equities, LLC,    Herrick, Feinstein LLP,    One Gateway Center,    Newark, NJ 07102-5321,
              UNITED STATES

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp        ##+Lorraine Walsh,   46 Laura Lane,    Morristown, NJ 07960-6425
intp        ##+Robert Walsh,   46 Laura Lane,    Morristown, NJ 07960-6425
                                                                                       TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 18, 2013**          **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0312-2          User: ndossant              Page 2 of 2                  Date Rcvd: Aug 16, 2013
                              Form ID: orderntc           Total Noticed: 5
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2013 at the address(es) listed below:
        Daniel   Stolz    on behalf of Debtor    Walsh Securities, Inc. dstolz@wjslaw.com,
         msousa@wjslaw.com;btorres@wjslaw.com
        Jay L. Lubetkin     on behalf of Interested Party    Banco Popular jlubetkin@rltlawfirm.com,
         ypalmeri@rltlawfirm.com;rgaydos@rltlawfirm.com
        Keith A. Bonchi     on behalf of Creditor    Cherokee Equities, LLC keith@gmslaw.com
        Leonard C. Walczyk     on behalf of Debtor    Walsh Securities, Inc. lwalczyk@wjslaw.com
        Richard   Honig    on behalf of Interested Party Robert   Walsh rbhonig@hlgslaw.com
        Richard   Honig    on behalf of Interested Party Lorraine   Walsh rbhonig@hlgslaw.com
                                                                                                     TOTAL: 6